UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN CASE, JENNIFER KLEIN, and MARK KUSHNEIR,

        Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT ("NYPD") CHIEF OF DEPARTMENT JOSEPH ESPOSITO, NYPD LIEUTENANT DAVID GROHT, NYPD SERGEANT LAWRENCE PAPOLA, SHIELD NO. 03646, NYPD OFFICER BENJAMIN ALMONTE, SHIELD NO. 29182, NYPD OFFICER FIRST NAME UNKNOW ("FNU") DOWNES, SHIELD NO. UNKNOWN, NYPD OFFICER DMITRY TVERDOKHLEB, SHIELD NO. 27018, and NYPD OFFICER MICHAEL MALDONADO, SHIELD NO. 23573,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2018

14 Civ. 9148 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed Defendants' letter concerning their proposed motion for summary judgment dated November 13, 2018, ECF No. 117, and Plaintiffs' response dated November 26, 2018, ECF No. 118, it is hereby ORDERED that:

1. By **January 4, 2019**, Defendants shall file their motion for summary judgment;
2. By **February 11, 2019**, Plaintiffs shall file their opposition; and
3. By **March 18, 2019**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: November 27, 2018
       New York, New York

                                    ANALISA TORRES
                                    United States District Judge