UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

| | |
|---|---|
| BENJAMIN CASE, JENNIFER KLEIN and MARK KUSHNEIR, | **NOTICE OF MOTION** |
| Plaintiffs, | 14-CV-9148 (AT) |
| -against- | |
| THE CITY OF NEW YORK, CHIEF OF DEPARTMENT JOSEPH ESPOSITO, LIEUTENANT DAVID GROHT, SERGEANT LAWRENCE PAPOLA, OFFICER BENJAMIN ALMONTE, OFFICER DMITRY TVERDOKHLEB and OFFICER MICHAEL MALDONADO, | |
| Defendants | |

.-------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the annexed Local Rule 56.1 Statement, dated January 11, 2019; the Declaration of Amy Robinson dated January 11, 2019, with exhibits; the Memorandum of Law, dated January 11, 2019; and upon all prior pleadings and proceedings had herein, defendants City of New York, Joseph Esposito, David Groht, Lawrence Papola, Benjamin Almonte, Dmitry Tverdokhleb, and Michael Maldonado will move this court before the Honorable Analisa Torres, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, on January 11, 2019, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that no genuine issue of material facts exist to warrant a trial, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** per the Court's December 4, 2018, Order, docket entry [121], opposition papers are to be served and filed by February 18, 2019. Reply papers are to be served and filed by March 18, 2019.

- 2 -

Dated:  New York, New York
        January 11, 2019

                                          ZACHARY CARTER
                                          Corporation Counsel - City of New York
                                          *Attorneys for Defendants*
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 356-3518

                                          By:    /s/
                                                    Amy Robinson
                                                    New York City Law Department
                                                    Special Federal Litigation Division


Gideon Orion Oliver (*via ECF*)
*Attorney for Plaintiffs*