

# Thursday November 17th
# International Day of Action

Call To Action! | Facebook Event | Twitter #N17 | Direct Action Resources

On Thursday November 17th, the two month anniversary of the Occupy Wall Street movement, we call upon the 99% to participate in a national day of direct action and celebration!

## New York City

### BREAKFAST: Shut Down Wall Street - 7:00 a.m.

Enough of this economy that exploits and divides us. It's time we put an end to Wall Street's reign of terror and begin building an economy that works for all. We will gather in Liberty Square at 7:00 a.m., before the ring of the Trading Floor Bell, to prepare to confront Wall Street with the stories of people on the frontlines of economic injustice. There, before the Stock Exchange, we will exchange stories rather than stocks.

### LUNCH: Occupy The Subways - 3:00 p.m.

We will start by Occupying Our Blocks! Then throughout the five boroughs, we will gather at 16 central subway hubs and take our own stories to the trains, using the "People's Mic".

- Bronx
    - Fordham Rd
    - 3rd Ave, 138th Street
    - 163rd and Southern Blvd
    - 161st and River - Yankee Stadium
- Brooklyn
    - Broadway Junction
    - Borough Hall
    - 301 Grove Street
    - St Jose Patron Church, 185 Suydam St, Bushwick
- Queens
    - Jackson Heights/Roosevelt Ave.
    - Jamaica Center/Parsons/Archer

D1347
8/24/2015 11:17 AM

Case 1:14-cv-09148-JLR-BCM    Document 123-3    Filed 01/11/19    Page 2 of 3

- 92-10 Roosevelt Avenue, Jackson Heights
- Manhattan
    - 125th St. A,B,C,D
    - Union Sq. (Mass student strike)
    - 23rd St and 8th Ave
- Staten Island
    - St. George, Staten Island Ferry Terminal
    - 479 Port Richmond Avenue, Port Richmond

### DINNER: Take The Square - 5:00 p.m.

At 5 pm, tens of thousands of people will gather at Foley Square (just across from City Hall) in solidarity with laborers demanding jobs to rebuild this country's infrastructure and economy. A gospel choir and a marching band will also be performing.

Afterwards we will march to our bridges. Let's make it as musical a march as possible - bring your songs, your voice, your spirit! Our "Musical" on the bridge will culminate in a festival of light as we mark the two-month anniversary of the #occupy movement, and our commitment to shining light into our broken economic and political system.

**Resist austerity. Rebuild the economy. Reclaim our democracy.**

## Portland

- Occupying steelbridge in morning
- Rally afterwards
- Subsequently occupying banks

# International Actions

## Spain

### General Strike

A general strike of university students will be taking place in the following cities: Barcelona, Girona, Lleida, Tarragona, Palma, Sevilla, Santiago de Compostela, Murcia, Madrid, Valencia, Castello, Alicante, Zaragoza

### 17:00: Demonstration in Madrid

**Place:** From Nuevos Ministerios to Puerta del Sol Square
**Call:** Assembly UAM-CSIC / 15M
http://tomalafacultad.net
http://madrid.tomalaplaza.net/2011/11/08/17n-manifestacion-estatal-por-los-servicios-publicos/

## Belgium

Occupy University and School

## Germany

Massive student strikes, flash mobs, rallies, and other actions will be taking place in dozens of cities: http://ism-global.net/germany_education_strike_nov17

## Japan

Spontaneous solidarity actions in Tokyo. http://911shinjuku.tumblr.com/

# Posters

D1348
8/24/2015 11:17 AM



High-quality, print-ready versions (11x17, 15x24, 23x36) are available as a freely downloadable .zip file.

Let's get these posters everywhere! The artist's only stipulation is that they cannot be sold, only given away.

Props to r.black for his amazing work!

this site is brought to you by various radicals at the Occupy Solidarity Network
this website is free / open source software on github