ORIGINAL

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ----------------------------------------------------X
   BENJAMIN CASE, ELIZABETH CAITLIN, JENNIFER KLEIN
3  and MARK KUSHNER,

4                                  PLAINTIFFS,

5
            -against-            Case No.:
6                               14-CV-9148

7  THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT
   ("NYPD"), CHIEF OF DEPARTMENT JOSEPH ESPOSITO,
8  NYPD DEPUTY CHIEF BRIAN MCCARTHY, NYPD
   LIEUTENANT DAVID GROHT, NYPD SERGEANT LAWRENCE PAPOLA,
9  SHIELD NO. 03646, NYPD OFFICER BENJAMIN ALMONTE
   SHIELD NO. 29182, NYPD OFFICER DANIEL
10 CONFORTI, SHIELD NO. 26403, NYPD OFFICER
   FIRST NAME UNKNOWN ("FNU") DOWNES, SHIELD NO. UNKNOWN,
11 NYPD OFFICER DMITRY TVERDOKHLEB, SHIELD NO. 27018 and
   NYPD OFFICER MICHAEL MALDONADO SHIELD NO. 23573,

12

13                              DEFENDANTS.
   ----------------------------------------------------X
14

15                     DATE:  October 24, 2017

16                     TIME:  11:18 A.M.

17

18            DEPOSITION of the Plaintiff, BENJAMIN

19  CASE, taken by the Defendants, pursuant to an Order and the

20  Federal Rules of Civil Procedure, held at the New York City

21  Law Department, 100 Church Street, 4th Floor, New York,

22  New York 10007, before Miriam Schweke, a Notary Public of

23  the State of New York.

24

25

```
 1     A P P E A R A N C E S:

 2

 3

 4     LAW OFFICE OF GIDEON ORION OLIVER
              Attorneys for the Plaintiffs
 5       BENJAMIN CASE
              277 Broadway, Suite 1501
 6       New York, New York 10007
         BY:   GIDEON ORION OLIVER, ESQ.
 7

 8

       ZACHARY W. CARTER, ESQ.
 9     CORPORATION COUNSEL
       NEW YORK CITY LAW DEPARTMENT
10              Attorneys for the Defendants
              THE CITY OF NEW YORK, NEW YORK CITY
11       POLICE DEPARTMENT ("NYPD"), et al
         100 Church Street
12       New York, New York 10007
         BY:   AMY ROBINSON, ESQ.
13       File #: 2015-009624
         Control #:   167619

14

15                   *          *          *

16

17

18

19

20

21

22

23

24

25
```

3

```
1          F E D E R A L   S T I P U L A T I O N S

2

3

4          IT IS HEREBY STIPULATED AND AGREED by and between

5     the counsel for the respective parties herein that the

6     sealing, filing and certification of the within deposition

7     be waived; that the original of the deposition may be

8     signed and sworn to by the witness before anyone authorized

9     to administer an oath, with the same effect as if signed

10    before a Judge of the Court; that an unsigned copy of the

11    deposition may be used with the same force and effect as if

12    signed by the witness, 30 days after service of the

13    original & 1 copy of same upon counsel for the witness.

14

15         IT IS FURTHER STIPULATED AND AGREED that all

16    objections except as to form, are reserved to the time of

17    trial.

18

19                    *      *      *      *

20

21

22

23

24

25
```

6

B. CASE

1       A.      No.

2       Q.      Okay.   Have you ever had your deposition taken

3   before?

4       A.      I don't remember ever having a deposition taken.

5       Q.      Have you ever testified as a witness before?

6       A.      No.   I don't think so.

7       Q.      Okay.   Have you had conversations about this

8   deposition taking place today with anyone other than your

9   attorney?

10      A.      Yes, I have.

11      Q.      Okay.   And who have you spoken with?

12      A.      I've spoken to my girlfriend about it.   I've

13  spoken to my stepmother about it.   I think that's it.

14      Q.      Okay.   And what were the nature of those

15  conversations?

16      A.      Just informing them that it was happening.

17      Q.      And what is your girlfriend's name?

18      A.      ██████████████████████

19      Q.      And what was your address on the date of the

20  incident?

21      A.      I actually don't remember where my official

22  address was at that time.

23      Q.      Could it have been █████████████████████████

24  ███████████████████████████

25      A.      Yes, that's a permanent address.

DIAMOND REPORTING   (877) 624-3287   info@diamondreporting.com

.6

B. CASE

1                 MR. OLIVER:  Objection.  You can answer.

2      A.     No.

3      Q.     Do you know any of the plaintiffs in this case?

4      A.     I don't believe so.

5             (Whereupon, an off-the-record discussion was

6   held.)

7      Q.     And when did you first hear about Occupy Wall

8   Street?

9      A.     Sometime around August of 2011.

10     Q.     And what did you hear about Occupy Wall Street at

11  that time?

12     A.     I heard that there had been a call to protest at

13  Wall Street and that there were assemblies going on to talk

14  about them.

15     Q.     And what is an assembly?

16                MR. OLIVER:  Objection.  You can answer.

17     A.     A group of people meeting, I guess.

18     Q.     And what was discussed at these meetings?

19     A.     I don't know exactly.

20     Q.     Are you referring to general assembly meetings?

21     A.     Yes.

22     Q.     What was the first Occupy Wall Street event that

23  you attended, if you recall?

24     A.     The protest on September 17th.

25     Q.     2011?

19

B. CASE

1    activities that went on at Zuccotti Park?

2         A.      Yeah, things as needed.

3         Q.      With respect to being a member of the Labor

4    Outreach Committee, did you have any duties?

5         A.      I remember -- I remember coordinating with a

6    restaurant opportunities center at one point.

7         Q.      And what did that involve?

8         A.      Talking to some of their members about their

9    participation at Occupy Wall Street, or something like

10   that.

11        Q.      As a member of the Labor Outreach Committee, did

12   you ever coordinate with any unions?

13        A.      I don't remember personally doing that.

14        Q.      Do you recall whether the Labor Outreach

15   Committee coordinated with unions, even if you don't

16   specifically coordinating them yourself?

17        A.      I think others did, I'm not completely sure.

18        Q.      How would you describe the events of

19   November 17th, 2011?

20               MR. OLIVER:   Objection.   You can answer.

21        A.      I remember there being some kind of planned

22   action for the second month anniversary of Occupy Wall

23   Street, then became a protest against the eviction of

24   Zuccotti Park.   There were a series of marches and

25   demonstrations around the Wall Street area.

B. CASE

1               MR. OLIVER:  Objection.  You can answer.

2     A.     Can you clarify shutting down?

3     Q.     Have you heard the phrase, "shutting down Wall

4     Street"?

5     A.     Yes.

6     Q.     And what did you take shutting down Wall Street

7     to mean?

8     A.     A lot of banks on Wall Street make a lot of money

9     off of -- things like housing debt and the student debt and

10    things like that.  And to me part of participating at

11    Occupy Wall Street was a protest against those sorts of

12    things, and I believe that that system has to be

13    restructured.  So in that regard, I saw the idea of

14    shutting down Wall Street as a familiar phrase that could

15    be used in reference to that.

16    Q.     Okay.  And what specifically would occur during a

17    "shutting down of Wall Street"?

18              MR. OLIVER:  Objection.  You can answer.

19    A.     It's difficult to answer, because to me that --

20    that phrase is largely symbolic.  It's hard to say what it

21    precisely entails, restructuring that part of the economy.

22    Q.     Did you understand "shutting down Wall Street" as

23    ever to mean clogging the streets and sidewalks in the Wall

24    Street area?

25              MR. OLIVER:  Objection.  You can answer.

22

B. CASE

1    A.      Yes.   I think that was connected to protests.

2    Q.      Where were you involved in shutting down Wall

3   Street on November 27th, 2011?

4              MR. OLIVER:   Objection.   You can answer.

5    A.      You mean, was I involved in the protest that day?

6    Q.      On November 17th, 2011, were you involved in

7   clogging the streets and sidewalks, and/or sidewalks of the

8   Wall Street area?

9              MR. OLIVER:   Objection.   You can answer.

10    A.      I was involved in the protest action that day and

11   -- along with a lot of other people.

12    Q.      Okay.   Was shutting down Wall Street on that day

13   a protest action?

14              MR. OLIVER:   Objection.   You can answer.

15    A.      Yes.

16    Q.      How did you learn about the events of

17   November 17th, 2011?

18              MR. OLIVER:   Objection.   You can answer.

19    A.      I don't recall, specifically.

20    Q.      Do you recall whether you received an e-mail or

21   if there was any social media connected to the incident on

22   November 17th, 2011?

23              MR. OLIVER:   Objection.   You can answer.

24    A.      I'm sure there was social media associated with

25   it.   I don't remember specifically how I found out.

23

B. CASE

1    Q.    And did you attend the event of November 17th,

2  2011 with anyone in particular?

3              MR. OLIVER:  Objection.  You can answer.

4    A.    I remember arriving that morning by myself.

5    Q.    Where did you come from?

6    A.    I think I had been staying at my father's and

7  stepmother's apartment in Jersey City.

8    Q.    Do you know Jessica Hall?

9    A.    I'm not sure.

10    Q.    Do you know Amanda Vodola?

11    A.    Yes.

12    Q.    How do you know Ms. Vodola?

13    A.    I don't recall how we met the first time, but we

14  knew each other through protest related activities.

15    Q.    Was she present on November 17th, 2011?

16              MR. OLIVER:  Objection.  You can answer.

17    A.    Yes.

18    Q.    Was she present with you at William and Beaver

19  Street -- Williams and Beaver Street?

20    A.    Yes.

21    Q.    And how do you know Mary Clinton?

22    A.    We met at the Bloombergville protests.

23    Q.    And was she present at William and Beaver Street

24  on November 17th, 2011?

25    A.    I don't know.

B. CASE

1     Q.     Was -- Do you recall, whether she was present for

2     any of the activities on November 17th, 2011?

3     A.     Yes, she was.

4     Q.     Okay.  And how do you know -- I may do damage to

5     this name.  Uruj Sheikh.

6     A.     We met based on student organizing in New York

7     City.

8     Q.     And what is student organizing?

9     A.     We had both been part of student organizations at

10    universities that were pushing for responsible endowment

11    committees.

12    Q.     And was Mr. Sheikh present on November 17th,

13    2011?

14    A.     Ms.

15    Q.     Oh, Ms.  Sorry.

16    A.     Yes.

17    Q.     And was she present at William and Beaver Street?

18    A.     I don't know.

19    Q.     And how do you know Eric Eingold?

20    A.     We also met based on student organizing.

21    Q.     And you mean organizing for responsible endowment

22    committees?

23    A.     Yes.

24    Q.     And was he present on November 17th, 2011?

25    A.     Yes.

B. CASE

1    Q.    And was he present at William and Beaver Street?

2    A.    I don't know.

3    Q.    I may have already asked you this question.  Were

4    you briefed at all regarding the events of November 17,

5    2011, before the events occurred?

6         MR. OLIVER:  Objection.  You can answer.

7    A.    As I remember it, I showed up that morning and

8    the people at the big red cube near Zuccotti Park, and

9    there was some type of plan which groups would go which

10   direction in the march and I joined one of those groups.

11   Q.    And what was the ultimate goal of your group?

12        MR. OLIVER:  Objection.  You can answer.

13   A.    Well, again, the goal of that day was to make our

14   voices heard, protest inequality, and protest the eviction

15   of Zuccotti Park.  The groups that were splitting off from

16   that location, my understanding was, that we were all

17   marching in different directions, so it was -- it was a

18   march.

19   Q.    Was your group planning to march to any

20   particular end point?

21        MR. OLIVER:  Objection.  You can answer.

22   A.    I don't remember there being a particular end

23   point.

24   Q.    And the other groups that you didn't join, was

25   there any particular end point for them, do you recall?

30

B. CASE

```
 1     Q.      Was it more than five times that you heard police
 2  giving orders during the march?
 3     A.      When you say police giving orders, you mean any
 4  time a police officer told anyone anything, like what to
 5  do?
 6     Q.      Yes.
 7     A.      I would say more than five.
 8     Q.      More than ten?
 9     A.      It's possible.
10     Q.      More than 25?
11     A.      I really can't say.
12     Q.      And where were you exactly at the time of your
13  arrest on March 17, 2011?
14             MR. OLIVER:  Objection.  On November 17th.
15             MS. ROBINSON:  I'm sorry.  November 17th.
16             2011.  What am I saying?  November 11th?
17             MR. OLIVER:  Before you said November 11th,
18             now you said March 17th.
19             MS. ROBINSON:  Okay.  March 17th is also the
20             Occupy date, sorry.
21     Q.      So the question is, do you remember where you
22  were arrested on November 17th, 2011?
23     A.      Yes.
24     Q.      And where were you?
25     A.      I was at the intersection of Beaver and Williams.
```

B. CASE

1    Q.    Do you remember what time, approximately, that

2  you were arrested?

3    A.    I think it was approximately at 10:00 a.m., maybe

4  a little bit before 10:00 a.m.

5    Q.    When you were being arrested, did your arresting

6  officer say anything to you?

7               MR. OLIVER:  Objection.  You can answer.

8    A.    Can you clarify arresting officer because the

9  officer who cuffed me is not the officer who I would assign

10  as the arresting officer so --

11    Q.    Understood.  Did the police officer who put

12  handcuffs on you, did he say anything to you during the

13  time of your arrest?

14               MR. OLIVER:  Objection.  You can answer.

15    A.    I was on my back when I was approached by a

16  number of police officers.  I remember being rolled onto my

17  stomach and cuffed, and I remember being instructed on how

18  to get to my feet.  I don't know who was talking to me

19  though.

20    Q.    Okay.

21    A.    But, I remember being instructed to tuck my knees

22  in and rolled to get to my feet from that position.

23    Q.    Okay.  And during that time you were getting --

24  being arrested, did you say anything to the police officer

25  who put handcuffs on you or any other officer in that

32

B. CASE

1    vicinity?

2                    MR. OLIVER:   Objection.   You can answer.

3    A.      I don't remember saying anything to any police

4    officers.

5    Q.      Okay.  Were you -- so you didn't ask why you were

6    being arrested?

7                    MR. OLIVER:   Objection.   You can answer.

8    A.      I don't recall saying that.

9    Q.      Did you hear prior to your arrest on the date of

10   the incident, did you hear police officers giving any

11   orders to the crowd?

12                   MR. OLIVER:   Objection.   You can answer.

13   A.      Yes, I remember arriving at that street corner

14   and hearing police over a loudspeaker give orders to leave

15   the area.

16   Q.      How many times did you hear those orders being

17   made?

18   A.      I remember hearing those orders once.

19   Q.      And after seeing the video that you watched in

20   preparation for the deposition, did you see orders given

21   more than once to the crowd?

22                   MR. OLIVER:   Objection.   You can answer.

23   A.      Yes.  There's a video where police give an order

24   to leave twice.

25   Q.      Did you comply with any of police orders that

B. CASE

1    were given at that location?

2                MR. OLIVER:    Objection.    You can answer.

3    A.      I remember discussing with Amanda, who I was

4    sitting next to, what we wanted to do at the time that we

5    were being arrested.

6    Q.      And what did you and Amanda decide?

7                MR. OLIVER:    Objection.    You can answer.

8    A.      We didn't have an opportunity to discuss it.

9    Q.      And what do you mean by that?

10   A.      Well, I remember showing up at that corner, and

11   then I remember hearing those orders.    A number of people

12   around us sat down, and we sat down to discuss what we

13   wanted to do.    And then I remember being knocked over by

14   people, immediately being knocked over by the people in

15   front of us who fell on top of us and then being arrested.

16   Q.      At any time when you were at that location prior

17   to arrest, were you locked arms with other protestors?

18   A.      Yes.

19   Q.      Were you locked arms with Amanda?

20   A.      I remember holding her arm when we were standing

21   and when we showed up at the intersection, yes.

22   Q.      Were you -- how many orders did you hear before

23   you sat down at that intersection?

24   A.      I remember hearing one order.

25   Q.      Did you hear any orders prior to linking arms at

B. CASE

1    that intersection?

2      A.    I don't recall the specific sequence of events.

3    I know it happened pretty quickly.   I'm not sure.

4      Q.    And approximately how many people were in the

5    group at Beaver and William Street?   How many protestors?

6            MR. OLIVER:   Objection.   You can answer.

7      A.    It's hard to remember an estimate.   There were a

8    lot of people there, there was journalists and people

9    taking pictures and there was protestors, there was police,

10   I mean a couple -- two dozen, maybe.

11     Q.    During the chat that you had with Laura Kingsley,

12   on the day after the date of the incident, Ms. Kingsley

13   stated that you couldn't get arrested again in that year or

14   something bad would happen?   And you answered back to her,

15   "oh no, I can't get arrested."   What were you referring to?

16           MR. OLIVER:   Objection to the

17           characterization.   You can answer.   I'm sorry

18           could you read the last part of the question

19           back?

20           MS. ROBINSON:   And you answered, "oh no, I

21           can't get arrested", end quote.

22           Gotcha.   Thank you.

23           Objection.   You can answer.

24     A.    Can I see that in the transcript?   Is that okay?

25     Q.    Yes, you can.

B. CASE

1     A.     Yes.

2     Q.     And what did you mean by that?

3     A.     I knew I would be attending Occupy Wall Street

4     protests and I knew that at a number of those protests in

5     the past a lot of people had gotten arrested, so I was

6     aware that if I was attending it there was a chance I would

7     be arrested.

8     Q.     If you were on the sidewalk of Beaver and William

9     Street, on the date of the incident, as opposed to sitting

10     down in the middle of the intersection, did you think you

11     would have been arrested?

12                  MR. OLIVER:  Objection.  You can answer.

13     A.     I don't know.

14     Q.     Okay.  Did you get arrested on the date of the

15     incident to send a message to Michael Bloomberg and the

16     corporations?

17     A.     I would say that was one of the purposes to

18     attending the protest.

19     Q.     Do you recall stating, "that we clogged up Wall

20     Street before the opening bell"?

21     A.     I remember writing that in a blog post.

22     Q.     Do you remember writing in the same blog post

23     that you had already disrupted things at Oakland and

24     Sotheby's?

25                  MR. OLIVER:  Objection to the

B. CASE

1          characterization, but you can answer.

2     A.     I personally had not been in Oakland or at

3  Sotheby's, but I remember writing something about that

4  using "we" to characterize Occupy Wall Street.

5     Q.     Okay.  When you were in the intersection of

6  Williams and Beaver Street, did you see anyone trying to

7  get to work that had difficulty getting through the crowd?

8     A.     No.

9     Q.     Do you remember stating in the same blog post,

10  "Wall Street brokers shouted at us on the 17th as we barred

11  them from getting to work"?

12          MR. OLIVER:  Objection.  You can answer.

13          I'm objecting to the characterization.

14          MS. ROBINSON:  It's in quotes.

15          MR. OLIVER:  It's not correctly quoted.

16          MS. ROBINSON:  I will read the whole thing,

17          "Wall Street shouted at us on the 17th as we

18          barred them from getting to work."

19          MR. OLIVER:  Now it's correctly quoted.

20          Objection.  You can answer.

21     A.     I remember writing that, yes.

22     Q.     Okay.  Do you recall hearing people saying to

23  you, "we're just trying get to work, get a job get out of

24  my way"?

25     A.     Yes.

B. CASE

1    other people.

2              I remember it being very crowded, so much so that

3    we couldn't really move around or sit down, we were packed

4    in there with our cuffs still on and we were in there for a

5    long time, a few hours.  I think something like five hours.

6    It was very uncomfortable, it was somewhat painful having

7    the cuffs on for that long.  I remember asking to use the

8    bathroom a couple of mores time and being denied.  Other

9    people I remember asking to use the bathroom for medical

10   attention, and then eventually I was brought into a smaller

11   cell by myself and searched, and the cuffs were taken off

12   there and then I remember being brought into a larger

13   holding cell with a lot of other people and then waiting

14   around there for some number of hours in there um, and then

15   eventually sometime that night I was released.

16   Q.    Do you know approximately how long you were in

17   custody before you were released?

18   A.    I think I got arrested sometime around 10:00 a.m.

19   and I was released sometime late that night.  I remember

20   being released sometime around midnight, so whatever that

21   is, 14 or so hours.

22   Q.    Okay.  Did you suffer any physical injuries as a

23   result of your arrest on the date of the incident?

24              MR. OLIVER:  Objection.  You can answer.

25   A.    I'd say it was uncomfortable and painful but I

43

B. CASE

1          MS. ROBINSON:  Thank you.  I have no further

2          questions.

3          MR. OLIVER:  I have just a couple.

4          MS. ROBINSON:  Okay.

5    EXAMINATION BY

6    MR. OLIVER:

7      Q.    Mr. Case, earlier you were asked something along

8    the lines of whether you had ever pleaded guilty to

9    anything related to a demonstration, and you mentioned

10   something about this case.  Did you plead guilty to

11   anything in this case?

12     A.    Yes.  Ultimately I think I pleaded guilty to

13   disorderly conduct.

14     Q.    Are you sure of that?  In this case?

15     A.    I think so.

16     Q.    Okay.  And earlier you were asked about some

17   statements in a blog post to the effect that "Wall Street

18   brokers shouted out as we barred them from getting to

19   work."  "We're just trying to get to work.  Get a job and

20   get out of my way."  Were there any Wall Street workers who

21   shouted that at you at the location where you were

22   arrested?

23     A.    No.

24     Q.    Did you bar any Wall Street brokers from getting

25   to work at the location at which you were arrested?

55

CONFIDENTIAL PORTION - B. CASE

1              C E R T I F I C A T E

2

3    STATE OF NEW YORK          )
                                    :  SS.:
4    COUNTY OF KINGS            )

5

6              I, MIRIAM SCHWEKE, a Notary Public for and

7    within the State of New York, do hereby certify:

8              That the witness whose examination is

9    hereinbefore set forth was duly sworn and that such

10   examination is a true record of the testimony given by that

11   witness.

12             I further certify that I am not related to any

13   of the parties to this action by blood or by marriage and

14   that I am in no way interested in the outcome of this

15   matter.

16             IN WITNESS WHEREOF, I have hereunto set my hand

17   this 14th day of November 2017.

18

19

20             _____
                         MIRIAM SCHWEKE
21

22

23

24

25