# ORIGINAL

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------------------------X
     BENJAMIN CASE, ELIZABETH CATLIN,
 3   JENNIFER KLEIN and MARK KUSHNEIR,

 4                                        PLAINTIFFS,

 5
                    -against-                 Case No.:
 6                                            1:14-cv-09148-AT

 7
     THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT
 8   ("NYPD"), CHIEF OF DEPARTMENT JOSEPH ESPOSITO,
     NYPD DEPUTY CHIEF BRIAN McCARTHY, NYPD LIEUTENANT
 9   DAVID GROHT, NYPD SERGEANT LAWRENCE PAPOLA, SHIELD
     NO. 03646, NYPD OFFICER BENJAMIN ALMONTE, SHIELD
10   NO. 29182, NYPD OFFICER DANIEL CONFORTI, SHIELD
     NO. 26403, NYPD OFFICER FIRST NAME UNKNOWN,
11   ("FNU") DOWNES, SHIELD NO. UNKNOWN, NYPD OFFICER
     DMITRY TVERDOKHLEB, SHIELD NO. 27018 and NYPD
12   OFFICER MICHAEL MALDONADO, SHIELD 23573,

13                                        DEFENDANTS.
     ------------------------------------------------------------X
14

15                     DATE:  August 18, 2017

16                     TIME:  9:45 A.M.

17

18             DEPOSITION of the Plaintiff, JENNIFER

19   KLEIN, taken by the Defendants, pursuant to a Court Order

20   and to the Federal Rules of Civil Procedure, held at the

21   offices of The New York Law Department, 100 Church Street,

22   New York, New York 10007, before Gary Merola, a Notary

23   Public of the State of New York.

24

25
```

```
 1     A P P E A R A N C E S:

 2

 3     GIDEON ORTON OLIVER, ESQ.
            Attorney for the Plaintiffs
 4          BENJAMIN CASE, ELIZABETH CATLIN,
            JENNIFER KLEIN and MARK KUSHNEIR
 5          277 Broadway, Suite 1501
            New York, New York 10007
 6          BY:  GIDEON ORTON OLIVER, ESQ.

 7

 8     ZACHARY W. CARTER, ESQ.
       CORPORATION COUNSEL
 9     THE NEW YORK CITY LAW DEPARTMENT
            Attorneys for the Defendants
10          THE CITY OF NEW YORK, NEW YORK CITY POLICE
            DEPARTMENT ("NYPD"), CHIEF OF DEPARTMENT JOSEPH
11          ESPOSITO, NYPD DEPUTY CHIEF BRIAN McCARTHY, NYPD
            LIEUTENANT DAVID GROHT, NYPD SERGEANT LAWRENCE
12          PAPOLA, SHIELD NO. 03646, NYPD OFFICER BENJAMIN
            ALMONTE, SHIELD NO. 29182, NYPD OFFICER DANIEL
13          CONFORTI, SHIELD NO. 26403, NYPD OFFICER FIRST NAME
            UNKNOWN ("FNU") DOWNES, SHIELD NO. UNKNOWN, NYPD
14          OFFICER DMITRY TVERDOKHLEB, SHIELD NO. 27018 and
            NYPD OFFICER MICHAEL MALDONADO, SHIELD 23573
15          100 Church Street
            New York, New York 10007
16          BY:  AMY ROBINSON, ESQ.
            File #:  2015-009624
17          Control #:  166886

18

       ALSO PRESENT:
19
            MICHAEL DECKER
20                    *          *          *
21

22

23

24

25
```

```
 1              F E D E R A L   S T I P U L A T I O N S

 2

 3

 4          IT IS HEREBY STIPULATED AND AGREED by and between

 5     the counsel for the respective parties herein that the

 6     sealing, filing and certification of the within deposition

 7     be waived; that the original of the deposition may be

 8     signed and sworn to by the witness before anyone authorized

 9     to administer an oath, with the same effect as if signed

10     before a Judge of the Court; that an unsigned copy of the

11     deposition may be used with the same force and effect as if

12     signed by the witness, 30 days after service of the

13     original & 1 copy of same upon counsel for the witness.

14

15          IT IS FURTHER STIPULATED AND AGREED that all

16     objections except as to form, are reserved to the time of

17     trial.

18

19                     *     *     *     *

20

21

22

23

24

25
```

J. KLEIN

1    you from testifying honestly and truthfully?

2        A.    ████████████████████████████████████

3    ███████████████████████████████████████████████

4        Q.    Have you ever testified as a witness before?

5        A.    Yes.

6        Q.    How many times have you testified as a witness

7    before?

8        A.    Twice.

9        Q.    Could you tell me what were the circumstances in

10   those two times in which you testified?

11       A.    The first time I testified was as a plaintiff in

12   a landlord/tenant case in New Haven.

13             The second time I testified was as a plaintiff in

14   a wrongful death lawsuit in Miami, Florida.

15       Q.    Have you had any conversations with anyone about

16   coming to your deposition today other than your attorney,

17   Mr. Oliver?

18       A.    Yes.

19       Q.    Who have you spoken to besides Mr. Decker also?

20       A.    My husband.

21       Q.    That is Mr. Berger, correct?

22       A.    Yes.

23       Q.    What was your address on the date of the

24   incident?

25       A.    ████████████████████████████████████

J. KLEIN

1      A.      Standing in a crowd of people.

2      Q.      How many people were in that crowd,

3   approximately?

4      A.      Over 200.

5      Q.      What did you see yourself doing after you saw

6   yourself standing in the crowd?

7                     MR. OLIVER:   Objection, you can answer.

8      A.      First I should say the videos are constantly

9   showing different parts of people in the area.   So, there

10   isn't a continuous viewing of either me or the spot where I

11   was.   I think that's important to note.

12      Q.      Understood.

13      A.      So, I had marched down the sidewalk of Pine

14   Street in an attempt to turn with the march right onto

15   Nassau Street.   There was a police blockade and there was

16   both a double line of police officers and a barricade and

17   this began to create a funnel that forced people into the

18   intersection.

19                     Because of that funneling effect, I ended up in

20   the intersection because the police had blocked off the

21   sidewalk.   I was standing in the intersection by 8:30 A.M.

22      Q.      Although I understand you are not the focus of

23   the video, when you saw yourself on the video again what do

24   you recall yourself doing?

25                     MR. OLIVER:   Objection, you can answer.

J. KLEIN

1        A.       At what time?

2        Q.       At any time after 8:30.

3        A.       So, for a while I was standing.    Of course it was

4    my intention to participate in the march as I have done

5    throughout my life as an engaged citizen, as committed

6    citizen, as somebody who has First Amendment rights.

7                 I continued along the march on the sidewalk.    The

8    sidewalk was blocked by the police and it really wasn't

9    clear to me at first why that was the case.

10               There were two lines of police.    There were

11   police who began to surround the intersection.    There were

12   also police vans there, a police van behind the

13   intersection on Nassau Street.

14               So, for a while I was standing waiting to

15   continue with the march to be able to participate in a

16   rally which I came there to do and then there was a brief

17   moment around about 8:39 when I sat down with a group of

18   people to try and hear what was being said.

19               Around 8:45 or so there had now been almost three

20   rows of officers blocking Nassau Street.    An officer got up

21   on some kind of barrier that was on the sidewalk with a

22   megaphone and he made the announcement that people were

23   blocking the street, they were blocking traffic.    If they

24   did not move they would be arrested.

25               He immediately made a second announcement.    No

J. KLEIN

1   police did anything other than continue to block in the

2   intersection.

3           A third announcement was made immediately.   There

4   was no time between the announcement between the third and

5   fourth announcement, I stood up.   The people around me

6   stood up.

7           So, from that point I was standing up there was

8   nowhere to go.   Between 8:45 and the next ten minutes

9   police began to push in through the barricade.   A huge mass

10  of police.

11          As the police pulled into the middle of Nassau

12  Street, the rest of the people who were arrested, people

13  who were standing up.   The police began to move across Pine

14  Street to form a line across Pine Street.

15          The police also came behind the crowd on Pine

16  Street.   So, I was standing and I know that an announcement

17  was made, a fifth or sixth time.

18          By 8:55 the police, I believe had lined both

19  sides of the intersection of Pine Street and they were

20  pushing in from Nassau Street.

21          At a certain point I was being directly pushed by

22  a line of police.   As of 8:58 I was still standing.   There

23  was nowhere for me to go because then I was surrounded by

24  kind of a semicircle of police officers, and a line of

25  police officers on Pine Street.

23

J. KLEIN

1        So, around 8:59 I was concerned that there was no

2    way that I could continue to participate in the march which

3    was I had come there to do and to participate in the rally.

4        That the police were simply trying to push me out

5    of there and shut down any kind of march or any kind of

6    rally whatsoever.

7        Q.    When you mentioned earlier about the barricades,

8    what were you referring to?

9        A.    Metal fence barricades that were lined up across

10   Nassau Street.   There was one also on Pine Street.   There

11   were police vans in the road and somewhere between 8:55 and

12   9:00 there were police on horses on Nassau Street.   So, the

13   police on horses definitely blocked the road.

14       Q.    When did you first hear about Occupy Wall Street?

15       A.    A couple of days after it began.   I read about it

16   in the press.

17       Q.    What was the first Occupy Wall Street event that

18   you attended?

19       A.    I went there with my family on or around October

20   10, 2011.   I visited Zuccotti Park with my family to see

21   what the occupation looked like and to observe the site.

22       Q.    When you say occupation, how do you define

23   occupation?

24       A.    I define it as a site that citizens had sat down

25   in in order to publicly express a set of grievances and

J. KLEIN

1    rights.

2        Q.      Just so I understand.

3                You're defining occupation as sit in to

4    communicate grievances and rights; is that correct?

5        A.      I did not use sit in.

6        Q.      You said sat down.

7        A.      I define it as a space where people take

8    collective action through physically occupying it in order

9    to express grievances or assert rights.

10       Q.      What was the second event that you attended

11   Occupied Wall Street related?

12       A.      I went there with a group of my undergraduate

13   students.

14       Q.      What date was that?

15       A.      I'm not sure.

16       Q.      Sometime prior to this incident?

17       A.      Yes.

18       Q.      Where did you go?

19       A.      We went to Zuccotti Park.

20       Q.      What did you do when you got there?

21       A.      We observe the activities of people who were

22   there, we looked at some of the literature and we listened

23   to a speaker.

24       Q.      Did you do any occupying at that time?

25               MR. OLIVER:   Objection, you can answer.

J. KLEIN

1    Q.    Sure.

2          Have you ever organized any Occupy Wall Street

3    activities?

4    A.    No.

5    Q.    Have you held any jobs or positions in Occupy

6    Wall Street?

7    A.    No.

8    Q.    Have you ever attended any Occupy Wall Street

9    general assembly meetings?

10   A.    I may have observed one when I was there, but I

11   was not a participant.

12   Q.    We are going to turn now to the date of the

13   incident, November 17, 2011.

14         How would you characterize the day's event on the

15   date of the incident?

16         MR. OLIVER:   Objection, you can answer.

17   A.    Can you be more precise?

18   Q.    Yes.  Was it a demonstration?

19   A.    Yes.

20   Q.    And what was the goal of the demonstration?

21         MR. OLIVER:   Objection, you can answer.

22   A.    The goal of the demonstration that I came there

23   to attend was to first of all express dissent with the

24   order to dismantled the occupation site at Zuccotti Park,

25   but then to march down Pine Street to the stock exchange

J. KLEIN

1    and to have a demonstration in front of the stock exchange

2    to express additional agreement with people that favored

3    the financial sector.

4        Q.    Are you familiar with the phrase International

5    Day of Action?

6        A.    No.

7        Q.    Were you familiar with November 17, 2011 as being

8    referred to as shutdown Wall Street?

9        A.    I didn't hear it as that, but what I came there

10   for was to do a protest in front of the stock exchange.

11       Q.    Did you intend to shut down this stock exchange?

12       A.    We thought that a rally or I should say that I

13   thought that a rally in front of the stock exchange could

14   temporarily block some access to it perhaps.

15       Q.    What was your purpose in blocking some access to

16   the stock exchange?

17             MR. OLIVER:   Objection to the

18             mischaracterization.

19             You can answer.

20       A.    As I indicated my purpose in taking part in a

21   march or a rally was to visually demonstrate disagreement

22   with policies that favored the financial sector.

23       Q.    Would you characterize your participation on

24   November 17, 2011 as civil disobedience?

25       A.    My participation was First Amendment assembly

J. KLEIN

1    not move forward to fulfill this march, but that the police

2    were shutting down entirely what should be a basic right to

3    a rally and a demonstration.

4              They were clearly not going to let it happen.

5    So, once I was surrounded by police and there was nowhere

6    to go I sat down on the street.

7        Q.    So, is it your testimony that you were not

8    engaged on what you would call civil disobedience on the

9    date of the incident?

10              MR. OLIVER:   Objection.

11              You can answer again.

12       A.    I feel that I was backed into a situation that

13   was not my intention.   And that the only way that I could

14   express and defend my rights, First Amendment rights was

15   that I sat down.   But only about two minutes before I was

16   arrested.

17              I had nowhere else to go.   As you can see I was

18   standing and there was no way out.

19       Q.    Did you see any traffic being blocked by the

20   crowd sitting in the intersection?

21              MR. OLIVER:   Objection.

22              You can answer it.

23       A.    I think that is hard to determine because there

24   was a very heavy police presence that had put up barricades

25   before I ever got to the intersection.   There were also

J. KLEIN

1    police vehicles that were parked in the intersection.

2           There was a police van that was across Nassau

3    Street, there were police barricades, there were police

4    lines that were two people thick and then later three

5    people thick.

6    Q.     It seems to me that is quite difficult to parse.

7    A.     As I said I came down as part of a march on the

8    sidewalk of Pine Street, turned and that was blocked.

9    There was a line across Nassau Street and there were police

10   vehicles in the street.  I believe that the police created

11   a situation that funneled people into the intersection.

12   Q.     Did you at any time see a line of trucks in the

13   intersection trying to make their way through?

14   A.     There was a -- yes, there was, I think an office

15   supply truck, but the police had already created a

16   situation of pushing over 200 people into the street.

17   Q.     How did you hear about the event that was going

18   to take place on the date of the incident?

19   A.     Do you mean beforehand?

20   Q.     Yes, ma'am.

21   A.     I'm not sure.

22   Q.     How did you get to the event that day?

23   A.     One of my graduate students drove from New Haven

24   to New York and then we took the subway.

25   Q.     What is the name of that student?

J. KLEIN

1   Q.      Approximately what time did you arrive at

2   Zuccotti Park on the day of the incident?

3   A.      I don't know.

4   Q.      What time did you arrive at Pine and Nassau?

5   A.      Maybe around 8:25 or 8:30.

6   Q.      Did you leave Zuccotti Park upon immediately

7   arriving there to march or walk to the Wall Street area?

8   A.      No.

9   Q.      How long were you in Zuccotti Park before you

10  went into the Wall Street area?

11  A.      I was not in Zuccotti Park.

12  Q.      Where were you?

13  A.      I was on a street nearby.

14  Q.      How long were you on the street nearby Zuccotti

15  Park before you left for the Wall Street area?

16  A.      I don't know.   People were gathering for a march.

17  Q.      Could it be two hours?

18  A.      No.

19  Q.      One hour?

20  A.      I don't know.

21  Q.      On the date of the incident, did you have any

22  props with you; any signs, banners, whistles, anything of

23  that nature?

24  A.      No.

25  Q.      Prior to your arrest, did you have any

J. KLEIN

1     A.     No.

2     Q.     Did you occupy according to your own definition

3     of occupy the area of Pine and Nassau street on the day of

4     the incident?

5                  MR. OLIVER:   Objection.

6                  You can answer.

7     A.     When the police blocked me from continuing in the

8     march and blocked the other people using barricades and

9     extremely heavily police presence, I was waiting there

10    hoping to continue with the march.

11    Q.     Do you remember stating in an e-mail to Barry

12    Eidlin that we in quotes, occupied at Nassau and Pine

13    Street about a block from the New York Stock Exchange?

14    A.     I meant that in a different way.   Than the people

15    who were actually camped out and saw themselves as having

16    taken over Zuccotti Park.

17                 I meant that in the sense of there we were in the

18    intersection, having been funneled into there by the police

19    presence, which had blocked the roads and were waiting for

20    our opportunity to proceed with the march and the

21    demonstration.

22                 So, we were occupying the street in the sense

23    that I was not leaving.   I was standing there and I was

24    waiting for my opportunity to continue.

25    Q.     So, when you're referring to occupying in your

J. KLEIN

1    arrest.

2        Q.      So, when you were arrested, you were in a seated

3    position?

4        A.      Yes.

5        Q.      Were you locked arms with people on either side

6    of you?

7        A.      No.

8        Q.      Were you at any time locked arms with people on

9    either side of you?

10       A.      No.   Nor did I in any way resist arrest.   When I

11   was taken into custody, I was fully compliant.

12       Q.      You had testified earlier about what you thought

13   might have been an office supply truck that you saw.   In

14   the area were there any other vehicles near that truck that

15   you remember seeing?

16       A.      There was a van, but I don't remember what kind

17   of a van it was.

18       Q.      How far away were you from the truck?

19       A.      I was on the opposite side of the intersection.

20   However, there was a police van behind where I was on Pine

21   Street.   Also again at the time of my arrest behind the

22   barricade on Nassau Street there was a row of police on

23   horses.

24       Q.      How far would you say you were away from the

25   truck and the van that were in the intersection?

J. KLEIN

1    sector.   Then I think it became sort of very much also

2    about freedom of assembly.

3        Q.    Do you recall stating in an e-mail I quote, "I do

4    feel we sort of made a collective decision to defend public

5    streets and our rights to occupy them together"?

6        A.    Yes.

7        Q.    What did you mean by that?

8        A.    Just what I said.   That the original intention of

9    my participation in the march was very specifically about

10   protesting both the shutdown and the expulsion from

11   Zuccotti Park and the policies and practices regarding the

12   financial sector.

13            Once the police had barricaded the street, had

14   blocked people off, had begun to push us back, had made it

15   clear that they just wanted to shut down a basic rally and

16   protest all together and not allow me any rights whatsoever

17   to participate in it, then yes, it became very clear that

18   this was now about freedom of assembly and freedom of

19   speech.   Because the police had created the situation that

20   was meant to push us out of the way entirely.

21       Q.    So, would you say that you were occupying the

22   area of Pine and Nassau Streets?

23            MR. OLIVER:   Objection.

24            You can answer.

25       A.    I thought I already answered that question.

J. KLEIN

1           MR. OLIVER:   You can answer the question

2           that she asked.

3    A.     Insofar as I remained there, yes.

4    Q.     In that e-mail you go on to further state and I

5  quote, "we just rather calmly and determinably decided we

6  should hold the line together?"

7           What did you mean by that?

8    A.     I meant that the students who I was with and

9  myself felt that the police were simply going to push

10  everyone out of there and not allow any kind of rally to

11  take place.

12          I was literally being pushed by a line of police

13  and with nowhere to go.  I was now there and what was kind

14  of left to try to hold the line in hopes that some kind of

15  march or rally could somehow be realized.

16    Q.     When you say we decided to hold the line

17  together, does that mean that you had decided to get

18  arrested?

19    A.     It means that I continued to stand there as the

20  police pushed me back.  The point that I sat down was

21  literally only two, three minutes before the arrest

22  occurred.

23    Q.     Did you decide you were going to get arrested?

24           MR. OLIVER:   Objection, you can answer.

25    A.     I decided that in order to defend our ability to

J. KLEIN

1      A.      Yes, I did.

2      Q.      How many orders to disburse do you think that you

3   heard before you were arrested?

4                   MR. OLIVER:   Objection.

5                   You can answer.

6      A.      I heard three orders to disburse, possibly four

7   and therefore I stood up.   I was standing as the police

8   began to enclose this intersection.   So, I heard five

9   orders to move off the street.

10                  The order came in very quick succession.   And

11  they came as the police were simultaneously enclosing the

12  intersection.

13     Q.      You testified earlier that you saw an officer

14  standing on some object giving orders.   Was he using a

15  bullhorn?

16     A.      Yes.   That's when he made it -- yeah.

17     Q.      Would it surprise you to learn that that officer

18  had given some, had given orders to disburse some 15 times

19  before you were arrested with the bullhorn?

20     A.      No.   But while he was standing on that metal, I

21  don't know what that is.

22     Q.      Artwork probably.

23     A.      Barrier or something, square, that metal square

24  he gave four to five announcements.   I was standing by that

25  time.

J. KLEIN

1     A.     After two or three requests, they were loosened a

2   bit.

3     Q.     Did an officer joke with you that all your

4   students should get an A from this experience?

5     A.     That was after we were released after 11:00 p.m.

6   That was after the entire day spent in jail.

7     Q.     Ms. Klein, did you receiver or sustain any

8   physical injuries as a result of your arrest?

9     A.     Could you just qualify physical?

10    Q.     Other than psychological.

11    A.     No.

12    Q.     So you didn't seek any medical treatment while

13   you were in custody?

14    A.     No.

15    Q.     And you didn't seek medical treatment after you

16   were released from custody?

17    A.     No.

18    Q.     Did you sustain any psychological injuries as a

19   result of your arrest?

20             MR. OLIVER:   Objection.

21             You can answer.

22    A.     Well, it was difficult being in a cell for an

23   opened ended amount of time.   I didn't know when I was

24   being released.   I wasn't released from the cell until 10

25   or 11 hours later.   That was quite stressful.

J. KLEIN

1           I also was concerned about the fact that I was

2    not able to fulfill my professional commitment.

3           First of all, that I was not there to attend the

4    conference where I was supposed to comment on the work of

5    two-year scholars and then subsequently some of the days

6    when I had to return to New York to appear in court I

7    missed class time which means I was not there to fulfill my

8    obligations to the students.

9           Either in terms of teaching my class or meeting

10   with them as advised.

11   Q.     Were there any other psychological injury that

12   you suffered as a result of your arrest?

13   A.     In terms of psychological, how would you define

14   it?

15   Q.     Emotional injuries.

16          Did you ever receive treatment for psychological

17   damages as a result of your arrest?

18   A.     No.

19   Q.     Other than what you testified to, are there any

20   other details of any emotional injury that you suffered as

21   a result of your arrest?

22          MR. OLIVER:  Objection.

23          You can answer.

24   A.     I had always been an engaged citizen.  I have

25   always participated in marches and rallies in the town that

53

J. KLEIN

```
 1                You can answer.

 2      A.     How does one measure --

 3      Q.     On a scale of one to ten, how severe?

 4               MR. OLIVER:   Objection.

 5               You can answer.

 6      A.     I think it left me worried about the ability to

 7  continue to participate as a citizen in public action

 8  because it turns out you don't know what turn it will take.

 9               I want my daughters to know that it is okay for

10  them to participate in public demonstrations and marches

11  and this really, this really causes a lot of anxiety which

12  is why I think the lawsuit is important.  Because, I think

13  it's important for me to find a way to defend First

14  Amendment rights and not allow this kind of widening sphere

15  off of repression and potential fear tactics and damping to

16  be out there.

17      Q.     Do you recall stating in an e-mail to Barry and

18  Julie on the day after the day of the incident and I quote,

19  "they kept us pinned for a couple of hours on the street

20  and then in jail all day.  Fortunately we were, everyone

21  was in high spirits and unhurt."

22               Do you recall putting that in an e-mail?

23      A.     Yes, I do.  I don't think that precludes anxiety.

24  I don't think that precludes not knowing what is going to

25  happen.  Especially as the hours wore on in which I was in
```

J. KLEIN

1    a cell.  I had no idea that I would be kept in a cell until

2    very late at night.

3        Q.    But you did write this e-mail the day after it

4    happened, correct?

5        A.    I know that I wrote that e-mail.

6        Q.    Do you know what you were ultimately charged

7    with?

8        A.    I think I was charged with three counts.

9        Q.    Do you know what they were?

10       A.    I think it was blocking traffic, parading without

11   a permit and I think one of the charges might have been

12   disorderly conduct.  But I'm not sure.

13       Q.    And what was the disposition of your criminal

14   case, if you know?

15       A.    Could you define that word for me?

16       Q.    Did you accept an ACD in this case?

17       A.    At first I did not.  I felt that I had the right

18   to a trial.  So, I did not want to simply give into the

19   offer that was first presented because I wanted my right to

20   a trial.

21            I returned to court throughout the year of 2012

22   and no witnesses ever showed up at those hearings.  Nobody

23   ever showed up to present any evidence.  Then sometime in

24   October the judge decided to just start handing out

25   significant jail time sentences to other people and since I

J. KLEIN

1                   C E R T I F I C A T E

2

STATE OF NEW YORK        )

3                                   :  SS.:

COUNTY OF KINGS          )

4

5        I, GARY MEROLA, a Notary Public for and within the

6   State of New York, do hereby certify:

7        That the witness whose examination is hereinbefore

8   set forth was duly sworn and that such examination is a

9   true record of the testimony given by that witness.

10       I further certify that I am not related to any of

11  the parties to this action by blood or by marriage and that

12  I am in no way interested in the outcome of this matter.

13       IN WITNESS WHEREOF, I have hereunto set my hand this

14  22nd day of August 2017.

15

16

17  _____

                GARY MEROLA

18

19

20

21

22

23

24

25