Page 1

```
 1
 2     UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
 3     14-CV-9148(AT)
       - - - - - - - - - - - - - - - - - - - - - x
 4
       BENJAMIN CASE, ELIZABETH CATLIN,
 5     JENNIFER KLEIN, and MARK KUSHNEIR,
 6
                          Plaintiffs,
 7
                    - against -
 8
       THE CITY OF NEW YORK, et al,
 9
                          Defendants.
10     - - - - - - - - - - - - - - - - - - - - - x
11
                          August 31, 2017
12                        10:33 a.m.
13                        100 Church Street
                          New York, New York
14
15
16          DEPOSITION of LIEUTENANT LAWRENCE PAPOLA, a
17     defendant, in the above-entitled action, held at the
18     above time and place, taken before Melissa A. Diaz,
19     a Notary Public of the State of New York, pursuant
20     to the Federal Rules of Civil Procedure, Notice and
21     stipulations between counsel.
22
23
24                    *        *        *        *
25
```

Page 2

1
2      A P P E A R A N C E S :
3
4      GIDEON ORION OLIVER, ESQ.
                   Attorneys for Plaintiffs
5                  277 Broadway, Suite 1501
                   New York, New York 10007
6
       BY:        GIDEON ORION OLIVER, ESQ.
7
8      NEW YORK CITY LAW DEPARTMENT
                   Attorneys for The City of New York
9                  100 Church Street, Fourth Floor
                   New York, New York 10007
10
       BY:        AMY ROBINSON, ESQ.
11
12
13                      *         *         *         *
14
15
16
17
18
19
20
21
22
23
24
25

1

2               S T I P U L A T I O N S

3           IT IS HEREBY STIPULATED AND AGREED, by and

4    among counsel for the respective parties hereto,

5    that the filing, sealing and certification of the

6    within deposition shall be and the same are hereby

7    waived;

8         IT IS FURTHER STIPULATED AND AGREED  that all

9    objections, except as to form of the question, shall

10   be reserved to the time of the trial;

11        IT IS FURTHER STIPULATED AND AGREED that the

12   within deposition may be signed before any Notary

13   Public with the same force and effect as if signed

14   and sworn to before the Court.

15

16

17               *        *        *        *

18

19

20

21

22

23

24

25

Page 4

1                           PAPOLA

2               (Memo Book Entry was hereby marked as

3           Papola Exhibit Number 1 for identification.)

4               (Resume was hereby marked as Papola

5           Exhibit Number 2 for identification.)

6               (Form was hereby marked as Papola Exhibit

7           Number 3 for identification.)

8    L A W R E N C E    P A P O L A, after having first

9    been duly sworn by a Notary Public of the State of

10   New York, was examined and testified as follows:

11   EXAMINATION BY

12   MR. OLIVER:

13        Q     Please state your name for the record.

14        A     Lieutenant Lawrence Papola.

15        Q     What is your present home address?

16        A     Business Address:  1 Police Plaza, New

17   York, New York 10038.

18             MR. OLIVER:  Good morning.  My name is

19          Gideon Oliver.  I represent the plaintiffs in

20          the underlying lawsuit that brings you here

21          today in which you are named as a defendant.

22          I'm going to take you through some ground rules

23          with respect to the deposition today.  For

24          starters, please answer each of my questions

25          verbally because the court reporter can't take

Page 5

1                              PAPOLA
2          downs nods, gestures or otherwise, okay?
3                THE WITNESS:  Yes.
4          Q     If you don't hear any of my questions,
5     will you tell me so?
6          A     Yes.
7          Q     If you don't understand any of my
8     questions, will you tell me so?
9          A     Yes.
10         Q     If you give an answer and later in the
11    deposition you want to revisit it for any reason,
12    will you tell me so?
13         A     Yes.
14         Q     Is there any reason that you cannot
15    testify fully and accurately today?
16         A     No.
17         Q     Do you have any physical or mental
18    conditions that might keep you from testifying fully
19    and accurately today?
20         A     No.
21         Q     Have you taken any sort of medication
22    today that might keep you from testifying fully and
23    accurately?
24         A     No.
25         Q     Were you supposed to take medication today

1                        PAPOLA

2    that you did not take?

3         A    No.

4         Q    Do you understand you've taken an oath to

5    tell the truth today?

6         A    Yes.

7         Q    You understand that even though we're here

8    in a conference room, it's basically the same oath

9    that you take when you go to court to testify?

10        A    Yes.

11        Q    Are you represented by counsel today?

12        A    Yes, I am.

13        Q    Is that your attorney seated to your

14   right?

15        A    Yes.

16             MR. OLIVER:  Indicating Ms. Robinson.

17        Q    Have you ever been deposed before?

18        A    A long time ago, yes, I have.

19        Q    How many times?

20        A    Twice I think.

21        Q    When was the first time?

22        A    First time I think I was 12 or 13 years

23   old.  It was a civil lawsuit.

24        Q    I don't need to know about it.

25             The second time, when was it?

Page 7

1                     PAPOLA
2      A     I don't recall.
3      Q     Was the second time in connection with
4  your duties as a police officer?
5      A     Yes.  It was a trial from when I got
6  assaulted actually.
7      Q     Were you a plaintiff or a defendant in
8  that --
9      A     Plaintiff.
10     Q     -- lawsuit?
11           You were a plaintiff.
12     A     Oh, it wasn't a lawsuit.  I'm sorry.  It
13  was actually the actual criminal trial.  So that's
14  it.
15     Q     So you testified in a criminal trial, but
16  you did not give a deposition --
17     A     No.
18     Q     -- in this?
19           You were deposed one time when you were 12
20  or 13 years old and I don't need to know anything
21  about that.
22           What is your highest level of education?
23     A     Bachelor's degree.
24     Q     Where did you get your bachelor's?
25     A     SUNY College at Oneonta.

Page 8

1                        PAPOLA

2      Q    What did you study there?

3      A    Business economics.

4      Q    When did get your BA?

5      A    BS.

6      Q    BS, I'm sorry.

7      A    '94, May of '94.

8      Q    What's your current shield number?  Oh,

9  you're retired?

10     A    I'm retired.

11     Q    Congratulations.

12          What was your shield number when you were

13  still on the job?

14     A    Lieutenants don't have shield numbers.

15     Q    What was your shield number as a sergeant?

16     A    Oh my God.

17     Q    If you remember?

18     A    3646.

19     Q    What about as a police officer?

20     A    4918.

21     Q    When you were a PO, was it always 4918?

22     A    Yes.

23     Q    When were you appointed to the department?

24     A    June 30, 1995.

25     Q    Before you were appointed to the

Page 9

PAPOLA

1
2  department did you ever serve in the military?

3      A    No.

4      Q    Before you were appointed to the
5  department did you ever work security?

6      A    No.

7      Q    How long were you at the academy?

8      A    Nine months.

9      Q    Do you know why you were at the academy
10  for more than six months?

11     A    We were the first class that they
12  experimented with.  They actually gave us our guns
13  and shields and sent us out for field training and
14  then brought us back for another three months.

15     Q    Oh wow.

16     A    Yeah.  They never did it again after us I
17  don't think.

18     Q    Then what was your first command out of
19  the academy?

20     A    I was assigned to the 69th Precinct.

21     Q    When did you leave the 69 for your next
22  command?

23     A    Well I was assigned temporarily to the
24  Prospect Park summer detail.  That was 1997, and I
25  went back the same year.

Page 10

1                          PAPOLA
2       Q      Then after that what was your next
3   command?
4       A      I left the 69 in 1999 and went to the
5   Brooklyn South Task Force.
6       Q      How long were you at the task force?
7       A      About six years.
8       Q      What was your next command after the task
9   force?
10      A      I got promoted to sergeant, I went to,
11  it's called, BMO.  That was in August of 2005.  I --
12  when I left BMO -- when I got promoted, I went to
13  Transit District 30 in August of 2005.
14      Q      Borough of Manhattan?
15      A      No.  It's Borough of Brooklyn.
16      Q      What does BMO stand for?
17      A      It's basic management orientation.
18      Q      When did you make sergeant?
19      A      2005, August.
20      Q      How many times did you take the test
21  before you made sergeant?
22      A      Three times.
23      Q      Did you work the RNC in 2004?
24      A      Yes, I did.
25      Q      Generally speaking what were your duties

Page 11

1                        PAPOLA

2    in the RNC in 2004?

3         A    Task force.  I was with the Brooklyn South

4    Task Force at that time.

5         Q    Were you part of any arrest teams during

6    the RNC in 2004?

7         A    I did not make any arrests during the RNC.

8         Q    How long were you at TD 30?

9         A    From August of '05 to July of 2011.

10        Q    Then what was your next command?

11        A    I went to disorder control.

12        Q    When you went to the DCU, who was the

13   commanding officer?

14        A    Captain Anthony Raganella.

15        Q    R-A-G-A-N-E-L-L-A.

16             So you were never in the DCU when Chief

17   Graham was there?

18        A    Nope.

19        Q    When I refer to the date of the incident,

20   I'm referring to November 17, 2011, okay?

21        A    Okay.

22        Q    On the day of the incident was the DCU

23   your command?

24        A    Yes.

25        Q    Then what was your next command after the

Page 12

1                        PAPOLA

2     DCU?

3         A    I got promoted in December of 2011 to

4     lieutenant and I went to -- back to BMO again for

5     two weeks.  And then I was assigned to the 33

6     Precinct in Washington Heights.

7         Q    Then did you work at any other commands

8     after the 33rd --

9         A    Yes.

10        Q    -- before you retired?

11        A    I did.  My next command after that was

12    Viper 14 which fell under PSA 9 in Queens.

13        Q    What was your next command after that?

14        A    That was it.  That was when I retired.

15        Q    When did you retire?

16        A    My last official day on the books was

17    January 31, 2016.

18        Q    Have you ever been sued as a police

19    officer --

20        A    I was.

21        Q    -- in a civil suit?

22        A    Yes.

23        Q    How many times?

24        A    Aside from this I think there was only one

25    other time.

1                          PAPOLA

2        Q    What can you tell me about that other

3    lawsuit?

4        A    I don't know how it -- how it was disposed

5    of.  I never found out.

6        Q    Do you remember what year it was brought?

7        A    No.  I don't remember.

8        Q    Do you remember what decade it was in?

9        A    It was right around the end of the '90s

10   and 2000s.  I don't exactly recall the exact date.

11       Q    Do you remember anything about the

12   allegations in the lawsuit?

13       A    I think it was allegations of false

14   arrest.  It was from a vehicle checkpoint that I

15   arrested someone for driving with a suspended

16   license.

17       Q    Who represented you in that lawsuit?

18       A    Corporation counsel.

19            MR. OLIVER:  I will follow up in writing,

20       but I will call for production for the caption

21       of that prior lawsuit.

22            MS. ROBINSON:  Noted.

23       Q    You weren't deposed in that lawsuit?

24       A    No.

25       Q    Did you meet with your attorney to prepare

Page 14

```
 1                      PAPOLA
 2    for the deposition today?
 3         A    Yes, I did.
 4         Q    How many times?
 5         A    Once.
 6         Q    When was that meeting?
 7         A    August 22nd.
 8         Q    How long was the meeting?
 9         A    A couple of hours I think.
10         Q    More than two hours you think?
11         A    I don't remember.
12         Q    Was Ms. Robinson in --
13         A    Yes.
14         Q    -- that meeting?
15              Was there anyone else aside --
16         A    No.
17         Q    -- from the two of you?
18              I'm not going to ask you to reveal the
19    contents of any communications that you had with
20    your attorney so don't please, understood?
21         A    Yes.
22         Q    Did you review any documents to prepare
23    for your deposition today?
24         A    I sign -- yeah.  I reviewed something.  I
25    don't remember exactly what it was.
```

Page 15

1                        PAPOLA

2              MR. OLIVER:  Would you mind marking this

3        (handing)?

4              (Verification was hereby marked as Papola

5        Exhibit Number 4 for identification.)

6              MR. OLIVER:  I'm handing the witness

7        what's been marked as Papola 4 (handing).

8              Please let me know when you've had a

9        chance to review that.

10             THE WITNESS:  Sure.  No problem.

11       Q    You've had an opportunity to review that?

12       A    Yes.

13       Q    When I asked you a question earlier about

14  documents that you reviewed to prepare for your

15  deposition, you said you had reviewed something.  Is

16  this the document --

17       A    Yes.

18       Q    -- you reviewed?

19       A    Yes.

20       Q    Aside from that document did you review

21  any other documents to prepare for the deposition?

22       A    My disciplinary record and just the memo

23  book entries.  That was I believe it.

24             MR. OLIVER:  I'm going to show you what's

25        been marked as Papola 1 (handing).

Page 16

1                          PAPOLA

2               I'm going to ask you to review that and

3          let me know when you've finished.

4               THE WITNESS:  Yes.

5          Q    Is this the memo book entry that you

6     reviewed?

7          A    Yes.

8          Q    Did reviewing the memo book entry refresh

9     your recollection about any of the events of the

10    date of this incident?

11         A    Not really.

12         Q    While we're on it would you mind flipping

13    that so you can --

14         A    Oh, sure.

15         Q    Just so I am sure I have your handwriting

16    correct, the top entry indicates Thursday, November

17    17, 2011 and the next entry 04:00 by 12:57 hours.

18    Is that the tour you were working?

19         A    That was the tour I was assigned that day,

20    yes.

21         Q    The next line says DCU.  What comes next?

22         A    Citywide response supervisor.

23         Q    What are the responsibilities of the

24    citywide response supervisor?

25         A    We respond to wherever there's a, you

1                          PAPOLA

2    know, an incident where DCU is called to assist the

3    PD or to provide logistical support for the task

4    forces.  We really dealt with most of the task

5    forces, not, you know, regular patrol cops.  That

6    was -- that day we were assigned -- we had been

7    assigned to the Occupy Wall Street protests since

8    the beginning.

9              You know, that day we just happened to be

10   assigned to the counter-protest that they staged

11   after they had been removed from Zuccotti Park I

12   think is what it's called.

13        Q    Then the next entry from your memo book

14   entry says 04:00 hours, right?

15        A    Yeah.  That's when I was present for duty

16   at DCU up in the Bronx.

17        Q    DCU is on Randall's Island?

18        A    No.  When I was --

19        Q    Sorry.  Where is the DCU?

20        A    When I was there, it was on Sedgwick.

21        Q    Right.  Sorry.

22             Before the RNC did you participate in any

23   disorder control training in 2004?

24        A    Oh yes.

25        Q    Did you do disorder control training on

```
                                           Page 18
1                       PAPOLA
2    Randall's Island --
3         A    I don't recall.
4         Q    -- if you remember?
5         A    I don't remember.
6         Q    What do you remember about that disorder
7    control training, about what the contents of the
8    training were?
9         A    The only thing -- all I remember learning
10   the lines and the wedges, learning the arrest team,
11   how the arrest team works.  Don't really remember
12   anything else.  It was a long time ago.
13        Q    Fair enough.  Understood.
14             Going back to the memo book entry:  At 530
15   84 means what?
16        A    We were present at the forward command
17   post at Barclay Street and I think it's Avenue B.
18        Q    Could that be Broadway even though it just
19   says B apostrophe?  Because I don't know if Barclay
20   Street and Avenue B connect.
21        A    It could be.  It's a long time so ...
22        Q    Of course.
23             FCP, does that stand for a forward command
24   post or a field command post, if you know, if you
25   remember?
```

1                       PAPOLA

2       A    It could be either/or, field command

3   post -- I think it's field command post.  I'm pretty

4   sure.  Forward, field, I get, you know ...

5       Q    On the date of incident was there a field

6   command post or a THB that was operational related

7   to the incident?

8       A    Yes.

9       Q    Do you remember where that was?

10      A    No.

11      Q    Did you visit that FCP or THB --

12      A    I don't --

13      Q    -- on the date of incident?

14      A    I don't recall.

15      Q    Then next and final entry in your memo

16  book says 20:57 EOT, end of tour?

17      A    Yes.

18      Q    And is says Sergeant Padilla?

19      A    No.  It's Papola.

20      Q    That's you?

21      A    That my chicken scratch.

22      Q    I apologize.

23      A    That's okay.

24      Q    I thought maybe a sergeant assigned --

25      A    No.  That's me.  We sign out our own

Page 20

1                     PAPOLA

2   books.

3        Q    So that indicates that your tour ended --

4        A    Yes.

5             THE STENOGRAPHER:   I just need for you to

6        wait for him to finish the question.

7             THE WITNESS:   I'm sorry.

8        Q    It indicates your tour ended at 20:57,

9   right?

10       A    (Witness nods head.)

11       Q    You have to answer verbally.

12       A    Oh yes.  I'm sorry.

13       Q    Thank you.  I'll take the memo book entry

14   back.

15            In addition to the memo book entry, the

16   disciplinary entry and the verification that's in

17   front of you did you review any other documents to

18   prepare for the deposition?  I'll ask you separately

19   about photos and video.

20       A    No, no other document -- no other

21   documents.

22       Q    Do you know who Benjamin Case is?

23       A    No.

24       Q    Do you know what Benjamin Case looks like?

25       A    No.

Page 21

1                    PAPOLA
2              MR. OLIVER:  I'm showing the witness --
3         this was marked yesterday I think but I can't
4         right now found the marked number.
5              MS. ROBINSON:  Need some help?
6              MR. OLIVER:  Yes, please.
7              MS. ROBINSON:  This is Downes number 6, a
8         Polaroid.
9              MR. OLIVER:  Thank you.  I appreciate it.
10             I'm showing the witness what has been
11        previously marked as Downes 5 and Downes 6
12        (handing).
13             I'm going to ask you to review these
14        photos and directing your attention
15        particularly to the non-police person who I'm
16        pointing to with my pen now.  In both of the
17        pictures I represent to you that that's
18        Benjamin Case.
19        Q     Having reviewed those photographs -- have
20   I given you enough time to review them?
21        A     Yeah.
22        Q     Having reviewed those photographs did you
23   review either of those to prepare for your
24   deposition today?
25        A     These photographs?

Page 22

1                          PAPOLA

2        Q     Yes.

3        A     No.   I didn't review these photographs.

4        Q     Sitting here today having reviewed this

5    photograph of a person I'm representing to you as

6    Benjamin Case do you have any personal knowledge

7    about Mr. Case's conduct that led up to his arrest?

8        A     No.

9              MR. OLIVER:   I'll take those pictures

10       back.

11             THE WITNESS:   (Handing).

12       Q     You were not present at 1 Police Plaza

13   related to arrest processing on the date of the

14   incident --

15       A     No.

16       Q     -- were you?

17             Did you review any photographs to prepare

18   for the deposition?

19       A     Photographs?

20       Q     Yes.

21       A     No.   I didn't review any photographs.

22       Q     I apologize if I asked you that already.

23       A     That's okay.

24       Q     Did you view any videos to prepare for the

25   deposition?

Page 23

1                          PAPOLA

2       A    Yes.

3       Q    How many videos did you view?

4       A    I think it was one video.

5       Q    Was it a TARU video, capital T-A-R-U?

6       A    Yes.  It was a TARU video.

7       Q    Do you know who the videographer was?

8       A    No, I don't.

9       Q    Directing your attention back to this

10   exhibit, Downes 5.  This appears to be, according to

11   its face, is a TARU still from TARU Videographer

12   Rivera.  Do you know if this is a still from the

13   video that you watched?

14       A    I don't recall.

15       Q    Fair enough.

16            How long was the video that you watched?

17       A    I don't recall.

18       Q    Was it more than five minutes?

19       A    I don't recall.

20       Q    How much total time did you yourself spend

21   watching the video?

22       A    I don't remember.

23       Q    Was it more than five minutes?

24       A    I don't remember.

25       Q    Was it more than one minute?

Page 24

1                      PAPOLA

2        A    I really don't remember.  I honestly don't

3    remember.

4        Q    You saw yourself on the video?

5        A    Yes.  I did see myself.

6        Q    You saw then Captain, now Deputy

7    Inspector, Raganella on the video?

8        A    Yes.

9        Q    Who else did you see that you recognized

10   in the video?

11       A    Just myself and then Captain Raganella.  I

12   don't remember if there was any other bosses.  I

13   don't -- you know, I was just focused on what I was

14   doing.

15       Q    You saw yourself in the video giving an

16   arrest warning; is that right?

17       A    Giving the orders to disperse I believe.

18       Q    What's the difference between an order to

19   disperse and an arrest warning, if there is one to

20   you?

21       A    I really don't think there's a difference.

22   I don't remember the exact wording because I was

23   reading it off a card that day too.

24       Q    Where did you get the card?

25       A    I don't remember who handed it to me.

Page 25

1                           PAPOLA
2        Q    But someone --
3        A    Someone gave it to me.
4        Q    The card says what in sum and substance?
5        A    That if you're interfering with a public
6    street or a public sidewalk and if you do not
7    disperse, you are subject to arrest action.  That's
8    just going by memory.
9        Q    Right.  That's not word for word --
10       A    No.
11       Q    -- what's on the card?
12            MR. OLIVER:  I will call for production of
13       a copy of the dispersal order card.  I will
14       follow up with that in writing.
15            MS. ROBINSON:  Noted.
16       Q    Were you involved in any arrests at that
17   location?
18       A    No.
19       Q    Do you know who Officer Darnell Downes is?
20       A    Nope.
21       Q    Do you know who Officer Benjamin Almonte
22   is?
23       A    No.
24       Q    Do you know who Officer Dawn Braccio,
25   B-R-A-C-C-I-O, is?

Page 26

1                        PAPOLA

2        A     No.

3        Q     Do you know who Officer Brian Koch,

4    K-O-C-H, is?

5        A     No.

6        Q     Did reviewing the videos that you reviewed

7    refresh your recollection about any of the events of

8    the day of the incident?

9        A     A little bit.

10       Q     Tell me what you mean.

11       A     Just now I -- seeing the video I saw

12   myself giving the orders.  I know that we had a

13   large crowd.  I can't tell you how many, and I

14   remember that they were blocking the street, they

15   were blocking people from getting into their

16   buildings for their places of work.  It was a very

17   unruly, rowdy crowd.  That's really about it.

18       Q     You never saw Mr. Case as part of that

19   crowd, correct?

20       A     No.

21       Q     When you say "large crowd," I know you

22   said that you couldn't tell me how many but without

23   asking you to guess, can you estimate how many

24   you're saying were in the large crowd?

25       A     No, I can't.

```
                                        Page 27
  1                      PAPOLA
  2      Q     Was it more than ten people?
  3      A     Yes.
  4      Q     Was it more than a hundred people?
  5      A     Yes.
  6      Q     When you say a large crowd, do you mean a
  7   large crowd of people you perceived to be
  8   protesters?
  9      A     Yes.
 10      Q     When you say a large crowd, were you also
 11   counting police who were present at that location?
 12      A     No.  We usually only count the amount of
 13   protesters, not the amount of police present when
 14   we're doing crowd estimates.
 15      Q     Aside from the ways that you've just told
 16   me are there any other ways that viewing the video
 17   refreshed your recollection about events of the date
 18   of the incident?
 19      A     Not really, no.
 20            MR. OLIVER:  This portion of the
 21        deposition I'm going to designate confidential.
 22            (Confidential testimony begins on page 27
 23        and ends on page 32.)
 24      Q     Have you ever been the subject of a CCRB
 25   complaint?
```

Page 28

1                          PAPOLA

2          A     No.

3          Q     Have you been brought up on charges and

4     specs?

5          A     No.

6          Q     Have you ever received a command

7     discipline?

8          A     I have.

9          Q     For what?

10         A     I lost a prisoner once back in 1997.

11         Q     Anything else?

12         A     I have gotten other command disciplines,

13    but I don't recall for what.  It's been a long time.

14         Q     Approximately how many aside from the one

15    in '97?

16         A     Two or three others.

17         Q     Of the two or three others do you remember

18    anything that you can tell me sitting here today

19    about the first?

20         A     No.

21         Q     Of the two or three others do you remember

22    anything sitting here today about the second?

23         A     No, I don't.

24         Q     What about the third?

25         A     No.

Page 29

1                        PAPOLA
2        Q    You can't tell me sitting here today if
3    any of those command disciplines had anything to do
4    with failure to perform a required duty or with
5    allegations of falsehood or dishonesty?
6        A    No.
7              MR. OLIVER:  I'm going to show you what's
8         been marked as Papola 2.  It's D 113.  It's a
9         confidential document (handing).
10             Let me know when you've reviewed that,
11        please.
12             THE WITNESS:  Okay.
13        Q    Is that a document that you reviewed to
14    prepare for your deposition?
15        A    I don't recall.  I don't remember.  I
16    think I might have.
17        Q    Do you know what that entry refers to?
18        A    No, I don't.  July 18 -- July 8, 1999?
19    No.
20        Q    I'll take that back.
21             Is it possible -- unless to want to look
22    at it more.
23        A    No.  There's nothing really there.
24        Q    Is it possible that this July 8, 1999
25    incident has to do with the lawsuit that you were a

Page 30

1                          PAPOLA
2      defendant in, if you know?
3           A     No, I don't think -- no.  I don't think
4      so.
5                MR. OLIVER:  I'm going to call for
6           production of a closing report and other
7           records regarding IA number 99-12100, and I
8           will follow up with that.
9                MS. ROBINSON:  Noted.
10               MR. OLIVER:  I'm going to show the witness
11          what's been marked as Papola 3.  It's D 388
12          through 390.  I'm going to ask you to review
13          that and let me know when you've finished.
14               THE WITNESS:  This is all my training and
15          stuff.  This is all my department training I
16          received throughout my career.
17          Q     Is that a document that you reviewed to
18     prepare for your deposition?
19          A     Yes, it is actually.
20          Q     So you reviewed this document, you
21     reviewed your memo book entry and you reviewed the
22     verification that's in front you.  Did you review
23     Papola 2?
24               MR. OLIVER:  I'm putting it back in front
25          of the witness.

Page 31

1                       PAPOLA

2      A    Yes, I did.  I actually did.  All right.

3  I remember now.

4           MR. OLIVER:  Thank you.

5           This Papola 3 indicates that you received

6      disorder control training in June of 2012.  I'm

7      going to hand it back to you.

8      Q    I ask if there's anywhere else that you

9  can identify for me in this transcript where it

10  indicates that you received any training related to

11  disorder control or policing First Amendment

12  assemblies.

13     A    No, nowhere else.  Oh, the only other

14  place it could have been is command-level training.

15  Because when I was in task force, we used to

16  practice disorder control techniques for the

17  entire -- you know, we always had disorder control

18  training when I was part of the task force.

19     Q    Who conducted that training, if you know?

20     A    Either -- we either went up to DCU for the

21  training or it was down at the command level.  You

22  know, we had a training sergeant that would conduct.

23     Q    I take it records -- do you know where

24  records regarding that training would be, if

25  anywhere, at the command level?

Page 32

```
 1                        PAPOLA
 2       A     At the command level, if they still have
 3  them?  Doubt it.
 4            MR. OLIVER:  So ends the confidential
 5       portion of the deposition.
 6            (Confidential testimony ends.)
 7            MR. OLIVER:  You want a break?
 8            THE WITNESS:  I need to go to the
 9       bathroom.
10            MR. OLIVER:  Of course.  Any time you want
11       a break, it's fine by me.
12                (A recess was taken.)
13       Q     Directing your attention to the date of
14  the incident:  When you mustered or when you turned
15  out at the DCU, was there a roll call?
16       A     I don't recall.
17       Q     Do you recall what your assignment was
18  when you -- on the morning of the date of the
19  incident?
20       A     Just that we were responding there as a
21  team, you know, Captain Raganella, myself and I
22  don't recall who else was with us.  I believe -- I
23  don't remember which POs were with us that day.
24       Q     Where did you go after you left the DCU?
25       A     We responded down to the field command
```

Page 33

1
2    post.

3        Q    How did you get there?

4        A    I don't know what vehicles we took.  We

5    took police department vehicles.

6        Q    Were you in the same vehicle as Captain

7    Raganella?

8        A    I don't recall.

9        Q    How did you receive notification to go to

10   that location, if you remember?

11       A    I don't remember.  I don't recall.

12       Q    What happened next after you arrived at

13   the location?

14       A    I don't recall.

15       Q    What's the next thing you do recall about

16   the events of that day?

17       A    Just from watching the video the only

18   other thing I recall is actually giving the order.

19   That's it.  And then, you know, everybody else did

20   what they were -- you know, all the other police

21   officers or whatever, they did what they were

22   supposed to do.

23       Q    What do you mean they did what they were

24   supposed to do?

25       A    They -- if there was an arrest to be made,

1                         PAPOLA

2     they made it.  I had no involvement in any arrests

3     or anything like that.

4          Q    Did you yourself decide to give the orders

5     that you gave, or were you directed by a supervisor

6     to give the order?

7          A    I was -- I believe I was directed by a

8     supervisor.  I didn't -- I couldn't do that upon

9     myself if that's what you're asking.  No, I couldn't

10    take that upon myself.

11         Q    And why not?

12         A    Above my pay grade.

13         Q    I just want to make sure I understand that

14    colloquial answer a little bit more formally:  At

15    the location where you gave the orders there were

16    several higher-ranking officers --

17         A    Yes.

18         Q    -- right?

19              One of them was the commanding officer of

20    disorder control unit at the time, right?

21         A    Yes.

22         Q    Captain Raganella?

23         A    Captain Raganella.

24         Q    In such situations is it usually the

25    supervisors who make determinations about whether to

Page 35

1                        PAPOLA
2    give dispersal orders as opposed to the higher-level
3    supervisors?
4        A    It's the higher-level supervisors that
5    make that determination.
6        Q    Do you know who the incident commander was
7    regarding this incident?
8        A    I don't recall.
9        Q    Do you know who the highest-ranking
10   officer on the scene at the location where you gave
11   the orders was?
12       A    I don't recall.
13       Q    Sitting here today do you know of any
14   higher-ranking officers that were at the scene than
15   Captain Raganella?
16       A    Were there higher-ranking officers other
17   than him?  Is that what you're asking?
18       Q    Yes, that you remember.
19       A    Yes.  There were other ranking officers
20   higher than him that were higher than a captain.
21       Q    Sitting here today can you tell me who any
22   of those officers were?
23       A    I could not.  I don't recall.
24            MR. OLIVER:  I'm going to show you what's
25       been marked as Plaintiff's 10 and Plaintiff's

Page 36

```
 1                      PAPOLA
 2      3.  I'm going to ask you to review both of
 3         these records.  Actually I'll also show you
 4         Plaintiff's 4, so that's 3, 4 and 10.  I'm
 5         going to ask you to please review each of those
 6         records.
 7      Q    Let me know if any of those records
 8  refreshes your recollection about any other officers
 9  who were present at the location where you gave the
10  dispersal orders?
11      A    Want me to read all of these before ...
12      Q    You've just finished reviewing which one?
13      A    3.
14      Q    Did reviewing 3 refresh your recollection
15  regarding the question that I asked?
16      A    What was the question?  Could you repeat
17  the question?
18           MR. OLIVER:  Could you?
19           (The requested portion was read.)
20      A    It doesn't refresh my recollection.  The
21  only thing I can tell you that if these officers
22  were -- if the higher-ranking bosses are listed
23  here, then they were most likely at the locations.
24  I can't tell you if I personally saw them or not or
25  if I remember seeing them.
```

Page 37

1                          PAPOLA
2       Q    Okay.  That's fair enough.  Please move
3  onto the next document.
4       A    I reviewed this one too.
5       Q    When you say "this one," could you just --
6       A    Sorry.  Plaintiff's 4.
7       Q    Did reviewing Plaintiff's 4 refresh your
8  recollection about any officers who were present at
9  the location where you gave dispersal orders?
10      A    No, it did not.
11      Q    You see on the first page there where it
12 refers to 15 arrests that were made at the location?
13      A    Well it gives several locations with
14 arrests on Plaintiff's 4.
15      Q    It has William and Beaver Street.
16      A    Okay.  William and Beaver Street 15
17 arrests for disorderly conduct, resisting for
18 locking arms and blocking the sidewalk and the
19 street.
20      Q    Does seeing that language refresh your own
21 independent recollection of any events of the date
22 of the incident?
23      A    No, it does not.
24      Q    Did please move onto the next document.
25      A    This is Plaintiff's 10.

Page 38

1                        PAPOLA

2        Q    Yes.  Thank you.

3        A    Okay.  I reviewed Plaintiff's 10.

4        Q    Did reviewing Plaintiff's 10 refresh you

5    own independent recollection about anything related

6    to the date of the incident?

7        A    No, it didn't.

8             MR. OLIVER:  Thank you.  I'll take those

9        three documents back.

10       Q    Do you remember about what time you

11   arrived at the intersection of Beaver and William

12   Street?

13       A    No.

14       Q    Do you remember what the scene was when

15   you arrived initially on the date of the incident at

16   that location?

17       A    No, I don't recall.

18       Q    When you arrived at that location, were

19   there other police officers present?

20       A    I don't recall.

21       Q    When you arrived at that location, were

22   there people who you perceived to be protesters

23   present?

24       A    Yes.

25       Q    Please describe for me what you observed

Page 39

1                          PAPOLA
2    with respect to protesters when you arrived at the
3    scene.
4        A    It was -- like I said, it was a large
5    crowd.  I don't know the exact size.  They were
6    blocking the street and they were blocking
7    sidewalks.
8             MR. OLIVER:  I'm going to put in front of
9        you Downes 3 and Downes 4.  These are two
10       Google maps of the intersection of William and
11       Beaver.
12       Q    Can you point to me on Downes 3 where you
13   were when you first arrived at the location?
14       A    No.
15       Q    So you don't know if you were on Beaver
16   Street or William Street?
17       A    I don't remember where I was standing.
18       Q    So you don't know if you were --
19       A    No.  If I was on Beaver or if I was on
20   William or if I was in the middle, I couldn't tell
21   you exactly where I was.
22       Q    Were police blocking the roadway --
23            MR. OLIVER:  Withdrawn.
24       Q    Were police in the roadway on either
25   William or Beaver Street when you arrived at the

Page 40

1                         PAPOLA

2    location?

3         A    I don't recall.

4         Q    You saw on the video that there were

5    police in the roadway near where you were giving

6    orders, right?

7         A    On the video that I --

8         Q    Yes.

9         A    Yes.  I saw it on the video.

10        Q    Referring to Downes 3, can you point to me

11   where you were when you gave the orders that can be

12   seen on the video you reviewed?

13        A    No.  Like I said, I can't give you an

14   exact where I was in relation.  I don't know if I

15   was on the corner, if I was in the middle.  I don't

16   remember where I was standing.

17        Q    Earlier I had asked you where you were

18   standing when you first got there and in sum and

19   substance I believe you testified that you couldn't

20   remember or you weren't sure where you were standing

21   when you first got there.  You also cannot sitting

22   here today say where you were on either of these

23   maps when you gave the orders that are shown on the

24   video?

25        A    Right.

1               PAPOLA

2       Q    How much time elapsed between the moment

3   you arrived at the location and the moment that you

4   were directed to give the orders?

5       A    I don't recall.

6       Q    Was it more than a minute?

7       A    Was it more than a minute?

8       Q    Yes.

9       A    I don't -- I don't remember.  I think so

10  but I can't -- I don't recall.

11      Q    What else do you recall aside from what

12  you've already testified to regarding the conditions

13  at the intersection prior to the moment that you

14  gave the orders depicted on the video?

15      A    I don't understand the question.

16      Q    Is there anything else that you can tell

17  me about the conditions at the location between the

18  time you arrived at the location and the time you

19  were directed to give orders?

20      A    There's nothing that -- no.  I don't

21  recall anything else.

22      Q    Are you familiar with the Beaver and

23  William Street area?

24      A    Was I -- am I familiar with it now?

25           MR. OLIVER:  I'll withdraw the question

Page 42

1                        PAPOLA
2      because you're right.
3      Q    On the date of the incident would you say
4  that you were familiar with the William and Beaver
5  Street area?
6      A    Was I familiar that day?  No, I wasn't
7  familiar with it, no.
8      Q    On that day did you have any personal
9  knowledge about the vehicular or pedestrian traffic
10 conditions that would normally be present at the
11 location?
12     A    No.
13     Q    Did you have any way of knowing if the
14 vehicular or pedestrian traffic conditions at the
15 location were any different than they would have
16 been on any other day?
17     A    No.
18     Q    When you say you observed a large crowd,
19 did the large crowd stay the same the entire time
20 you were observing what you perceived to be a crowd?
21     A    No.  It was always growing or shrinking
22 depending on what way they decided to march or what
23 they wanted to do.  There wasn't a constant.
24     Q    So people were coming and going from what
25 you referred to as a crowd, right?

Page 43

PAPOLA

1

2      A      (Witness nods head.)

3      Q      Yes?

4      A      Yes.  I'm sorry.

5      Q      It's fine.

6             I believe you testified earlier that the

7      crowd was blocking the street and was blocking

8      people from getting into buildings; is that --

9      A      Yes, I did testify.

10     Q      Were police also blocking the street?

11     A      Were the police blocking the street?

12     Q      Yes.

13     A      I don't recall.

14     Q      Tell me what you saw with respect to

15     people blocking people from getting into buildings.

16     A      From what I can recall they were blocking

17     entrances to buildings so people couldn't get to

18     their jobs or appointments or whatever they had to

19     do down there.

20     Q      Did you see that occur on William and

21     Beaver Street?

22     A      At that exact intersection, I don't

23     recall.

24     Q      Did you see people who you perceived to be

25     protesters blocking the sidewalks at that

Page 44

1                         PAPOLA
2    intersection, if you remember?
3        A    I don't recall.
4        Q    Have you told me everything that you can
5    remember about the reasons that you gave the orders
6    that can be seen on the video?
7             MS. ROBINSON:  Objection.
8             You can answer.
9        A    I'm sorry.  Can you repeat the question?
10            MR. OLIVER:  Can you read the question
11       back?
12            (The requested portion was read.)
13            MR. OLIVER:  I'll stick with the question
14       if you understand it.
15       A    I believe -- I think I understand it.  I'm
16   sorry.  Can you ...
17       Q    I can rephrase it if you want.
18       A    Please.
19       Q    You've given me some reasons why you gave
20   the dispersal orders that can be seen on the video,
21   correct?
22       A    Correct, yes.
23       Q    One of those reasons was because a
24   superior told you to give disperse orders, correct?
25       A    Correct.

Page 45

1                          PAPOLA

2        Q    Have you now told me or testified to all

3   of the reasons you can remember sitting here today

4   why you gave those orders?

5        A    Everything I can remember, yes.

6        Q    Is there anything that you can think of

7   that might help you refresh your memory on that

8   topic?

9        A    No.

10       Q    How many orders did you give?

11       A    I don't recall.  I'd have to look at that

12  video again.  I think I only said them once.

13       Q    How much time elapsed between the end of

14  the order and the first arrest for violating the

15  order?

16       A    I don't recall.

17       Q    In any of your training that you

18  remember --

19            MR. OLIVER:  Off the record.

20        (A discussion was held off the record.)

21       Q    In any of the training that you received

22  regarding disorder control or policing First

23  Amendment assemblies did you receive any training

24  regarding how much time to give people to comply

25  with dispersal orders?

Page 46

1                          PAPOLA

2        A    I don't recall.

3        Q    Just to go back, you also I think earlier

4   testified that what you called the large crowd was

5   unruly and rowdy at that location?

6        A    Yes.

7        Q    Can you describe for me what you remember

8   that led you to say that?

9        A    Screaming, blowing whistles, the chanting.

10  I can't remember the exact chant.  That's basically

11  what I can remember.

12       Q    Were the orders that you gave orders to

13  leave the area, if you remember?

14       A    Actually if I could look at the -- well,

15  I'd have to look at the video again.  I don't recall

16  if there were orders to leave the area or orders to

17  not block the street and the sidewalk.

18       Q    Sitting here today do you know if prior to

19  any orders to disperse or arrest warnings police at

20  the location gave protesters the option to remain in

21  the area in like a demonstration zone or something

22  like that that did not obstruct traffic on the

23  roadway?

24       A    I don't recall.

25       Q    You know what I mean by like a

Page 47

1                           PAPOLA
2      demonstration zone?
3           A      A pen.
4           Q      Yeah, like a pen.  Right.
5                  Have you been in situations before at the
6      task force or the DCU where the police gave
7      protesters an area in the roadway that's penned in
8      or on the sidewalk that's penned in so that they
9      could have a demonstration in a particular area
10     without causing undue disruptions of traffic?
11                 MS. ROBINSON:  Objection.
12                 You can answer.
13          A      We would never -- I don't recall but from
14     what I remember from training, we would never give
15     them in a street just for their safety.  Other than
16     that PD -- NYPD always values First Amendment
17     freedoms and protections and we would give people a
18     chance to voice their displeasure or their protest.
19     But we would never tolerate taking over a street or
20     a sidewalk or anything like that.
21          Q      I hear what you're saying but I just want
22     to make a little bit of a clearer record.
23                 In your experience as a police officer
24     were there instances where the police department
25     rather than directing protesters to stop their

Page 48

1                          PAPOLA

2    protest and leave the area the department instead

3    offered them the option of continuing their protest

4    but just in a smaller or different area than they

5    initially took up?

6          A     To my recollection, no.

7          Q     When you gave the orders on the video,

8    what did you use to communicate the orders?

9          A     A little portable LRAD device.

10         Q     Do you know the model number?

11         A     No.

12         Q     If I tell you 100 X is a handheld portable

13   version and the 500 X is the vehicle-mounted bigger

14   version, did you have a handheld version or the

15   vehicle-mounted version?

16         A     No.  I had a handheld version that day.

17         Q     Did you wear earplugs when you used the

18   LRAD?

19         A     No.

20         Q     Before the date of the incident were you

21   trained at all in using the LRAD?

22         A     Yes.

23         Q     What training did you receive?

24         A     Just training at the DCU headquarters how

25   to make the announcements.  We used it basically as

Page 49

1                          PAPOLA
2    an address system.
3         Q    Do you know when you received that
4    training?
5         A    I don't remember exactly when I was there.
6         Q    Are you sure that you received that
7    training before the date of the incident?
8         A    Yes.
9         Q    You are?
10        A    Yes.
11        Q    Who conducted the training?
12        A    I don't remember who conducted.  I know we
13   had a representative from LRAD that came to the
14   headquarters one time.  I don't remember names or
15   exact dates.
16        Q    Do you remember what year that was?
17        A    It was 2011.
18        Q    Who conducted the training that you
19   received before the date of the incident?
20        A    I don't recall.
21        Q    Did Captain Raganella conduct the
22   training?
23        A    I don't recall.
24        Q    Do you know who Erik Green is, E-R-I-K
25   G-R-E-E-N?

```
                                          Page 50
 1                       PAPOLA
 2      A    Yeah.  He was an officer that was assigned
 3   to the disorder control unit.
 4      Q    Do you know if he conducted or had
 5   anything to do with the training?
 6      A    Not that I recall.
 7      Q    Do you know who Lieutenant Frank
 8   G-E-S-A-U-L-D-I is?
 9      A    He was assigned there after I left.
10      Q    So you don't know if he was involved in
11   the training you referred to?
12      A    (Witness shakes head.)
13      Q    Do you know who Sergeant Stuart,
14   S-T-U-A-R-T, Wohl, W-O-H-L, is?
15      A    Nope.
16      Q    What else was included in the training
17   that you remember?
18           MS. ROBINSON:  Objection.
19           You can answer.
20      A    What else was included in the training?
21      Q    That you remember.
22      A    That we did not use the LRAD as a --
23   what's the right words?  We just use the LRAD to
24   broadcast messages to the crowd.  That was it.
25      Q    Were you trained in sum and substance not
```

Page 51

1                          PAPOLA
2    to use the LRAD as a weapon?
3         A    Yes.
4         Q    Were you trained to wear earplugs when
5    using the LRAD?
6         A    No, not that I recall.
7         Q    Were you trained not to operate the --
8              MR. OLIVER:  Withdrawn.
9         Q    Were you given any training about safe
10   distances at which to operate the LRAD?
11        A    I don't recall.
12        Q    Were you given any training regarding any
13   prohibition on using the LRAD 100 X at a distance
14   closer than 10 feet?
15        A    I don't recall that.
16        Q    Were you given any training regarding the
17   use of, we can call it, the warning tone on the
18   LRAD?
19        A    Like that warbling tone?
20        Q    Yeah, like the chirping.
21        A    I honestly don't recall how we were
22   trained with that one.  All I know is that we never
23   set the volume where it could hurt a person and we
24   never directed it at anybody.
25        Q    When you say you never set the volume at a

Page 52

```
 1                        PAPOLA
 2   level that could hurt a person, what do you mean?
 3       A    That would cause discomfort or pain.
 4       Q    How would you know what volume would cause
 5   discomfort or pain?
 6       A    I don't.
 7       Q    The back of the LRAD that you were
 8   operating on the date of the incident, did it have a
 9   little chart on it, like a picture?
10       A    I don't remember.  I wasn't holding it.  I
11   was only holding the microphone so I --
12       Q    Who was holding it?
13       A    Captain Raganella.
14       Q    Was Captain Raganella controlling the
15   volume of the device?
16       A    I don't recall.
17       Q    On the video that you saw do you remember
18   hearing that chirping noise we were talking about?
19       A    Yes.  I heard the chirping noise we were
20   talking about towards the end.
21       Q    Did you deploy that noise?
22       A    Did I?
23       Q    Yes.
24       A    I had no -- I had just the microphone.
25       Q    So that was Captain Raganella who deployed
```

Page 53

1                          PAPOLA
2    that --
3         A    That would have to --
4         Q    -- tone?
5         A    Yes.
6         Q    Did you have a blow horn at that location?
7         A    I don't recall.
8              MR. OLIVER:  I'll follow up in writing,
9         and we'll see what you make of it, but I'll
10        call for production of any training materials
11        that were used in training that was just
12        mentioned.
13             MS. ROBINSON:  Noted.
14        Q    When the chirping noise was used on the
15   date of the incident, did you see any reaction from
16   the protesters that you remember?
17        A    Not that I recall.
18        Q    Sitting here today you couldn't tell me if
19   the protesters were surprised?
20        A    No, I couldn't tell you that.
21        Q    After you gave the orders through the LRAD
22   who made the decision to, if you know, to make
23   arrests at the location?
24        A    I don't know.
25        Q    Before you gave the orders over the LRAD

Page 54

1                          PAPOLA
2    did you see any protesters sitting down at the
3    location?
4         A    I don't recall.
5         Q    Before you gave the orders through the
6    LRAD did you see any protesters linking arms at the
7    location?
8         A    I don't recall.
9         Q    After you used the LRAD did you see any
10   protesters linking arms at the location?
11        A    I don't recall.
12        Q    After you used the LRAD did you see any
13   people sitting down at the location?
14        A    I don't recall.
15        Q    After you used the LRAD did you have any
16   involvement in arrests at the location?
17        A    No.
18        Q    And you had no involvement in arrest
19   processing --
20        A    No.
21        Q    -- relating to the incident?
22             Do you remember there being people with
23   press passes and cameras present at the location
24   when you gave the orders?
25        A    I think so.  There was a lot of

```
 1                       PAPOLA
 2   independent, so a lot of people didn't have press
 3   passes.
 4        Q    Understood.
 5             So you remember seeing numerous people
 6   with cameras and cell phones?
 7        A    Yes.
 8        Q    At the location, right?
 9        A    (Witness nods head.)
10        Q    Sorry.  You have to answer verbally.
11        A    I'm sorry.  Yes.
12        Q    When you gave the estimate of the large
13   crowd at the location, did you include those people
14   in your count of the crowd?
15        A    I don't recall.
16        Q    Based on your understanding of NYPD
17   training and policy when dispersal orders are given
18   to a perceived crowd, does the department have any
19   obligation to make any efforts to distinguish
20   between protesters and bystanders?
21             MS. ROBINSON:  Objection.
22             You can answer.
23        A    I don't recall.
24        Q    What else aside from what you've already
25   testified to do you recall about the training that
```

Page 56

PAPOLA

1
2   you received from the department regarding police
3   First Amendment activities?
4       A    Nothing else.
5       Q    Have you received any training regarding
6   the disorderly conduct provisions of the Penal Law,
7   if you remember?
8       A    What kind of training?  Like can you
9   clarify?
10      Q    Sure.  First of all is there any training
11  regarding disorderly conduct that you can remember
12  having --
13      A    Well we're trained in law class in the
14  academy in the statute and just, you know, you have
15  to be able to articulate what they're doing and
16  which subdivision of the statute you're actually
17  enforcing.  Other than that that's it.
18      Q    At the academy were you trained with the
19  recruit training manual?
20      A    Oh yeah.  We have the recruit training
21  manual.
22      Q    And you also have the police student
23  guide?
24      A    We had that and the patrol guide.
25      Q    And the patrol guide?

Page 57

1                              PAPOLA
2        A      Yes.
3        Q      And then at some point were you also
4   trained in the disorder control guidelines?
5        A      The disorder control guidelines?  Well
6   when I got to task force, that's when I started
7   getting into the disorder control guidelines, yes.
8        Q      Lines, wedges?
9        A      Lines, wedges.
10       Q      How to carry a prisoner?
11       A      Yeah, how to remove a -- the arrest team,
12  that's how they, you know, lines, wedges, how to
13  break up the crowd, separate into smaller.
14       Q      So aside from the training that we just
15  discussed and other training that you've testified
16  about during the deposition is there any other
17  training that you can think of that you received
18  relating to disorder control or policing First
19  Amendment assemblies?
20       A      Not that I can think of.
21       Q      With respect to the disorderly conduct
22  training that you received, you're familiar with
23  Subsection 5 of Disorderly Conduct?
24       A      It's been a long time since I reviewed
25  that statute.  I couldn't tell you what it says

Page 58

1                         PAPOLA

2    right now.

3        Q    Are you familiar generally with the

4    provision of the Disorderly Conduct statute that

5    prohibits blocking vehicular or pedestrian traffic?

6        A    Yes.  I was familiar with that at the

7    time.

8        Q    Did you receive any training that you can

9    recall regarding what constitutes a significant

10   enough blockage of traffic to give rise to probable

11   cause to arrest?

12       A    No.  I don't recall.

13       Q    You're familiar with Subsection 6 of

14   Disorderly Conduct?

15       A    Can you refresh my memory?

16       Q    I will absolutely if you need that.

17            Subsection 6 will represent to you

18   criminalizes refusal to comply with the lawful

19   dispersal order when gathering with two or more

20   people.

21            Are you generally familiar with that?

22       A    Generally familiar with that, yes.

23       Q    I might have covered this before so I

24   apologize if I did:  Did you receive any training

25   regarding what constitutes a reasonable time to

1                        PAPOLA
2      comply with orders to disperse?
3           A     Key word is reasonable.  We were never
4      given like a -- what would be a reasonable time.
5           Q     Did you receive any training in
6      recommended or preferred substance of a dispersal
7      order or an arrest warning?
8           A     Not that I recall.
9           Q     Were you trained at some point in the --
10               MR. OLIVER:  Withdrawn.
11          Q     Were you trained at some point regarding
12     giving the warnings on the card that you testified
13     about?
14          A     Was I trained in that?
15          Q     Yes.
16          A     Not that I recall.  That was just a
17     standard, so we would always be consistent.  That's
18     why we read it off the card.
19          Q     Were you trained to do that?
20          A     Not that I recall.
21          Q     In connection with policing the RNC do you
22     remember ever receiving a document called the RNC
23     Legal Guidelines?
24          A     That's 13 years ago.
25          Q     I know.  I take it you don't?

```
 1                        PAPOLA
 2        A    I don't remember.
 3             MR. OLIVER:  Give me one second.
 4             MS. ROBINSON:  Can we take a break if you
 5        don't mind?
 6             MR. OLIVER:  That's fine.
 7                    (A recess was held.)
 8        Q    Just a few more questions before we go to
 9   the video.  Sitting here today do you know if on the
10   date of the incident disorderly conduct was a
11   summons-eligible offense?
12        A    I believe it was but I'll qualify that
13   with there's stipulation s with whether or not
14   you're eligible to receive a summons.
15        Q    Right.  Like if you have a warrant, you
16   can't get a summons for example?
17        A    Yes.
18        Q    But assuming all other things --
19        A    Assuming all other things equal, it is a
20   summonsable offense.
21        Q    Same question but with respect to DAT
22   release.  I can rephrase the question if you want.
23        A    No.  I understand -- I think I understand
24   what you're trying to say.  Same thing,
25   notwithstanding summonsable offense.  I don't
```

Page 61

1                          PAPOLA

2    know -- like I said, I had nothing to do with

3    arrests that day.  I can't tell you whether there

4    were or were not summons or DAT.

5         Q    So you can't tell me sitting here today

6    who determined whether they would --

7         A    No.

8         Q    -- be released with a summons, with a DAT,

9    something else?

10        A    No, I can't.

11        Q    Thank you.

12             How long does it usually take to release

13   someone with a discon summons?

14        A    It all depends on how long it takes for

15   the computerized checks to come back.

16        Q    On average based on your experience on the

17   job how long would you say it would take to process

18   someone for a discon summons?

19             MS. ROBINSON:  Objection.

20             You can answer.

21        A    For a summons, maybe an hour.

22        Q    Same question but for a DAT discon?

23        A    Those take longer.  On average I'd say

24   four hours.

25             MR. OLIVER:  Now I'm going to show you a

Page 62

1                          PAPOLA
2         video clip.  It is Rivera Number 340 or record
3         340.  If you will forgive me, I usually come on
4         the other side and sort of crouch between you
5         your counsel.
6              I'm going to start it from the beginning.
7         I'll pause it after 20 or 30 seconds.  My first
8         question is really going to be is this a video
9         that you reviewed to prepare for the
10        deposition?
11             (Whereupon video is played for the
12        witness.)
13             MR. OLIVER:  I'm pausing it at 16 seconds
14        in.
15        Q    You see yourself in --
16        A    Yes.
17        Q    -- this frame, right?
18             You just said "my name," right?
19        A    Yes, I did.
20        Q    I know we're only like 15 seconds in but
21   can you tell already if this is a video that you
22   watched to prepare for the deposition?
23        A    I reviewed this video, yes.
24        Q    Do you remember how much of this video you
25   reviewed?

Page 63

```
 1                        PAPOLA
 2        A     I don't remember.
 3              MR. OLIVER:  I'm going to keep playing.
 4        Q     If you could please tell me as you're
 5   watching this now if you recognize any fellow
 6   officers whose names you know aside from yourself
 7   and Captain Raganella, okay?
 8        A     Mm-hmm.
 9              MR. OLIVER:  Continuing the video
10         beginning at 16 seconds in.
11              (Whereupon video is continued for the
12         witness.)
13              MR. OLIVER:  I'm pausing at a minute and
14         two seconds in.
15        Q     Did you see yourself just appear to be
16   saying something to a fellow officer?
17        A     That was the chief.  I saw the star on his
18   jacket.
19        Q     Do you know which chief that was?
20        A     No, I don't remember who that was.
21        Q     Do you remember what you were saying?
22        A     No.
23        Q     Do you remember what the chief said to
24   you?
25        A     Not a clue.
```

Page 64

1                     PAPOLA

2           MR. OLIVER:  Continuing from a minute and

3       three seconds.

4           (Whereupon video is continued for the

5       witness.)

6           MR. OLIVER:  I'm pausing it at a minute

7       and 19 seconds in.

8       Q    Do you know how many feet there are

9   between where you're standing in the frame of the

10  video and where the nearest protester in front of

11  you is standing?

12      A    From looking at this I can't see.  I

13  couldn't estimate.

14          MR. OLIVER:  Fair enough.

15          Continuing at one minute, 19.

16          (Whereupon video is continued for the

17      witness.)

18          MR. OLIVER:  I'm pausing at a minute and

19      53 seconds in.

20      Q    Is that your voice that said I'm ordering

21  your arrests?

22      A    Yes.

23      Q    Why did you give that order?

24      A    The -- that was the next thing on the card

25  from what I can recall.  And that's what I was

Page 65

PAPOLA

1
2   ordered to do by my higher-up boss than myself or
3   actually Captain Raganella.
4       Q    Having just viewed this video if I put the
5   maps that I showed you earlier back in front of you,
6   would you be able to show me on the maps where you
7   were standing?
8       A    I don't know.  I couldn't tell you where
9   exactly in the intersection I was with this, even
10  with the map.
11      Q    You're sure?
12      A    Yes.
13          MR. OLIVER:  I won't show them to you
14      then.
15          Now we're a minute and 53 second in.
16      Q    When you viewed the video to prepare for
17  the deposition, did you review this video up until
18  this point?
19      A    Yeah.  I remember the crowd -- now seeing
20  this I can remember the crowd that I had seen from
21  the video.
22          MR. OLIVER:  Okay.  I'm playing it at a
23      minute and 53 seconds in.
24          (Whereupon video is continued for the
25      witness.)

Page 66

1                          PAPOLA

2           MR. OLIVER:  I've stopped it at two

3      minutes, 22 seconds in.

4      Q    Do you know how much more of this video

5 you watched to prepare for the deposition?

6      A    I don't remember.

7      Q    I'm just going to keep playing and tell me

8 when you see a part of the video that you think you

9 did not view, okay?

10     A    Okay.

11          (Whereupon video is continued for the

12     witness.)

13          THE WITNESS:  I don't remember that part.

14     I can tell you that.

15          MR. OLIVER:  We're about around 3 minutes

16     45 seconds.

17          (Continued on next page for jurat.)

18

19

20

21

22

23

24

25

Page 67

```
1
2        Q    Did reviewing the video that we just
3    watched refresh your recollection about anything
4    relating to the date of the incident?
5        A    Nothing that I haven't already testified
6    to.
7            MR. OLIVER:  I don't have any further
8        questions.
9            MS. ROBINSON:  I have no questions.
10           MR. OLIVER:  Thank you.
11               (Time noted:  12:01 p.m.)
12
13
14           ------------------------------
15                   LAWRENCE PAPOLA
16
     Subscribed and sworn to
17
     before me on this _____day
18
     of _____, 2017.
19
20
21
22   _____
                   NOTARY PUBLIC
23
24
25
```

Page 68

1
2                              INDEX
3                        INDEX TO TESTIMONY
4                                        Page        Line
5    Examination by Mr. Oliver            4           11
6
7              INDEX TO PLAINTIFF'S EXHIBITS
8    Description                          Page        Line
9    Papola 1  Memo book entry            4            2
10   Papola 2  Resume                     4            4
11   Papola 3  Form                       4            6
12   Papola 4  Verification               15           3
13
14                     INDEX TO REQUESTS
15   Caption of that prior lawsuit
16   Copy of the dispersal order card
17   Closing report and other records regarding IA number
     99-12100
18
19   Production of any training materials that were used
     in training regard LRAD device
20
21
22       PORTION OF TRANSCRIPT DEEMED CONFIDENTIAL
23   Page 27, Line 23 through Page 32, Line 4
24
25

1

2               C E R T I F I C A T I O N

3

4          I, MELISSA A. DIAZ, a Notary Public in and

5     for the State of New York, do hereby certify:

6              THAT the witness whose testimony is

7     hereinbefore set forth, was duly sworn by me; and

8              THAT the within transcript is a true

9     record of the testimony given by said witness. I

10    further certify that I am not related, either by

11    blood or marriage, to any of the parties to this

12    action; and

13              THAT I am in no way interested in the

14    outcome of this matter.

15              IN WITNESS WHEREOF, I have hereunto set my

16    hand this 7th day of September, 2017.

17

18                    _____

19                         MELISSA A. DIAZ

20

21

22

23

24

25

Page 70

1

2                          ERRATA SHEET

3     PAGE        LINE NUMBER        CORRECTION        REASON

4     _____

5     _____

6     _____

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    _____

24    _____

25                          (Signature of Witness)

**[04:00 - arrested]**

| 0 |
|---|
| **04:00**  16:17 17:14 |
| **05**  11:9 |

| 1 |
|---|
| **1**  4:3,16 15:25 22:12 68:9 |
| **10**  35:25 36:4 37:25 38:3,4 51:14 |
| **100**  1:13 2:9 48:12 51:13 |
| **10007**  2:5,9 |
| **10038**  4:17 |
| **10:33**  1:12 |
| **11**  68:5 |
| **113**  29:8 |
| **12**  6:22 7:19 |
| **12:01**  67:11 |
| **12:57**  16:17 |
| **13**  6:22 7:20 59:24 |
| **14**  1:3 12:12 |
| **15**  37:12,16 62:20 68:12 |
| **1501**  2:5 |
| **16**  62:13 63:10 |
| **17**  11:20 16:17 |
| **18**  29:18 |
| **19**  64:7,15 |
| **1995**  8:24 |
| **1997**  9:24 28:10 |
| **1999**  10:4 29:18,24 |

| 2 |
|---|
| **2**  4:5 29:8 30:23 68:9,10 |
| **20**  62:7 |
| **2000s**  13:10 |
| **2004**  10:23 11:2,6 17:23 |
| **2005**  10:11,13,19 |

**2011**  11:9,20 12:3 16:17 49:17
**2012**  31:6
**2016**  12:17
**2017**  1:11 67:18 69:16
**20:57**  19:16 20:8
**22**  66:3
**22nd**  14:7
**23**  68:23
**27**  27:22 68:23
**277**  2:5

| 3 |
|---|
| **3**  4:7 30:11 31:5 36:2,4,13,14 39:9 39:12 40:10 66:15 68:11,12 |
| **30**  8:24 10:13 11:8 62:7 |
| **31**  1:11 12:17 |
| **32**  27:23 68:23 |
| **33**  12:5 |
| **33rd**  12:8 |
| **340**  62:2,3 |
| **3646**  8:18 |
| **388**  30:11 |
| **390**  30:12 |

| 4 |
|---|
| **4**  15:5,7 36:4,4 37:6,7,14 39:9 68:5,9,10,11,12 68:23 |
| **45**  66:16 |
| **4918**  8:20,21 |

| 5 |
|---|
| **5**  21:11 23:10 57:23 |
| **500**  48:13 |
| **53**  64:19 65:15,23 |

**530**  18:14

| 6 |
|---|
| **6**  21:7,11 58:13,17 68:11 |
| **69**  9:21 10:4 |
| **69th**  9:20 |

| 7 |
|---|
| **7th**  69:16 |

| 8 |
|---|
| **8**  29:18,24 |
| **84**  18:15 |

| 9 |
|---|
| **9**  12:12 |
| **90s**  13:9 |
| **9148**  1:3 |
| **94**  8:7,7 |
| **97**  28:15 |
| **99-12100**  30:7 68:17 |

| a |
|---|
| **a.m.**  1:12 |
| **able**  56:15 65:6 |
| **absolutely**  58:16 |
| **academy**  9:7,9,19 56:14,18 |
| **accurately**  5:15,19 5:23 |
| **action**  1:17 25:7 69:12 |
| **activities**  56:3 |
| **actual**  7:13 |
| **addition**  20:15 |
| **address**  4:15,16 49:2 |
| **ago**  6:18 18:12 59:24 |
| **agreed**  3:3,8,11 |
| **al**  1:8 |

**allegations**  13:12 13:13 29:5
**almonte**  25:21
**amendment**  31:11 45:23 47:16 56:3 57:19
**amount**  27:12,13
**amy**  2:10
**announcements**  48:25
**answer**  4:24 5:10 20:11 34:14 44:8 47:12 50:19 55:10 55:22 61:20
**anthony**  11:14
**anybody**  51:24
**apologize**  19:22 22:22 58:24
**apostrophe**  18:19
**appear**  63:15
**appears**  23:10
**appointed**  8:23,25 9:4
**appointments**  43:18
**appreciate**  21:9
**approximately**  28:14
**area**  41:23 42:5 46:13,16,21 47:7,9 48:2,4
**arms**  37:18 54:6 54:10
**arrest**  11:5 13:14 18:10,11 22:7,13 24:16,19 25:7 33:25 45:14 46:19 54:18 57:11 58:11 59:7
**arrested**  13:15

**arrests** 11:7 25:16 34:2 37:12,14,17 53:23 54:16 61:3 64:21
**arrived** 33:12 38:11,15,18,21 39:2,13,25 41:3,18
**articulate** 56:15
**aside** 12:24 14:15 15:20 27:15 28:14 41:11 55:24 57:14 63:6
**asked** 15:13 22:22 36:15 40:17
**asking** 26:23 34:9 35:17
**assaulted** 7:6
**assemblies** 31:12 45:23 57:19
**assigned** 9:20,23 12:5 16:19 17:6,7 17:10 19:24 50:2 50:9
**assignment** 32:17
**assist** 17:2
**assuming** 60:18,19
**attention** 21:14 23:9 32:13
**attorney** 6:13 13:25 14:20
**attorneys** 2:4,8
**august** 1:11 10:11 10:13,19 11:9 14:7
**avenue** 18:17,20
**average** 61:16,23

**b**

**b** 18:17,19,20 25:25
**ba** 8:4

**bachelor's** 7:23,24
**back** 9:14,25 12:4 18:14 20:14 22:10 23:9 28:10 29:20 30:24 31:7 38:9 44:11 46:3 52:7 61:15 65:5
**barclay** 18:17,19
**based** 55:16 61:16
**basic** 10:17
**basically** 6:8 46:10 48:25
**bathroom** 32:9
**beaver** 37:15,16 38:11 39:11,15,19 39:25 41:22 42:4 43:21
**beginning** 17:8 62:6 63:10
**begins** 27:22
**believe** 15:23 24:17 32:22 34:7 40:19 43:6 44:15 60:12
**benjamin** 1:4 20:22,24 21:18 22:6 25:21
**bigger** 48:13
**bit** 26:9 34:14 47:22
**block** 46:17
**blockage** 58:10
**blocking** 26:14,15 37:18 39:6,6,22 43:7,7,10,11,15,16 43:25 58:5
**blood** 69:11
**blow** 53:6
**blowing** 46:9
**bmo** 10:11,12,16 12:4

**book** 4:2 15:23 16:5,8 17:13 18:14 19:16 20:13 20:15 30:21 68:9
**books** 12:16 20:2
**borough** 10:14,15
**boss** 65:2
**bosses** 24:12 36:22
**braccio** 25:24
**break** 32:7,11 57:13 60:4
**brian** 26:3
**brings** 4:20
**broadcast** 50:24
**broadway** 2:5 18:18
**bronx** 17:16
**brooklyn** 10:5,15 11:3
**brought** 9:14 13:6 28:3
**bs** 8:5,6
**buildings** 26:16 43:8,15,17
**business** 4:16 8:3
**bystanders** 55:20

**c**

**c** 2:2 4:8 25:25,25 26:4 69:2,2
**call** 13:20 25:12 30:5 32:15 51:17 53:10
**called** 10:11 17:2 17:12 46:4 59:22
**cameras** 54:23 55:6
**capital** 23:5
**captain** 11:14 24:6 24:11 32:21 33:6 34:22,23 35:15,20 49:21 52:13,14,25

63:7 65:3
**caption** 13:20 68:15
**card** 24:23,24 25:4 25:11,13 59:12,18 64:24 68:16
**career** 30:16
**carry** 57:10
**case** 1:4 20:22,24 21:18 22:6 26:18
**case's** 22:7
**catlin** 1:4
**cause** 52:3,4 58:11
**causing** 47:10
**ccrb** 27:24
**cell** 55:6
**certification** 3:5
**certify** 69:5,10
**chance** 15:9 47:18
**chant** 46:10
**chanting** 46:9
**charges** 28:3
**chart** 52:9
**checkpoint** 13:14
**checks** 61:15
**chicken** 19:21
**chief** 11:16 63:17 63:19,23
**chirping** 51:20 52:18,19 53:14
**church** 1:13 2:9
**city** 1:8 2:8,8
**citywide** 16:22,24
**civil** 1:20 6:23 12:21
**clarify** 56:9
**class** 9:11 56:13
**clearer** 47:22
**clip** 62:2
**closer** 51:14

[closing - device]

closing 30:6 68:17
clue 63:25
college 7:25
colloquial 34:14
come 61:15 62:3
comes 16:21
coming 42:24
command 9:18,22
10:3,8 11:10,23,25
12:11,13 18:16,23
18:24 19:2,3,6
28:6,12 29:3
31:14,21,25 32:2
32:25
commander 35:6
commanding
11:13 34:19
commands 12:7
communicate 48:8
communications
14:19
complaint 27:25
comply 45:24
58:18 59:2
computerized
61:15
conditions 5:18
41:12,17 42:10,14
conduct 22:7
31:22 37:17 49:21
56:6,11 57:21,23
58:4,14 60:10
conducted 31:19
49:11,12,18 50:4
conference 6:8
confidential 27:21
27:22 29:9 32:4,6
68:22
congratulations
8:11

connect 18:20
connection 7:3
59:21
consistent 59:17
constant 42:23
constitutes 58:9
58:25
contents 14:19
18:7
continued 63:11
64:4,16 65:24
66:11,17
continuing 48:3
63:9 64:2,15
control 11:11
17:23,25 18:7
31:6,11,16,17
34:20 45:22 50:3
57:4,5,7,18
controlling 52:14
cops 17:5
copy 25:13 68:16
corner 40:15
corporation 13:18
correct 16:16
26:19 44:21,22,24
44:25
correction 70:3
counsel 1:21 3:4
6:11 13:18 62:5
count 27:12 55:14
counter 17:10
counting 27:11
couple 14:9
course 18:22
32:10
court 1:2 3:14
4:25 6:9
covered 58:23
criminal 7:13,15

criminalizes 58:18
crouch 62:4
crowd 26:13,17,19
26:21,24 27:6,7,10
27:14 39:5 42:18
42:19,20,25 43:7
46:4 50:24 55:13
55:14,18 57:13
65:19,20
current 8:8
cv 1:3

**d**

d 29:8 30:11 50:8
darnell 25:19
dat 60:21 61:4,8
61:22
date 11:19 13:10
16:10 19:5,13
22:13 27:17 32:13
32:18 37:21 38:6
38:15 42:3 48:20
49:7,19 52:8
53:15 60:10 67:4
dates 49:15
dawn 25:24
day 11:22 12:16
16:19 17:6,9
24:23 26:8 32:23
33:16 42:6,8,16
48:16 61:3 67:17
69:16
dcu 11:12,16,22
12:2 16:21 17:2
17:16,17,19 31:20
32:15,24 47:6
48:24
dealt 17:4
decade 13:8
december 12:3
decide 34:4

decided 42:22
decision 53:22
deemed 68:22
defendant 1:17
4:21 7:7 30:2
defendants 1:9
degree 7:23
demonstration
46:21 47:2,9
department 2:8
8:23 9:2,5 30:15
33:5 47:24 48:2
55:18 56:2
depending 42:22
depends 61:14
depicted 41:14
deploy 52:21
deployed 52:25
deposed 6:17 7:19
13:23
deposition 1:16
3:6,12 4:23 5:11
7:16 14:2,23
15:15,21 20:18
21:24 22:18,25
27:21 29:14 30:18
32:5 57:16 62:10
62:22 65:17 66:5
deputy 24:6
describe 38:25
46:7
description 68:8
designate 27:21
detail 9:24
determination
35:5
determinations
34:25
determined 61:6
device 48:9 52:15
68:19

diaz 1:18 69:4,19
difference 24:18
  24:21
different 42:15
  48:4
directed 34:5,7
  41:4,19 51:24
directing 21:14
  23:9 32:13 47:25
disciplinary 15:22
  20:16
discipline 28:7
disciplines 28:12
  29:3
discomfort 52:3,5
discon 61:13,18,22
discussed 57:15
discussion 45:20
dishonesty 29:5
disorder 11:11
  17:23,25 18:6
  31:6,11,16,17
  34:20 45:22 50:3
  57:4,5,7,18
disorderly 37:17
  56:6,11 57:21,23
  58:4,14 60:10
dispersal 25:13
  35:2 36:10 37:9
  44:20 45:25 55:17
  58:19 59:6 68:16
disperse 24:17,19
  25:7 44:24 46:19
  59:2
displeasure 47:18
disposed 13:4
disruptions 47:10
distance 51:13
distances 51:10
distinguish 55:19

district 1:2,2
  10:13
document 15:16
  15:20 20:20 29:9
  29:13 30:17,20
  37:3,24 59:22
documents 14:22
  15:14,21 20:17,21
  38:9
doing 24:14 27:14
  56:15
doubt 32:3
downes 21:7,11,11
  23:10 25:19 39:9
  39:9,12 40:10
downs 5:2
driving 13:15
duly 4:9 69:7
duties 7:4 10:25
duty 17:15 29:4

e

e 2:2,2 4:8,8 11:15
  49:24,25,25 50:8
  69:2
earlier 15:13
  40:17 43:6 46:3
  65:5
earplugs 48:17
  51:4
economics 8:3
education 7:22
effect 3:13
efforts 55:19
either 19:2 21:23
  31:20,20 39:24
  40:22 69:10
elapsed 41:2 45:13
eligible 60:11,14
elizabeth 1:4
ended 20:3,8

ends 27:23 32:4,6
enforcing 56:17
entire 31:17 42:19
entitled 1:17
entrances 43:17
entries 15:23
entry 4:2 16:5,8
  16:16,17 17:13,14
  18:14 19:15 20:13
  20:15,16 29:17
  30:21 68:9
eot 19:16
equal 60:19
erik 49:24
errata 70:2
esq 2:4,6,10
estimate 26:23
  55:12 64:13
estimates 27:14
et 1:8
events 16:9 26:7
  27:17 33:16 37:21
everybody 33:19
exact 13:10 24:22
  39:5 40:14 43:22
  46:10 49:15
exactly 13:10
  14:25 39:21 49:5
  65:9
examination 4:11
  68:5
examined 4:10
example 60:16
exhibit 4:3,5,6
  15:5 23:10
exhibits 68:7
experience 47:23
  61:16
experimented
  9:12

ends 27:23 32:4,6

f

f 69:2
face 23:11
failure 29:4
fair 18:13 23:15
  37:2 64:14
false 13:13
falsehood 29:5
familiar 41:22,24
  42:4,6,7 57:22
  58:3,6,13,21,22
fcp 18:23 19:11
federal 1:20
feet 51:14 64:8
fell 12:12
fellow 63:5,16
field 9:13 18:24
  19:2,3,4,5 32:25
filing 3:5
final 19:15
fine 32:11 43:5
  60:6
finish 20:6
finished 16:3
  30:13 36:12
first 4:8 6:21,22
  9:11,18 28:19
  31:11 37:11 39:13
  40:18,21 45:14,22
  47:16 56:3,10
  57:18 62:7
five 23:18,23
flipping 16:12
floor 2:9
focused 24:13
follow 13:19 25:14
  30:8 53:8
follows 4:10
force 3:13 10:5,6,9
  11:3,4 31:15,18
  47:6 57:6

**forces** 17:4,5
**forgive** 62:3
**form** 3:9 4:6 68:11
**formally** 34:14
**forth** 69:7
**forward** 18:16,23 19:4
**found** 13:5 21:4
**four** 61:24
**fourth** 2:9
**frame** 62:17 64:9
**frank** 50:7
**freedoms** 47:17
**front** 20:17 30:22 30:24 39:8 64:10 65:5
**fully** 5:15,18,22
**further** 3:8,11 67:7 69:10

**g**

**g** 11:15 49:25 50:8
**gathering** 58:19
**generally** 10:25 58:3,21,22
**gestures** 5:2
**getting** 26:15 43:8 43:15 57:7
**gideon** 2:4,6 4:19
**give** 5:10 7:16 34:4 34:6 35:2 40:13 41:4,19 44:24 45:10,24 47:14,17 58:10 60:3 64:23
**given** 21:20 44:19 51:9,12,16 55:17 59:4 69:9
**gives** 37:13
**giving** 24:15,17 26:12 33:18 40:5 59:12
**go** 6:9 32:8,24 33:9 46:3 60:8
**god** 8:16
**going** 4:22 14:18 15:24 16:2 18:14 21:13 25:8 27:21 29:7 30:5,10,12 31:7 35:24 36:2,5 39:8 42:24 61:25 62:6,8 63:3 66:7
**good** 4:18
**google** 39:10
**gotten** 28:12
**grade** 34:12
**graham** 11:17
**green** 49:24
**ground** 4:22
**growing** 42:21
**guess** 26:23
**guide** 56:23,24,25
**guidelines** 57:4,5,7 59:23
**guns** 9:12

**h**

**h** 26:4 50:14
**hand** 31:7 69:16
**handed** 24:25
**handheld** 48:12,14 48:16
**handing** 15:3,6,7 15:25 21:12 22:11 29:9
**handwriting** 16:15
**happened** 17:9 33:12
**head** 20:10 43:2 50:12 55:9
**headquarters** 48:24 49:14
**hear** 5:4 47:21
**heard** 52:19
**hearing** 52:18
**heights** 12:6
**held** 1:17 45:20 60:7
**help** 21:5 45:7
**hereinbefore** 69:7
**hereto** 3:4
**hereunto** 69:15
**higher** 34:16 35:2 35:4,14,16,20,20 36:22 65:2
**highest** 7:22 35:9
**hmm** 63:8
**holding** 52:10,11 52:12
**home** 4:15
**honestly** 24:2 51:21
**horn** 53:6
**hour** 61:21
**hours** 14:9,10 16:17 17:14 61:24
**hundred** 27:4
**hurt** 51:23 52:2

**i**

**ia** 30:7 68:17
**identification** 4:3 4:5,7 15:5
**identify** 31:9
**incident** 11:19,22 16:10 17:2 19:5,7 19:13 22:14 26:8 27:18 29:25 32:14 32:19 35:6,7 37:22 38:6,15 42:3 48:20 49:7 49:19 52:8 53:15 54:21 60:10 67:4
**include** 55:13
**included** 50:16,20
**independent** 37:21 38:5 55:2
**index** 68:2,3,7,14
**indicates** 16:16 20:3,8 31:5,10
**indicating** 6:16
**initially** 38:15 48:5
**inspector** 24:7
**instances** 47:24
**interested** 69:13
**interfering** 25:5
**intersection** 38:11 39:10 41:13 43:22 44:2 65:9
**involved** 25:16 50:10
**involvement** 34:2 54:16,18
**island** 17:17 18:2

**j**

**jacket** 63:18
**january** 12:17
**jennifer** 1:5
**job** 8:13 61:17
**jobs** 43:18
**july** 11:9 29:18,18 29:24
**june** 8:24 31:6
**jurat** 66:17

**k**

**k** 26:4 49:24
**keep** 5:18,22 63:3 66:7
**key** 59:3
**kind** 56:8
**klein** 1:5

know  6:24 7:20
  9:9 13:4 15:8 16:3
  17:2,5,9 18:19,24
  19:4 20:22,24
  23:7,12 24:13
  25:19,21,24 26:3
  26:12,21 29:10,17
  30:2,13 31:17,19
  31:22,23 32:21
  33:4,19,20 35:6,9
  35:13 36:7 39:5
  39:15,18 40:14
  46:18,25 48:10
  49:3,12,24 50:4,7
  50:10,13 51:22
  52:4 53:22,24
  56:14 57:12 59:25
  60:9 61:2 62:20
  63:6,19 64:8 65:8
  66:4
knowing  42:13
knowledge  22:6
  42:9
koch  26:3
kushneir  1:5

l

l  3:2 4:8,8 11:15
  11:15 50:8,14
language  37:20
large  26:13,21,24
  27:6,7,10 39:4
  42:18,19 46:4
  55:12
law  2:8 56:6,13
lawful  58:18
lawrence  1:16
  4:14 67:15
lawsuit  4:20 6:23
  7:10,12 13:3,12,17
  13:21,23 29:25
  68:15

learning  18:9,10
leave  9:21 46:13
  46:16 48:2
led  22:7 46:8
left  10:4,12 32:24
  50:9
legal  59:23
level  7:22 31:14,21
  31:25 32:2 35:2,4
  52:2
license  13:16
lieutenant  1:16
  4:14 12:4 50:7
lieutenants  8:14
line  16:21 68:4,8
  68:23,23 70:3
lines  18:10 57:8,9
  57:12
linking  54:6,10
listed  36:22
little  26:9 34:14
  47:22 48:9 52:9
location  25:17
  27:11 33:10,13
  34:15 35:10 36:9
  37:9,12 38:16,18
  38:21 39:13 40:2
  41:3,17,18 42:11
  42:15 46:5,20
  53:6,23 54:3,7,10
  54:13,16,23 55:8
  55:13
locations  36:23
  37:13
locking  37:18
logistical  17:3
long  6:18 9:7 10:6
  11:8 14:8 18:12
  18:21 23:16 28:13
  57:24 61:12,14,17

longer  61:23
look  29:21 45:11
  46:14,15
looking  64:12
looks  20:24
lost  28:10
lot  54:25 55:2
lrad  48:9,18,21
  49:13 50:22,23
  51:2,5,10,13,18
  52:7 53:21,25
  54:6,9,12,15 68:19

m

management
  10:17
manhattan  10:14
manual  56:19,21
map  65:10
maps  39:10 40:23
  65:5,6
march  42:22
mark  1:5
marked  4:2,4,6
  15:4,7,25 21:3,4
  21:11 29:8 30:11
  35:25
marking  15:2
marriage  69:11
materials  53:10
  68:19
matter  69:14
mean  26:10 27:6
  33:23 46:25 52:2
means  18:15
medication  5:21
  5:25
meet  13:25
meeting  14:6,8,14
melissa  1:18 69:4
  69:19

memo  4:2 15:22
  16:5,8 17:13
  18:14 19:15 20:13
  20:15 30:21 68:9
memory  25:8 45:7
  58:15
mental  5:17
mentioned  53:12
messages  50:24
microphone  52:11
  52:24
middle  39:20
  40:15
military  9:2
mind  15:2 16:12
  60:5
minute  23:25 41:6
  41:7 63:13 64:2,6
  64:15,18 65:15,23
minutes  23:18,23
  66:3,15
mm  63:8
model  48:10
moment  41:2,3,13
months  9:8,10,14
morning  4:18
  32:18
mounted  48:13,15
move  37:2,24
mustered  32:14

n

n  2:2 3:2 4:8 11:15
  49:25 69:2
name  4:13,18
  62:18
named  4:21
names  49:14 63:6
near  40:5
nearest  64:10
need  6:24 7:20
  20:5 21:5 32:8

[need - pedestrian]

58:16
**never** 9:16 11:16
13:5 26:18 47:13
47:14,19 51:22,24
51:25 59:3
**new** 1:2,8,13,13,19
2:5,5,8,8,9,9 4:10
4:16,17 69:5
**nine** 9:8
**nods** 5:2 20:10
43:2 55:9
**noise** 52:18,19,21
53:14
**non** 21:15
**nope** 11:18 25:20
50:15
**normally** 42:10
**notary** 1:19 3:12
4:9 67:22 69:4
**noted** 13:22 25:15
30:9 53:13 67:11
**notice** 1:20
**notification** 33:9
**notwithstanding**
60:25
**november** 11:20
16:16
**number** 4:3,5,7
8:8,12,15 15:5
21:4,7 30:7 48:10
62:2 68:17 70:3
**numbers** 8:14
**numerous** 55:5
**nypd** 47:16 55:16

**o**

**o** 3:2 4:8 25:25
26:4 50:14 69:2
**oath** 6:4,8
**objection** 44:7
47:11 50:18 55:21
61:19

**objections** 3:9
**obligation** 55:19
**observed** 38:25
42:18
**observing** 42:20
**obstruct** 46:22
**occupy** 17:7
**occur** 43:20
**offense** 60:11,20
60:25
**offered** 48:3
**officer** 7:4 8:19
11:13 12:19 25:19
25:21,24 26:3
34:19 35:10 47:23
50:2 63:16
**officers** 33:21
34:16 35:14,16,19
35:22 36:8,21
37:8 38:19 63:6
**official** 12:16
**oh** 7:12 8:8,16
9:15 16:14 17:24
20:12 31:13 56:20
**okay** 5:2 11:20,21
19:23 22:23 29:12
37:2,16 38:3 63:7
65:22 66:9,10
**old** 6:23 7:20
**oliver** 2:4,6 4:12
4:18,19 6:16
13:19 15:2,6,24
21:2,6,9 22:9
25:12 27:20 29:7
30:5,10,24 31:4
32:4,7,10 35:24
36:18 38:8 39:8
39:23 41:25 44:10
44:13 45:19 51:8
53:8 59:10 60:3,6
61:25 62:13 63:3

63:9,13 64:2,6,14
64:18 65:13,22
66:2,15 67:7,10
68:5
**once** 14:5 28:10
45:12
**oneonta** 7:25
**operate** 51:7,10
**operating** 52:8
**operational** 19:6
**opportunity** 15:11
**opposed** 35:2
**option** 46:20 48:3
**order** 24:18 25:13
33:18 34:6 45:14
45:15 58:19 59:7
64:23 68:16
**ordered** 65:2
**ordering** 64:20
**orders** 24:17
26:12 34:4,15
35:2,11 36:10
37:9 40:6,11,23
41:4,14,19 44:5,20
44:24 45:4,10,25
46:12,12,16,16,19
48:7,8 53:21,25
54:5,24 55:17
59:2
**orientation** 10:17
**orion** 2:4,6
**outcome** 69:14

**p**

**p** 2:2,2 3:2 4:8,8
**p.m.** 67:11
**padilla** 19:18
**page** 27:22,23
37:11 66:17 68:4
68:8,23,23 70:3
**pain** 52:3,5

**papola** 1:16 4:1,3
4:4,6,14 5:1 6:1
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1,4,7,25
16:1 17:1 18:1
19:1,19 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1,8 30:1
30:11,23 31:1,5
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:15
68:9,10,11,12
**park** 9:24 17:11
**part** 11:5 26:18
31:18 66:8,13
**participate** 17:22
**particular** 47:9
**particularly** 21:15
**parties** 3:4 69:11
**passes** 54:23 55:3
**patrol** 17:5 56:24
56:25
**pause** 62:7
**pausing** 62:13
63:13 64:6,18
**pay** 34:12
**pd** 17:3 47:16
**pedestrian** 42:9,14
58:5

pen  21:16 47:3,4
penal  56:6
penned  47:7,8
people  26:15 27:2
  27:4,7 38:22
  42:24 43:8,15,15
  43:17,24 45:24
  47:17 54:13,22
  55:2,5,13 58:20
perceived  27:7
  38:22 42:20 43:24
  55:18
perform  29:4
person  21:15 22:5
  51:23 52:2
personal  22:6 42:8
personally  36:24
phones  55:6
photograph  22:5
photographs
  21:19,22,25 22:3
  22:17,19,21
photos  20:19
  21:14
physical  5:17
picture  52:9
pictures  21:17
  22:9
place  1:18 31:14
places  26:16
plaintiff  7:7,9,11
plaintiff's  35:25
  35:25 36:4 37:6,7
  37:14,25 38:3,4
  68:7
plaintiffs  1:6 2:4
  4:19
played  62:11
playing  63:3 65:22
  66:7

plaza  4:16 22:12
please  4:13,24
  14:20 15:8 21:6
  29:11 36:5 37:2
  37:24 38:25 44:18
  63:4
po  8:21
point  39:12 40:10
  57:3 59:9,11
  65:18
pointing  21:16
polaroid  21:8
police  4:16 7:4
  8:19 12:18 21:15
  22:12 27:11,13
  33:5,20 38:19
  39:22,24 40:5
  43:10,11 46:19
  47:6,23,24 56:2,22
policing  31:11
  45:22 57:18 59:21
policy  55:17
portable  48:9,12
portion  27:20 32:5
  36:19 44:12 68:22
pos  32:23
possible  29:21,24
post  18:17,24,24
  19:3,3,6 33:2
practice  31:16
precinct  9:20 12:6
preferred  59:6
prepare  13:25
  14:22 15:14,21
  20:18 21:23 22:17
  22:24 29:14 30:18
  62:9,22 65:16
  66:5
present  4:15 17:15
  18:16 22:12 27:11
  27:13 36:9 37:8

38:19,23 42:10
  54:23
press  54:23 55:2
pretty  19:3
previously  21:11
prior  13:21 41:13
  46:18 68:15
prisoner  28:10
  57:10
probable  58:10
problem  15:10
procedure  1:20
process  61:17
processing  22:13
  54:19
production  13:20
  25:12 30:6 53:10
  68:19
prohibition  51:13
prohibits  58:5
promoted  10:10
  10:12 12:3
prospect  9:24
protections  47:17
protest  17:10
  47:18 48:2,3
protester  64:10
protesters  27:8,13
  38:22 39:2 43:25
  46:20 47:7,25
  53:16,19 54:2,6,10
  55:20
protests  17:7
provide  17:3
provision  58:4
provisions  56:6
psa  12:12
public  1:19 3:13
  4:9 25:5,6 67:22
  69:4

pursuant  1:19
put  39:8 65:4
putting  30:24

q

qualify  60:12
queens  12:12
question  3:9 15:13
  20:6 36:15,16,17
  41:15,25 44:9,10
  44:13 60:21,22
  61:22 62:8
questions  4:24 5:4
  5:8 60:8 67:8,9

r

r  2:2 4:8 11:15
  23:5 25:25 49:24
  49:25 50:14 69:2
raganella  11:14
  24:7,11 32:21
  33:7 34:22,23
  35:15 49:21 52:13
  52:14,25 63:7
  65:3
randall's  17:17
  18:2
ranking  34:16
  35:9,14,16,19
  36:22
reaction  53:15
read  36:11,19
  44:10,12 59:18
reading  24:23
really  16:11 17:4
  18:11 24:2,21
  26:17 27:19 29:23
  62:8
reason  5:11,14
  70:3
reasonable  58:25
  59:3,4

[reasons - robinson]

**reasons** 44:5,19,23
  45:3
**recall** 7:2 13:10
  18:3 19:14 23:14
  23:17,19 28:13
  29:15 32:16,17,22
  33:8,11,14,15,18
  35:8,12,23 38:17
  38:20 40:3 41:5
  41:10,11,21 43:13
  43:16,23 44:3
  45:11,16 46:2,15
  46:24 47:13 49:20
  49:23 50:6 51:6
  51:11,15,21 52:16
  53:7,17 54:4,8,11
  54:14 55:15,23,25
  58:9,12 59:8,16,20
  64:25
**receive** 33:9 45:23
  48:23 58:8,24
  59:5 60:14
**received** 28:6
  30:16 31:5,10
  45:21 49:3,6,19
  56:2,5 57:17,22
**receiving** 59:22
**recess** 32:12 60:7
**recognize** 63:5
**recognized** 24:9
**recollection** 16:9
  26:7 27:17 36:8
  36:14,20 37:8,21
  38:5 48:6 67:3
**recommended**
  59:6
**record** 4:13 15:22
  45:19,20 47:22
  62:2 69:9
**records** 30:7 31:23
  31:24 36:3,6,7

68:17
**recruit** 56:19,20
**refer** 11:19
**referred** 42:25
  50:11
**referring** 11:20
  40:10
**refers** 29:17 37:12
**refresh** 16:8 26:7
  36:14,20 37:7,20
  38:4 45:7 58:15
  67:3
**refreshed** 27:17
**refreshes** 36:8
**refusal** 58:18
**regard** 68:19
**regarding** 30:7
  31:24 35:7 36:15
  41:12 45:22,24
  51:12,16 56:2,5,11
  58:9,25 59:11
  68:17
**regular** 17:5
**related** 19:6 22:13
  31:10 38:5 69:10
**relating** 54:21
  57:18 67:4
**relation** 40:14
**release** 60:22
  61:12
**released** 61:8
**remain** 46:20
**remember** 8:17
  13:6,7,8,11 14:11
  14:25 18:4,5,6,9
  18:11,25 19:9
  23:22,24 24:2,3,12
  24:22,25 26:14
  28:17,21 29:15
  31:3 32:23 33:10
  33:11 35:18 36:25

38:10,14 39:17
  40:16,20 41:9
  44:2,5 45:3,5,18
  46:7,10,11,13
  47:14 49:5,12,14
  49:16 50:17,21
  52:10,17 53:16
  54:22 55:5 56:7
  56:11 59:22 60:2
  62:24 63:2,20,21
  63:23 65:19,20
  66:6,13
**remove** 57:11
**removed** 17:11
**repeat** 36:16 44:9
**rephrase** 44:17
  60:22
**report** 30:6 68:17
**reporter** 4:25
**represent** 4:19
  21:17 58:17
**representative**
  49:13
**represented** 6:11
  13:17
**representing** 22:5
**requested** 36:19
  44:12
**requests** 68:14
**required** 29:4
**reserved** 3:10
**resisting** 37:17
**respect** 4:23 39:2
  43:14 57:21 60:21
**respective** 3:4
**respond** 16:25
**responded** 32:25
**responding** 32:20
**response** 16:22,24
**responsibilities**
  16:23

**resume** 4:4 68:10
**retire** 12:15
**retired** 8:9,10
  12:10,14
**reveal** 14:18
**review** 14:22 15:9
  15:11,20 16:2
  20:17 21:13,20,23
  22:3,17,21 30:12
  30:22 36:2,5
  65:17
**reviewed** 14:24
  15:14,15,18 16:6
  21:19,22 22:4
  26:6 29:10,13
  30:17,20,21,21
  37:4 38:3 40:12
  57:24 62:9,23,25
**reviewing** 16:8
  26:6 36:12,14
  37:7 38:4 67:2
**revisit** 5:11
**right** 6:14 13:9
  17:14,21 20:9
  21:4 24:16 25:9
  31:2 34:18,20
  40:6,25 42:2,25
  47:4 50:23 55:8
  58:2 60:15 62:17
  62:18
**rise** 58:10
**rivera** 23:12 62:2
**rnc** 10:23 11:2,6,7
  17:22 59:21,22
**roadway** 39:22,24
  40:5 46:23 47:7
**robinson** 2:10
  6:16 13:22 14:12
  21:5,7 25:15 30:9
  44:7 47:11 50:18
  53:13 55:21 60:4

[robinson - sworn]                                                    Page 10

61:19 67:9
roll   32:15
room   6:8
rowdy   26:17 46:5
rules   1:20 4:22

**s**

s   2:2 3:2,2 50:8,14
   60:13
safe   51:9
safety   47:15
saw   24:4,6,15
   26:11,18 36:24
   40:4,9 43:14
   52:17 63:17
saying   26:24 47:21
   63:16,21
says   16:21 17:14
   18:19 19:16,18
   25:4 57:25
scene   35:10,14
   38:14 39:3
scratch   19:21
screaming   46:9
sealing   3:5
seated   6:13
second   6:25 7:3
   28:22 60:3 65:15
seconds   62:7,13,20
   63:10,14 64:3,7,19
   65:23 66:3,16
security   9:5
sedgwick   17:20
see   24:5,9 37:11
   43:20,24 53:9,15
   54:2,6,9,12 62:15
   63:15 64:12 66:8
seeing   26:11 36:25
   37:20 55:5 65:19
seen   40:12 44:6,20
   65:20

sent   9:13
separate   57:13
separately   20:18
september   69:16
sergeant   8:15
   10:10,18,21 19:18
   19:24 31:22 50:13
serve   9:2
set   51:23,25 69:7
   69:15
shakes   50:12
sheet   70:2
shield   8:8,12,14,15
shields   9:13
show   15:24 29:7
   30:10 35:24 36:3
   61:25 65:6,13
showed   65:5
showing   21:2,10
shown   40:23
shrinking   42:21
side   62:4
sidewalk   25:6
   37:18 46:17 47:8
   47:20
sidewalks   39:7
   43:25
sign   14:24 19:25
signature   69:18
   70:25
signed   3:12,13
significant   58:9
sitting   22:4 28:18
   28:22 29:2 35:13
   35:21 40:21 45:3
   46:18 53:18 54:2
   54:13 60:9 61:5
situations   34:24
   47:5
six   9:10 10:7

size   39:5
smaller   48:4 57:13
sorry   7:12 8:6
   17:19,21 20:7,12
   37:6 43:4 44:9,16
   55:10,11
sort   5:21 62:4
south   10:5 11:3
southern   1:2
speaking   10:25
specs   28:4
spend   23:20
staged   17:10
stand   10:16 18:23
standard   59:17
standing   39:17
   40:16,18,20 64:9
   64:11 65:7
star   63:17
start   62:6
started   57:6
starters   4:24
state   1:19 4:9,13
   69:5
states   1:2
statute   56:14,16
   57:25 58:4
stay   42:19
stenographer   20:5
stick   44:13
stipulated   3:3,8,11
stipulation   60:13
stipulations   1:21
stop   47:25
stopped   66:2
street   1:13 2:9
   17:7 18:17,20
   25:6 26:14 37:15
   37:16,19 38:12
   39:6,16,16,25
   41:23 42:5 43:7

43:10,11,21 46:17
   47:15,19
stuart   50:13
student   56:22
study   8:2
stuff   30:15
subdivision   56:16
subject   25:7 27:24
subscribed   67:16
subsection   57:23
   58:13,17
substance   25:4
   40:19 50:25 59:6
sued   12:18
suit   12:21
suite   2:5
sum   25:4 40:18
   50:25
summer   9:24
summons   60:11
   60:14,16 61:4,8,13
   61:18,21
summonsable
   60:20,25
suny   7:25
superior   44:24
supervisor   16:22
   16:24 34:5,8
supervisors   34:25
   35:3,4
support   17:3
supposed   5:25
   33:22,24
sure   15:10 16:14
   16:15 19:4 34:13
   40:20 49:6 56:10
   65:11
surprised   53:19
suspended   13:15
sworn   3:14 4:9
   67:16 69:7

[system - video]

system 49:2

**t**

t 3:2,2 23:5 50:14
  50:14 69:2,2
take 4:22,25 5:25
  6:2,9 10:20 20:13
  22:9 29:20 31:23
  34:10 38:8 59:25
  60:4 61:12,17,23
taken 1:18 5:21
  6:4 32:12
takes 61:14
talking 52:18,20
taru 23:5,6,11,11
task 10:5,6,8 11:3
  11:4 17:3,4 31:15
  31:18 47:6 57:6
td 11:8
team 18:10,11
  32:21 57:11
teams 11:5
techniques 31:16
tell 5:5,8,12 6:5
  13:2 26:10,13,22
  28:18 29:2 35:21
  36:21,24 39:20
  41:16 43:14 48:12
  53:18,20 57:25
  61:3,5 62:21 63:4
  65:8 66:7,14
temporarily 9:23
ten 27:2
test 10:20
testified 4:10 7:15
  40:19 41:12 43:6
  45:2 46:4 55:25
  57:15 59:12 67:5
testify 5:15 6:9
  43:9
testifying 5:18,22

testimony 27:22
  32:6 68:3 69:6,9
thank 20:13 21:9
  31:4 38:2,8 61:11
  67:10
thb 19:6,11
thing 18:9 33:15
  33:18 36:21 60:24
  64:24
things 60:18,19
think 6:20,22 9:17
  12:24 13:13 14:9
  14:10 17:12 18:17
  19:3 21:3 23:4
  24:21 29:16 30:3
  30:3 41:9 44:15
  45:6,12 46:3
  54:25 57:17,20
  60:23 66:8
third 28:24
thought 19:24
three 9:14 10:22
  28:16,17,21 38:9
  64:3
thursday 16:16
time 1:18 3:10
  6:18,21,22,25 7:3
  7:19 11:4 12:25
  18:12,21 21:20
  23:20 28:13 32:10
  34:20 38:10 41:2
  41:18,18 42:19
  45:13,24 49:14
  57:24 58:7,25
  59:4 67:11
times 6:19 10:20
  10:22 12:23 14:4
today 4:21,23 5:15
  5:19,22,25 6:5,11
  14:2,23 21:24
  22:4 28:18,22

29:2 35:13,21
  40:22 45:3 46:18
  53:18 60:9 61:5
told 27:15 44:4,24
  45:2
tolerate 47:19
tone 51:17,19 53:4
top 16:16
topic 45:8
total 23:20
tour 16:18,19
  19:16 20:3,8
traffic 42:9,14
  46:22 47:10 58:5
  58:10
trained 48:21
  50:25 51:4,7,22
  56:13,18 57:4
  59:9,11,14,19
training · 9:13
  17:23,25 18:7,8
  30:14,15 31:6,10
  31:14,18,19,21,22
  31:24 45:17,21,23
  47:14 48:23,24
  49:4,7,11,18,22
  50:5,11,16,20 51:9
  51:12,16 53:10,11
  55:17,25 56:5,8,10
  56:19,20 57:14,15
  57:17,22 58:8,24
  59:5 68:19,19
transcript 31:9
  68:22 69:8
transit 10:13
trial 3:10 7:5,13
  7:15
true 69:8
truth 6:5
trying 60:24

turned 32:14
twice 6:20
two 12:5 14:10,17
  28:16,17,21 39:9
  58:19 63:14 66:2

**u**

u 3:2 23:5 50:8,14
underlying 4:20
understand 5:7
  6:4,7 34:13 41:15
  44:14,15 60:23,23
understanding
  55:16
understood 14:20
  18:13 55:4
undue 47:10
unit 34:20 50:3
united 1:2
unruly 26:17 46:5
use 48:8 50:22,23
  51:2,17
usually 27:12
  34:24 61:12 62:3

**v**

values 47:16
vehicle 13:14 33:6
  48:13,15
vehicles 33:4,5
vehicular 42:9,14
  58:5
verbally 4:25
  20:11 55:10
verification 15:4
  20:16 30:22 68:12
version 48:13,14
  48:14,15,16
video 20:19 23:4,5
  23:6,13,16,21 24:4
  24:7,10,15 26:11
  27:16 33:17 40:4

[video - zuccotti]                                              Page 12

40:7,9,12,24 41:14
44:6,20 45:12
46:15 48:7 52:17
60:9 62:2,8,11,21
62:23,24 63:9,11
64:4,10,16 65:4,16
65:17,21,24 66:4,8
66:11 67:2
**videographer**  23:7
23:11
**videos**  22:24 23:3
26:6
**view**  22:24 23:3
66:9
**viewed**  65:4,16
**viewing**  27:16
**violating**  45:14
**viper**  12:12
**visit**  19:11
**voice**  47:18 64:20
**volume**  51:23,25
52:4,15

**w**

**w**  4:8 50:14
**wait**  20:6
**waived**  3:7
**wall**  17:7
**want**  5:11 29:21
32:7,10 34:13
36:11 44:17 47:21
60:22
**wanted**  42:23
**warbling**  51:19
**warning**  24:16,19
51:17 59:7
**warnings**  46:19
59:12
**warrant**  60:15
**washington**  12:6
**watched**  23:13,16
62:22 66:5 67:3

**watching**  23:21
33:17 63:5
**way**  42:13,22
69:13
**ways**  27:15,16
**weapon**  51:2
**wear**  48:17 51:4
**wedges**  18:10 57:8
57:9,12
**weeks**  12:5
**went**  9:25 10:4,10
10:12 11:11,12
12:4 31:20
**whereof**  69:15
**whistles**  46:9
**william**  37:15,16
38:11 39:10,16,20
39:25 41:23 42:4
43:20
**withdraw**  41:25
**withdrawn**  39:23
51:8 59:10
**witness**  5:3 15:6
15:10 16:4 20:7
20:10 21:2,10
22:11 29:12 30:10
30:14,25 32:8
43:2 50:12 55:9
62:12 63:12 64:5
64:17 65:25 66:12
66:13 69:6,9,15
70:25
**wohl**  50:14
**word**  25:9,9 59:3
**wording**  24:22
**words**  50:23
**work**  9:5 10:23
12:7 26:16
**working**  16:18
**works**  18:11

**wow**  9:15
**writing**  13:19
25:14 53:8

**x**

**x**  1:3,10 48:12,13
51:13

**y**

**yeah**  9:16 14:24
17:15 21:21 47:4
50:2 51:20 56:20
57:11 65:19
**year**  9:25 13:6
49:16
**years**  6:22 7:20
10:7 59:24
**yesterday**  21:3
**york**  1:2,8,13,13
1:19 2:5,5,8,8,9,9
4:10,17,17 69:5

**z**

**zone**  46:21 47:2
**zuccotti**  17:11

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1,
2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.