Page 1

```
 1
 2     UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
 3     14 CV 9148
       - - - - - - - - - - - - - - - - - - - x
 4     BENJAMIN CASE, ELIZABETH CATLIN,
       JENNIFER KLEIN, and MARK KUSHNEIR,
 5
                         Plaintiffs,
 6
                      - against -
 7
       THE CITY OF NEW YORK, NEW YORK CITY POLICE
 8     DEPARTMENT ("NYPD") CHIEF OF DEPARTMENT
       JOSEPH ESPOSITO, NYPD DEPUTY CHIEF BRIAN
 9     MCCARTHY, NYPD LIEUTENANT DAVID GROHT,
       NYPD SERGEANT LAWRENCE PAPOLA, SHIELD
10     NO. 03646, NYPD OFFICER BENJAMIN ALMONTE,
       SHIELD NO. 29182, NYPD OFFICER DANIEL CONFORTI,
11     SHIELD NO. 26403, NYPD OFFICER FIRST NAME
       UNKNOWN ("FNU") DOWNES, SHIELD NO. UNKNOWN,
12     NYPD OFFICER DMITRY TVERDOKHLEB, SHIELD
       NO. 27018, and NYPD OFFICER MICHAEL
13     MALDONADO, SHIELD 23573,
14                         Defendants.
       - - - - - - - - - - - - - - - - - - - x
15
                         October 17, 2017
16                       11:14 a.m.
17                       100 Church Street
                         New York, New York
18
19          DEPOSITION of OFFICER DMITRY TVERDOKHLEB,
20     held at the above time and place, taken before
21     Brittany Saline, a Professional Shorthand Reporter
22     and Notary Public of the State of New York,
23     pursuant to the Federal Rules of Civil Procedure,
24     with written notice as to time and place thereof.
25
```

1

2   A P P E A R A N C E S :

3

    GIDEON ORION OLIVER, ESQ.

4   Attorney for Plaintiffs

    277 Broadway

5   New York, New York 10007

6

7

8   NYC LAW DEPARTMENT

    Attorneys for Defendants

9   100 Church Street

    New York, New York 10007

10

    BY:  AMY ROBINSON, ESQ.

11

12

13

14                    *        *        *        *

15

16

17

18

19

20

21

22

23

24

25

2011 DEC 13 P 4: 22

Page 3

1

2                S T I P U L A T I O N S

3              IT IS HEREBY STIPULATED AND AGREED, by

4       and among counsel for the respective parties

5       hereto, that the filing, sealing and certification

6       of the within deposition shall be and the same are

7       hereby waived;

8              IT IS FURTHER STIPULATED AND AGREED  that all

9       objections, except as to form of the question,

10      shall be reserved to the time of the trial;

11             IT IS FURTHER STIPULATED AND AGREED that the

12      within deposition may be signed before any Notary

13      Public with the same force and effect as if signed

14      and sworn to before the Court.

15

                      *        *        *        *

16

17

18

19

20

21

22

23

24

25

Page 58

1                    Dmitry Tverdokhleb

2        Q     You saw that on the video, right?

3        A     I don't remember it clearly, it

4   was a big truck, it was standing there for

5   a long time trying to pass.

6        Q     Ask you saw it on the video; is

7   that right?

8        A     Yes, I saw it on the video also.

9        Q     Okay.  When you initially

10  mustered it was Murray and Church and then

11  you moved to another muster location that

12  was somewhere near Nassau and Pine, but not

13  right at Nassau and Pine?

14       A     No, because there's no way to get

15  to it because it was all blocked.

16       Q     So just so the record is clear,

17  after the first muster location, you went

18  to a second muster location that was not

19  Nassau and Pine, right?

20       A     No.  It was like half a block

21  away or a block because there was a square

22  (indicating) the big area which was blocked

23  off, next to the Trade Center -- the trade

24  place location -- the New York Stock

25  Exchange, so there was a square and so they

Page 59

1                  Dmitry Tverdokhleb
2    could, you know, protect this area, if the
3    protests wanted to get in there, but it was
4    blocked off.  So we muster here
5    (indicating).
6        Q    To the south of Pine Street?
7        A    Yes, if this is the square, doing
8    it correctly, we were mustering here
9    (indicating), moving closer over here
10   (indicating).  We would observe the crowd
11   for a little bit waiting for the orders.
12       Q    When you're pointing at the map,
13   it's not -- the court reporter can't record
14   your pointing, so it's important to
15   describe verbally.
16       A    This is south, right?
17       Q    Yes.
18       A    So it would be staging south of
19   Nassau and Pine.
20       Q    Thank you.
21       A    Couple of like car lengths behind
22   and wait for the orders.  So we would
23   observe the crowd for minutes before we
24   actually received orders.
25       Q    Okay.  At some point at around

```
 1                  Dmitry Tverdokhleb
 2        Q     Okay.  And how many police
 3   officers were on the -- on Nassau Street to
 4   the south of Pine Street when you first got
 5   to that location one to two car lengths
 6   away from Pine Street?
 7        A     Oh, I don't remember.
 8        Q     Was it more than ten?
 9        A     I don't remember, but, I think it
10   was more than 10, it appears more than 10,
11   more than 20, but I don't remember.
12        Q     Okay.  And when you watched the
13   video, did you see -- well, withdrawn.
14              When you watched the video, did
15   you see the moment that you arrived at
16   Nassau and Pine Street on the video that
17   you watched?
18        A     No.
19        Q     Okay.  When you got there, by the
20   way, the protesters were already north of
21   the intersection at Nassau and Pine, right?
22        A     They were at the intersection of
23   Nassau and Pine.  They were blocking the
24   whole street, so the actual intersection
25   was square, was all blocked off.
```

1           Dmitry Tverdokhleb
2    saw -- I believe it was Lieutenant, you
3    know, talking on the loudspeaker, telling
4    the crowd to move.  And the crowd was not
5    listening to him at all.  He would say like
6    every two minutes, maybe more, like
7    nonstop, and they were not moving.
8           You know, when we got there,
9    there was like standing, moving around,
10   people chanting, and later on I think they
11   sat down in the middle of the
12   intersection -- someone.
13       Q    What time did you get to the
14   intersection of Nassau and Pine?
15       A    After 8 o'clock, 8.
16       Q    And what was the first -- what
17   time was the first moment that you observed
18   Jennifer Klein?
19       A    About that time.  8:30, maybe,
20   8:20.  Because we were staging there, she
21   had very wide -- like long coat.  It stood
22   out, you can pick it out from the crowd.
23       Q    Okay.  So you arrested five
24   people, right?
25       A    Correct.

Page 69

1              Dmitry Tverdokhleb

2        Q     What were the other four people

3   wearing?

4        A     Some of them were in jeans -- not

5   jeans, the leather jacket.  Then there was

6   like one person in a gray jacket, not gray,

7   the brown one.  The majority of them were

8   wearing dark color clothes.

9        Q     Okay.  And what first drew your

10  attention to Ms. Klein?

11       A     She stand out, it was very

12  bright.

13       Q     Sorry?

14       A     She was wearing very bright

15  clothes.  You can pick it up like when you

16  see -- it stood out.

17       Q     How far away from her were you

18  when you first saw her?

19       A     About two car, three car lengths.

20       Q     I thought you were two to three

21  car lengths away from the intersection of

22  Nassau and Pine?

23       A     Right.

24       Q     Okay.  So you're saying she was

25  in --

Page 70

1                    Dmitry Tverdokhleb
2        A      She was very close.  So she was
3   on the middle, closer to us, but it was
4   like -- she was not far, so you can see
5   her.
6        Q      When you say in the middle, what
7   do you mean in the middle?
8        A      In the middle of an intersection.
9        Q      Okay.  So you're saying that when
10  you first saw her she was in the middle of
11  the intersection of Nassau and Pine, she
12  wasn't to the north?
13       A      Yes, she was -- so this an
14  intersection of Nassau and Pine.
15       Q      Yes.
16       A      She was right here, closer to --
17  closer to the Nassau and then she was
18  moving there, so.
19       Q      When you say "she was moving
20  there," what do you mean?
21       A      She was talking and that's where
22  I saw her for the first time.
23       Q      Okay.
24       A      That's before the orders were
25  given out to arrest and stuff like that.

1                    Dmitry Tverdokhleb

2        Q     Okay.  And was the male sitting

3    or standing when you extracted him?

4        A     He was standing, I think he was

5    standing.

6        Q     Okay.  Now, up until that point,

7    had you seen Ms. Klein sit down?

8        A     I was there in the beginning, she

9    was standing.  Later on, the group sat

10   down, approximately like maybe 16 people.

11   And she was one of them, I believe so.

12       Q     When you say "I believe so," what

13   do you mean?

14       A     She was there and I don't

15   remember exactly how many people were

16   sitting, but in my recollection, it was 15,

17   12 people were sitting in the middle, she

18   was there.

19       Q     When you say "she was there,"

20   what do you mean?

21       A     Ms. Klein, she was sitting there.

22       Q     You saw her sitting?

23       A     Yes.

24       Q     When did you see her sitting?

25       A     So I started extracting and

1               Dmitry Tverdokhleb
2      then the crowd changed.  We sat down and
3      from that sitting crowd I got numerous
4      arrests, so Ms. Klein together with the
5      other people who were arrested were sitting
6      over there.
7           Q     Did you see her sit down?  Did
8      you see her go from standing to sitting?
9           A     I saw her standing at the
10     beginning of the parade and then briefly
11     saw them sit down and saw her sitting, but
12     I didn't see her getting down and
13     everything like that, because I was dealing
14     with the people who were arrested and
15     brought to the staging area, which is a
16     little bit like car length away from Nassau
17     and Pine on -- southeast corner, I believe
18     so.  No, southwest.
19          Q     Right.
20          A     So that's where we were staging
21     them.  And I would assist -- you know, sit
22     down and everything like that, so.
23          Q     Just so I'm sure I understand,
24     the extraction process, describe to me what
25     you did to extract the first individual?

Page 96

1                    Dmitry Tverdokhleb

2     physically placed her under arrest?

3          A    I don't know.

4          Q    Okay.  Before she was physically

5     placed under arrest, did you see any

6     officers give any instructions specifically

7     to Ms. Klein, not to the crowd or the

8     group, but specifically to Ms. Klein?

9          A    No.

10         Q    Okay.  Do you know who put cuffs

11    on Ms. Klein?

12         A    No.

13         Q    Did there come a time where you

14    touched her?

15         A    Yes.

16         Q    When you first touched her, were

17    you still at the arrest location?

18         A    Correct.  I was south on Nassau

19    and Pine, in the arrest holding area.

20         Q    Did someone hand her to you?

21         A    I don't recall, but I was there,

22    I was accepting a lot of people, so.

23         Q    Do you remember from whom you

24    accepted Ms. Klein?

25         A    I can't recall.

Page 97

1                        Dmitry Tverdokhleb
2          Q     Okay.  Did anyone tell you
3    anything about what Ms. Klein's conduct
4    prior to her arrest when you accepted her?
5          A     No.
6          Q     Was she in cuffs when you
7    accepted her?
8          A     I believe so.
9          Q     And what kind of cuffs was she
10   in?
11         A     Flex cuffs, white in color.
12         Q     Was she rear- or front-cuffed?
13         A     Rear-cuffed.
14         Q     Okay.  In addition to the one
15   person who you were -- who you extracted or
16   were involved in extracting, the male --
17   well, withdrawn.
18               You processed the arrest of five
19   people that day, right?
20         A     Yes.
21         Q     One was the male, one was
22   Ms. Klein, right?
23         A     Yes.
24         Q     And then there were three others.
25               What were the genders of the

Page 134

1
2                    C E R T I F I C A T I O N
3
4    STATE OF NEW YORK       )
                             : ss.:
5    COUNTY OF NEW YORK      )
6
7         I, BRITTANY SALINE, a Notary Public for and
8    within the State of New York, do hereby certify:
9         That the witness whose testimony as herein
10   set forth was duly sworn by me.
11        I further certify that I am not related to
12   any of the parties to this action by blood or
13   marriage, and that I am in no way interested in
14   the outcome of this matter.
15        IN WITNESS WHEREOF, I have hereunto set my
16   hand this 27th day of October, 2017.
17
18                    *Brittany Saline*
19                    BRITTANY SALINE
20
21
22
23
24
25