Page 1

1                     PO MALDONADO

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    - - - - - - - - - - - - - - - - - - - x

5    BENJAMIN CASE, et al,

6                         Plaintiffs,

7

8           -against-

9

10   CITY OF NEW YORK, et al,

11                         Defendants.

12   - - - - - - - - - - - - - - - - - - - x

13                         Date: August 16, 2017

14                         Time: 11:08 a.m.

15

16         DEPOSITION of PO MICHAEL MALDONADO, held at

17   CORPORATION COUNSEL, 100 Church Street, New

18   York, New York, pursuant to Notice, taken before

19   Judeen M. Denniston, a reporter and Notary

20   Public within and for the State of New York.

21

22

23   JOB NO.: 2682459

24

25

Page 2

```
 1              PO MALDONADO
 2   A p p e a r a n c e s:
 3   On behalf of Plaintiffs:
 4       GIDEON ORION OLIVER, ESQ.
 5           277 Broadway, Suite 1501
 6           New York, New York 10007
 7           (646) 263-3495
 8       By: Gideon Orion Oliver, Esq.
 9           Gideon@gideonlaw.com
10
11
12   On behalf of Defendants:
13       CORPORATION COUNSEL
14           100 Church Street, 4th Floor
15           New York, New York 10007
16       BY: AMY ROBINSON, ESQ.
17
18
19
20
21
22
23
24                 *   *   *   *   *
25
```

1          PO MALDONADO

2            S T I P U L A T I O N S

3

4          IT IS HEREBY STIPULATED AND AGREED by

5    and between the attorneys for the respective

6    parties herein, that filing, sealing and

7    certification be and the same are hereby

8    waived.

9

10          IT IS FURTHER STIPULATED AND AGREED that

11   all objections, except as to the form of the

12   question shall be reserved to the time of

13   the trial.

14

15          IT IS FURTHER STIPULATED AND AGREED that

16   the within deposition may be signed and

17   sworn to before any officer authorized to

18   administer an oath, with the same force and

19   effect as if signed and sworn to before the

20   Court.

21

22

23

24                  *   *   *   *   *

25

```
 1                    PO MALDONADO
 2    know?
 3         A.   I don't remember.
 4         Q.   Did Officer Koch tell you anything
 5    about the circumstances leading up to Mr.
 6    Kushner's arrest on the day of the incident?
 7         A.   No.
 8         Q.   Okay. What tour are you working
 9    today?
10         A.   08:00 by 16:35.
11         Q.   What's the last tour that you
12    worked?
13         A.   Sunday.
14         Q.   Same hours?
15         A.   No.
16         Q.   When you reviewed the videos, did it
17    refresh your own independent recollection
18    about any of the events of the date of
19    incident?
20         A.   Yes.
21         Q.   How did it refresh your
22    recollection?
23         A.   There was a group blocking the
24    sidewalk with houses.
25         Q.   Okay. Watching the video refreshed
```

Page 16

1                      PO MALDONADO
2    your own independent memory of seeing that?
3         A.   Yes.
4         Q.   In what other ways aside from the
5    fact of there having been a group, as you
6    say, blocking the sidewalk with houses, in
7    what other ways did watching the video
8    refresh your recollection?
9         A.   Seeing Chief Esposito.
10        Q.   So before you saw the video, did you
11   remember that Chief Esposito was present at
12   that location?
13        A.   Yes.
14        Q.   Okay. What about seeing the...
15   Withdrawn.
16             In what ways did seeing the video
17   refresh your recollection regarding Chief
18   Esposito?
19        A.   He gave the warnings.
20        Q.   When you say he gave the warnings,
21   what do you mean?
22        A.   He gave the warnings to clear the
23   street because they were blocking pedestrian
24   traffic.
25        Q.   Okay. In what ways that you have not

Page 53

```
 1                    PO MALDONADO
 2   any of them move on after they stopped to
 3   look?
 4        A.   I couldn't tell you. I don't know.
 5        Q.   I'm asking you what you saw.
 6        A.   I didn't continue to look at them.
 7   My focus wasn't on them.
 8        Q.   Where was your focus?
 9        A.   On the group that was standing in
10   front of me.
11        Q.   What else did you see with respect
12   to that group while you were focused on them?
13        A.   Them not listening.
14        Q.   Tell me what you mean by that.
15        A.   They were given orders to move and
16   they wouldn't move.
17        Q.   What orders were they given to move?
18        A.   To clear the streets or they're
19   going to be arrested.
20        Q.   Who gave the order to clear the
21   streets?
22        A.   Chief Esposito.
23        Q.   How long after you got there before
24   the first order was given?
25        A.   I said 10 to 15 minutes.
```

```
 1                    PO MALDONADO
 2        A.   From seeing the video? No.
 3        Q.   Okay. After he gave that order, what
 4   happened next?
 5        A.   One second. Can you hang on one
 6   second?
 7        Q.   Sure. Take your time. After he gave
 8   the order you just described telling people
 9   what you just said, what happened next?
10        A.   He went to grab someone from the
11   crowd.
12        Q.   Okay. That's the moment that you saw
13   on the video, right?
14        A.   Yes.
15        Q.   Before the moment on the video, had
16   Chief Esposito given any other orders?
17        A.   Prior to that?
18        Q.   Yes.
19        A.   Yes.
20        Q.   Which other orders had Chief
21   Esposito given before that?
22        A.   He gave the same order numerous
23   times.
24        Q.   How many times?
25        A.   I can't tell you. I'm not sure.
```

Page 77

1                    PO MALDONADO
2    you see Mr. Kushner block before he was
3    arrested?
4         A.   He was blocking the sidewalk. No one
5    was able to move. Everybody was stopped,
6    nobody was able to move back and forth
7    through the crowd.
8         Q.   So when you testified earlier that
9    people were walking all around the area and
10   it was chaos, you're now saying nobody was
11   able to move because of the crowd?
12        A.   Through the crowd.
13        Q.   Tell me what you mean?
14        A.   No one was able to move through the
15   crowd.
16        Q.   So how many people did you see... So
17   you didn't see Mr. Kushner at all before he
18   was arrested, right?
19        A.   Not that I remember.
20        Q.   Okay, so how can you say that he was
21   blocking pedestrian traffic before he was
22   arrested?
23        A.   He was part of the group in front.
24        Q.   Okay, and did you see him as part of
25   the group when he was arrested?

Page 85

1                      PO MALDONADO

2    Kushner was released? Okay, well his DAT says

3    that he was released at 21:40. I'm showing

4    you a copy. It's Plaintiff's 26, and

5    Plaintiff's 28, which is an OLPA, all caps,

6    sheet, also lists 21:40 as the time that he

7    was released. So, sitting here today do you

8    know if Mr. Kushner was released around

9    21:40?

10         A.   According to this.

11         Q.   Okay, fair enough. What's the next

12   thing that you did with respect to Mr.

13   Kushner's case, after Mr. Kushner was

14   released with a DAT?

15         A.   Say that one more time?

16         Q.   Sure. What's the next thing you did

17   related to Mr. Kushner's case, after he was

18   released with a DAT?

19         A.   Nothing.

20         Q.   You didn't go and meet with a

21   district attorney about his case?

22         A.   Yes sir, I did.

23         Q.   Okay, when did you go and meet with

24   a district attorney about his case?

25         A.   That I don't remember, the date.

Page 86

```
 1              PO MALDONADO
 2       Q.  Do you remember who you met with?
 3  Okay. I'm going to show you what's been
 4  marked as Plaintiff's 27. Let me know when
 5  you've had a chance to read through that.
 6           Okay. You see where the date on the
 7  bottom is December 2, 2011?
 8       A.  Yes.
 9       Q.  Does that refresh your recollection
10  about when you met with the prosecutor in
11  this case?
12       A.  Yes.
13       Q.  And was it December 2, 2011?
14       A.  Yes if that's what it says.
15       Q.  Well, I'll put it back in front of
16  you.
17       A.  Yes.
18       Q.  Okay. See at the top where it says,
19  "ADA O'Brien"?
20       A.  Okay, yes.
21       Q.  Did you meet with an ADA O'Brien on
22  December 2, 2011?
23       A.  Yes.
24       Q.  What did you tell ADA O'Brien about
25  Mr. Kushner's arrest?
```

Page 87

```
 1                    PO MALDONADO
 2        A.   I said he was blocking the sidewalk.
 3   From building to curb, no one was able to go
 4   through. No pedestrians were able to walk
 5   through that crowd.
 6        Q.   And who told you that he had been
 7   doing that before he was placed under arrest?
 8        A.   Who told me?
 9        Q.   Mm-hmm (no verbal response).
10        A.   I must have seen him there if I
11   signed that.
12        Q.   You must have seen him there, if you
13   signed that? Okay, so in other words... I'll
14   ask you the question again. Who told you?
15               MR. OLIVER:   Could you read the
16          question back?  About who told you
17          what...
18               (The requested portion was read
19          back by the reporter.)
20        A.   I don't recall who told me.
21        Q.   Fair enough. I'm going to show you
22   now, what's been marked as Plaintiff's 22. I
23   just would like you to please review the
24   answers to the interrogatories here and let
25   me know if there are any answers that you
```

```
                                              Page 92

 1                      PO MALDONADO
 2                    C E R T I F I C A T E
 3
 4    STATE OF NEW YORK)
 5                    :ss
 6    COUNTY OF QUEENS)
 7
 8             I, JUDEEN M. DENNISTON, a Shorthand
 9        Reporter and Notary Public, within and for
10        the State of New York, do hereby certify:
11             That, the witness whose deposition
12        is hereinbefore set forth, was duly sworn by
13        me and that such deposition is a true record
14        of the testimony given by such witness.
15             I further certify that I am not
16        related to any of the parties to this action
17        by blood or marriage and that I am in no way
18        interested in the outcome of this matter.
19             IN WITNESS WHEREOF, I have
20        hereunto set my hand this 30th day of
21        August, 2017.
22
23
24
                  _____
25                    JUDEEN M. DENNISTON
```

Veritext Legal Solutions
www.veritext.com
212-267-6868        516-608-2400