**EXHIBIT M PLACEHOLDER—NYPD TARU VIDEO: DETECTIVE RIVERA**

**BENJAMIN CASE:**







**JENNIFER KLEIN:**



**MARK KUSHNEIR:**



