**EXHIBIT N PLACEHOLDER—NYPD TARU VIDEO: DETECTIVE KILCOYNE: JENNIFER KLEIN**







