This is What Winning Looks Like

Early on the morning of November 15th the NYPD attacked Occupy Wall Street's base in Zuccotti Park. We showed up by the hundreds to defend our transforming occupied space, and police responded with force and violence. The battles over street and park space continued for hours, them using riot shields, night sticks and pepper spray, and us using out bodies and our voices, until the police had rid the park of all occupied equipment, material, books, medicine, food, and personal belongings, and those of us who were not in jail headed to Foley Square to hold a general assembly, get medical help to the injured and discuss what needed to be done. Throughout the day on the 15th we hit back, in the streets, parks and in the courts, and eventually assembled back in Zuccotti Park that night, with permits in place that prevented us from occupying or bringing anything larger than a small bag with us.

A day and a half later, at dawn on Thursday the 17th, we gathered across from our park to send a message to the administration of Mayor Michael Bloomberg and the corporations and profits he represents – our movement is for real, and we aren't going anywhere. We clogged up Wall Street before the opening bell. We took to the subways across the city to tell our stories to riders, and to hear theirs. We assembled in parks and marched on bridges. Hundreds of people were arrested, including this author. I spent most of the day in jail, which denied me the ability to participate in the activities and marches, but also afforded me the opportunity see and hear what was going on at One Police Plaza throughout the day. As they processed us, slowly through the confused maze of bureaucracy that is police custody, we heard things like an amazed desk sergeant saying, "In my 20 years on the force I have never seen anything like this." We heard the police radios crackle with constant updates from the outside and saw cops shake their heads in exasperation and wonder. We banged on cell walls and shouted and cheered every time one of our comrades from a different cell was released and was walked by ours, and cheered harder when more arrestees were brought into our holding area and gave us news from the front. When someone needed medical attention or help we mic-checked so loud and chanted for so long they could not ignore us. From inside it was clear – we sent the message we wanted to.

Meanwhile, Bloomberg and many media outlets were busy burying their heads in the sand and pretending it had all just gone away. "Mayor Bloomberg Declares Victory against Occupy Wall Street," announced the Daily News headline on the 18th, and Reuters talked about the occupations fizzling in the face of Thanksgiving and "protest hangover." Local and national news outlets from the New York Post to the New York Times reported on injured police officers in the actions on the 17th, and treated "clashes" between protestors and police as though it were a fight between two evenly matched and equally aggressive sides. CNN online spoke of the seven injured police officers (and five who were "treated" for having had vinegar thrown at them), as did just about every other news source, but failed to mention any injuries to protestors at all (http://articles.cnn.com/2011-11-17/us/us_new-york-occupy_1_police-clash-riot-police-occupy-protesters?_s=PM:US). The reality is, every interaction between police and protestors I witnessed involved protestors being peaceful. Martin Luther King Jr. would

CASE P000533

have been proud during the morning action in the financial district, as police pushed, tackled, punched and billy-clubbed demonstrators and time and time again those of us in the line of fire sat there, took it and got arrested as others of us quickly moved to take a different corner and do it all again there. Police seemed incapable of stopping the large, amorphous crowd, unafraid of arrest, which could respond to police violence by dispersing and shifting and flowing to nearby intersections just as smoothly as it could stand its ground, arms linked, and occupy sidewalks and streets. The NYPD responded by upping the violence, pushing and hitting and dragging protestors as they arrested us. They even broke out the amplified sound cannon (Long Range Acoustic Device, or (LRAD)), a weapon originally developed for military use. Somehow, these stories have not been sought out or reported, unlike the heinous and exciting vinegar throwing.[1]

On his show on November 17th, Bill O'Reilly said, "The media is now in business to destroy, not to enlighten." Speaking of an HLN program in which Ellen Barkin had claimed she had been insulted by the FOX News host, O'Reilly continued, "HLN and CNN, it's parent company, have an obligation not to allow blatant lies on their air, and to challenge statements that are provocative." With sentiments like those, had Mr. O'Reilly been on the ground near Wall Street on Thursday morning, he would surely join me then in scolding his own network, as their article on the 17th spoke of NYPD officers being injured by, once again, protestors throwing vinegar at them, while failing to mention the aggressive and violent actions of the police in riot gear, and the ruthless beatings they gave peaceful protestors.

There was a 20-year-old in my cell on the 17th day who had been head butted by an officer wearing a riot helmet, and anther who sustained a shoulder injury so bad he passed out in the holding cell, where we were being forced to stand, shoulder to shoulder, handcuffed, for hours. Others had black eyes, scraped faces and busted noses. After being beaten these people were often charged with assaulting a police officer, a felony, a move they can make to justify people having been brutalized without cause. A FOX News article, as well as many others, also states that occupiers hit transit hubs across the city in an attempt to stop people from using public transportation. In fact, demonstrations took place on subway cars in order to share experiences and talk about the occupy movement (http://www.foxbusiness.com/politics/2011/11/17/100-arrested-in-nyc-occupy-wall-street-protests/). In this article FOX News makes it sounds as though Occupy Wall Street was trying to screw members of the public, hindering them from going to work or getting home, when in reality this action was talking to and with New Yorkers, telling our stories and listening to what people had to say.

Local television news station WPIX had seemed to give a positive slant to Occupy Wall Street early on, as one of their prominent opinion analysts, Larry Mendte touted the movement in his nightly segment, sometimes even reporting from Zuccotti Park. But something has changed as Mendte suddenly had a change of heart the day of the eviction.

---

[1] It should not go unnoticed that some news, such as MSNBC and The Washington Post, has been more consistently fair and has even featured recent positive editorials about the occupy movement.

2

CASE P000534

He joined the chorus of the naïve, going to the standard criticism that Occupy Wall Street still hasn't made it clear what we want, then saying he had been on our side before, but if all we are going to do is disrupt things, then go home. "It's over but they don't know it," he said. How does someone get from supporting to "go home" within weeks? Occupy Wall Street got real, that's how. We oppose destructive systems, so disrupting business-as-usual was inevitable. Besides, we had already been disrupting things, from ports in Oakland to Sotheby's auctions in New York. We didn't go away after our home was destroyed by the police, or when we were pepper sprayed, beaten and arrested, just like our sisters and brothers in Occupy Oakland didn't go home when they were attacked with stun grenades and rubber bullets. Our movement is serious, and we are here to make serious change. At first, upper middle class liberals who dislike corporate abuses of an otherwise good, capitalist system (we could call these people the 5 or 10 percenters) could applaud as some crazy kids and hippies and poor people protested Wall Street and income inequality in a new and stimulating way. They could shrug off the radicalism in our signs and posters and literature as kids being kids. They weren't really paying attention to who we were, and now that we aren't going away, they no longer feel safe that we exist and are challenging systems they too benefit from, especially in such an uncomfortable, outside-the-box way. That's okay. Some of us are the 5 or 10 percenters too – it is not a class of people we are against, but exploitative systems and mindsets. Wall Street brokers shouted at us on the 17th as we barred them from getting to work; "We're just trying to get to work!" "Get a job and get out of my way!" We aren't trying to make anyone miss work and we aren't trying to hurt any individuals. At the same time, we don't really care that bankers, who through their jobs take away other people's jobs by recommending downsizing, and who take away other people's houses through foreclosure, and who take away other people's futures through aggressive student loans, are late to work. We do care about the workers and the struggling families and the students. The Republicans are right that there is a class war going on – the one percent started it and the 1% is winning it. The more serious we get and the longer we last and grow, the more they will figure out that this was inevitable: Sooner or later, the 99% was going to fight back.

Gandhi once said of revolutionary movements: "First they ignore you, then they laugh at your, then they fight you, then you win." They have ignored us for decades. They have laughed at Occupy Wall Street since it began, and they are now starting to realize they need to fight us, but that means we're doing something right. The 1% and many major media sources pretend we are done, have been defeated, are going away, but their nervous declarations of victory tell an opposite story. The New York Times featured 5 full stories on the occupy movement in its November 16th edition, and Occupy Wall Street has made the front cover more days than not in recent weeks. Occupy Wall Street has worked its way into popular culture already; it has been mentioned on the floor of congress, referred to by the chairman of the Federal Reserve and the president; it has been featured in Saturday Night Live and makes consistent appearances on Comedy Central's "news" shows, the Daily Show and Colbert Report. Oakland Mayor Jean Quan recently admitted that there had been a conference call of 18 mayors in charge of cities with occupy movements, and that they agreed to coordinate forceful evictions (http://nymag.com/daily/intel/2011/11/cities-conferenced-about-occupy-situation.html).

3

CASE P000535

The Examiner online reported that the Department of Homeland Security and FBI advised mayors on the necessary show of force to disperse us, and how to do it when the press wouldn't be watching (http://www.examiner.com/top-news-in-minneapolis/were-occupy-crackdowns-aided-by-federal-law-enforcement-agencies).

The day after our day of action, The New York Times quoted Bloomberg as having said to a meeting of business leaders: "The public is getting scared. They don't know what to do, and they're going to strike out. They just know the system isn't working and they don't want to just wait around." What he means is, he and the business leaders in that meeting are scared.

4

CASE P000536