but i think it had to be done
and i am happy with the decision

1:25 PM **Lauren**: I'm sorry to hear that it was hard, I'm glad you're confident it was the right choice
**me**: thanks
1:26 PM **Lauren**: You should come down this weekend - I'm throwing a Cheer Up Ben party!
1:27 PM **me**: you are??
what a coincidence :)
**Lauren**: It'll be awfully strange if you're not there for it
1:31 PM **me**: well, let's see... the liklihood that i will be arrested thursday is high, and i have to work friday evening till 8. i COULD theoretically come down late friday night or saturday afternoon...
1:32 PM **Lauren**: Well, if you're able to leave the state, I'd be thrilled to have you down
1:33 PM Either of those arrival times would work :-)
1:34 PM **me**: well..... i will get back to you on that
DC visits always make me happy
and i have been trying to get down to see alex and larissa too
1:35 PM **Lauren**: Quadruple bonus!
**me**: what's the fourth bonus?
1:36 PM **Lauren**: Me, Alex, Larissa, party
1:37 PM Did I tell you my new roomie is a Jersey transplant?
**me**: ah, the party gets its own
you did not
i didnt even know there was a new roomie
**Lauren**: She's fabulous and adorable
1:38 PM **me**: how about that
where in nj?
this is very important :)
**Lauren**: She talks like Christopher Walken when drunk
Hmmm I'm not sure actually
**me**: lol
on purpose?
**Lauren**: Not really :-)
1:39 PM She's originally from Chile, so I get to practice some español too
**me**: oh whoa... chile jersey
**Lauren**: Si!
1:41 PM **me**: sounds fun
im gonna try to make that happen this weekend
1:43 PM **Lauren**: That would be awesome, I hope you can


1:51 PM **Lauren**: It's funny, because part of the reason I said hi last night was because I felt like I'd been a pouty jerk in not talking to you much since meeting Chantal.
1:53 PM I'm glad I came to my senses, late, but at least before I knew things had ended between you two. So as to not continue to be a jerk.
**me**: :)

3

CASE P000524