# Criminal Court of the City of New York
## New York County
### Misdemeanor Complaint



**The People of the State of New York**
vs.

**Defendant:**
1. BENJAMIN CASE (M 27)
   M11700132 11/17/2011 19:15

**Charges:**
PL195.05
PL240.20(5)
PL240.20(6)

**Docket Number:** 2012NY006031

**MISDEMEANOR**

2.

3.

M.S. PD.

4.

CVAF PD

**Interpreter:**

**Screener:** Nolan, Caitlin - Trial Bureau 30

**Notices Served at Arraignment:** None
- ☐ CPL 710.30(1)(A) - Statement
- ☐ CPL 710.30(1)(B) - Identification
- ☐ CPL 250.20 - Alibi
- ☐ PL 450.10(48 hrs /15 days) - Property
- ☐ CPL 170.20 - Grand Jury
- ☐ Cross Grand Jury
- ☐ OTHER:

**Adjournment:**
Part: JY   Date: 3/2/12

**Bail Condition:** ROR(C)

(Ins. Co. Bail Bond) (Cash Bail)
- ☐ ART 730 Exam Ordered
- ☐ Protective Custody
- ☐ Medical Attention
- ☐ Psychiatric Evaluation
- ☐ Suicide Watch
- ☒ Deemed an Information
- Defense Motions Due: Ans S 2D4
- ☐ T.O.P./F.O.P.

**Documents:**
**Served at Arraignment:** / **Needed For Conversion**
- ☐ Supporting Deposition ☐
- ☐ DMV Abstract ☐
- ☐ Lab Report/ Field Test ☐
- ☐ DWI Paperwork ☐
- ☐ Domestic Incident Report
- ☐ Family Registry
- ☐ Underlying T.O.P. ☐

**Disposition:**
- ☐ ACD – CPL 170.55
- ☐ ACD – CPL 170.56
- ☐ Waives Prosecution by Information and Pleads Guilty to PL 240.20/
- ☐ Investigation & Sentenced Ordered
- ☐ DNA–Eligible Misdemeanor
- ☐ DNA Sample Taken

**Sentence (or Promise):**
_____ days jail
Conditional Discharge:
_____ Days Community Service
_____ Days Jail Alternative
Other: _____
Mandatory Surcharge (and CVA):
- ☐ Judgment Entered – All Fees
- ☐ $200 Misd. ☐ $120 Viol. ☐ $80 VTL*
- ☐ $395 VTL1192 Misd.* ☐ $255 VTL1192(1) Infrac.*
*(For offenses on or after August 1, 2008)
- ☐ $50 Fee

**Arresting Officer**
Patrol Boro Brooklyn South29182 Benjamin Almonte

**Court Reporter**
HON. M. ARMSTRONG
RPT. K. THILER_L

**Date:** 1-26-12   **Part:**

**Judge** PTC + TS

CRC 3195 (9/09)

D402

# RECORD OF COURT ACTION

Form CRC 151.1

D403

| # | Date / Part / Reporter / Judge | Court Action | Adj. Request | Present | Absent | Notify | Excused |
|---|---|---|---|---|---|---|---|
| 1 | JLE.W., SCIA R/NO — JP SP 3 1 T2 — RTR: K. THLABREL | MOTION FILD TODAY — OPP- 3/30/12 — DEC BY 4/20/12 — RPC — Bail Condition | People / Defense / Consent / Court | Officer / Complainant / Defendant / Attorney | Officer / Complainant / Defendant / Attorney | Officer / Complainant / Defendant / Attorney | Officer / Complainant |

Reason for Adjournment: TRIAL - J7 - 5/7/12

SPEEDY TRIAL — Adjournment period to be excluded under 30.30 CPL / charged under 30.30 CPL / defendant without counsel consents / released on own recognizance per Sec. 510.40 CPL

| 2 | JLE. SCIA NO — JPZ-SP 5 07 T2 — RTR: V. OVIEDO | PEOPLE NOT READY — PJV/TS — Bail Condition P.6.240.20 | People / Defense / Consent / Court | Officer / Complainant / Defendant / Attorney | Officer / Complainant / Defendant / Attorney | Officer / Complainant / Defendant / Attorney | Officer / Complainant |

Reason for Adjournment:

SPEEDY TRIAL — (boilerplate options)

| 3 | GE.M.S. JARRI O — JPZ-SP — RTR: V. OVIEDO | TTK 120 — Bail Condition | People / Defense / Consent / Court | Officer / Complainant / Defendant / Attorney | Officer / Complainant / Defendant / Attorney | Officer / Complainant / Defendant / Attorney | Officer / Complainant |

Reason for Adjournment: AGE / Cashier   JUL 16 2012

SPEEDY TRIAL — (boilerplate options)

| 4 | 7-16-12 / Part CP | $120 — Bail Condition | People / Defense / Consent / Court | Officer / Complainant / (Defendant circled) / Attorney | Officer / Complainant / Defendant / Attorney | Officer / Complainant / Defendant / Attorney | Officer / Complainant |

Reason for Adjournment:

SPEEDY TRIAL — Adjournment period to be excluded under 30.30 CPL / charged under 30.30 CPL / defendant without counsel consents / released on own recognizance per Sec. 510.40 CPL

Court No. _____   Defendant _____   RECORD OF COURT ACTION