**CRIMINAL COURT OF THE CITY OF NEW YORK**
**COUNTY OF NEW YORK**

Page 2 of 2

| THE PEOPLE OF THE STATE OF NEW YORK -against- | MISDEMEANOR ADA NOLAN 212-335-9222 |
|---|---|
| 1. Benjamin Case (M 27)     ECAB # 1285650 | |
| Defendant. | |

Deponent states that after the above orders were given, deponent observed the defendant seated on the ground at the above location and the defendant had both of defendant's arms interlocked with the arms of two other individuals. Deponent further states that when police officers attempted to separate the defendant from said other persons, the defendant tightened defendant's arms to prevent the deponent from removing the defendant from said other persons.

Deponent further states that the defendant's above stated conduct prevented the deponent from conducting a lawful duty and official function, specifically a police operation and to disperse persons from the above location.

Deponent further states that the above-described conduct caused a public inconvenience and disturbance in that the defendant and the other individuals were obstructing vehicular traffic and preventing any vehicles from being able to drive on the road at the above location.

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law

Deponent                                                    12/2/11   12:04 pm
                                                            Date and Time

ACT 5 Version 4.5.5 Created on 12/02/11 12:00 PM

D401