

## yesterday's panel

---

**Jennifer Klein** <jennifer.klein@yale.edu>                      Fri, Nov 18, 2011 at 9:35 AM
To: Julia Adams <julia.adams@yale.edu>, Barry Eidlin <eidlin@berkeley.edu>

Hi Barry and Julia,
I am really sorry I didn't make it to the panel yesterday! I was all set.
I had planned to be at the 7:00 am Wall Street demonstration in New York. I then had
my Amtrak ticket to catch the 10:00 am Acela to Boston and be there in time for the panel.
Unexpectedly I found myself in handcuffs! (arrested in the intersection of Nassau and Pine
Street about a block from the Stock Exchange). They kept us cuffed and penned for a couple
hours on the street and then in jail all day until 11:00 pm at night! Fortunately, where
we were everyone was in high spirits and unhurt. (One of the officers who finally processed
us said my grad students, who were with me, should all get A+'s for the semester!)
Hopefully will see you tomorrow!

JK

---

**Julia Adams** <julia.adams@yale.edu>                            Fri, Nov 18, 2011 at 9:42 AM
To: Jennifer Klein <jennifer.klein@yale.edu>
Cc: Barry Eidlin <eidlin@berkeley.edu>

Jennifer - I confess, this is an IMPRESSIVE reason to have missed a panel :)

Seriously, glad that all is well - if not with the global financial system, at least with Jennifer -

Panel went well, though of course it would have been better with your knowledgeable input. But Barry put together a set of fine papers that meshed very well. If at times there was an underlying theme of 'mourn' as well as 'organize,' well, that was part of the poignancy of the 20th century history of labor, esp in the US. However without the recent struggles from Madison to OWS, the tone would have been much MORE mournful.

See you tomorrow, for sure - !

Julia
[Quoted text hidden]

--
-----
Julia Adams
Professor of Sociology and in International & Area Studies
Chair, Department of Sociology
Joseph C. Fox Director, Fox International Fellowship Program
Yale University

office address:
446 Rosenkranz Hall
115 Prospect Street
tel. 203-432-3332

Yale University Mail - Fwd: Re: 7/14/17, 2:23 PM



## Fwd: Re:

Jennifer Klein <jennifer.klein@yale.edu>　　　　　　　　　　　　　　　Thu, Jul 13, 2017 at 5:49 PM
To: Jennifer Klein <jennifer.klein@yale.edu>

---------- Forwarded message ----------
From: Jennifer Klein <jennifer.klein@yale.edu>
Date: Fri, Nov 18, 2011 at 11:53 PM
Subject: Fwd: Re:
To: Barry Eidlin <eidlin@berkeley.edu>

I was there with my grad students Max Fraser, Gabe Winant, and Ted Fertik, and my former student, Sam Black (a filmmaker who made the film Casino Jack about Jack Abramoff). (Also Dan Clawson it turns out). Check out the you tube video (see below). This is at the intersection we occupied at Nassau and Pine Street about a block from the New York Stock exchange. Beginning around minute 8:44 or 8:44, you can see they arrest Max, who's in a green jacket and black wool cap (were really aggressive with him). Then Dan Clawson (referred to as the old guy!); then Sam; then me, in long white parka and maroon back pack (you just see back of my jacket for a second or two), then Gabe, then Ted. The whole scene is kind of crazy.

-------- Original Message --------
Subject: Re:
Date: Fri, 18 Nov 2011 15:35:39 -0500
From: Max Fraser <max.a.fraser@gmail.com>
To: Sam Black <sam.potter.black@gmail.com>
CC: Jennifer Klein <jennifer.klein@yale.edu>, Ted Fertik <ted.fertik@gmail.com>, gabriel.winant@yale.edu

Speaking of, our cameos begin at about the 8:40 mark

http://www.youtube.com/watch?v=nbrO-raYaMA


--
Jennifer Klein
Professor of History
Yale University
Department of History
P.O. Box 208324
New Haven, CT 06520-8324
FAX: 208-432-7587
Ph: 203-432-1391
jennifer.klein@yale.edu

On 11/18/2011 3:35 PM, Max Fraser wrote:

> Speaking of, our cameos begin at about the 8:40 mark
>
> http://www.youtube.com/watch?v=nbrO-raYaMA
>
> On Fri, Nov 18, 2011 at 3:19 PM, Sam Black <sam.potter.black@gmail.com> wrote:
>
>> i shot this brief video in jail before my iphone was taken away: http://www.youtube.com/watch?v=eu5ebpnkV8g
>>
>> can anyone think of a legal reason i should not make this public? it has nothing to do with my arrest, so it should not effect my charge. I called the NLG to ask the same questions but can't get anyone on the phone.
>>
>> On Fri, Nov 18, 2011 at 12:05 PM, Jennifer Klein <jennifer.klein@yale.edu> wrote:
>>
>>> Yes, everyone. Glad we were there together. And while I did try to blame Max (!), I do feel we sort of made a collective decision to defend public streets and our right to occupy them together. We just rather calmly and determinedly decided we would hold the line together--on the right to assemble, on economic justice, and on a fight for democracy.
>>> So, yes, I suppose that's worth "A's" all around!
>>>
>>> Stay strong.
>>>
>>> JK
>>>
>>> On 11/18/2011 10:23 AM, Sam Black wrote:
>>>
>>>> Agreed. Hope y'all are well. I finally got my phone and keys after two hour wait at headquarters this morn.
>>>>
>>>> On Friday, November 18, 2011, Ted Fertik <ted.fertik@gmail.com> wrote:
>>>> > Just want to say that it's a pleasure being in the struggle with all of you.
>>>> >
>>>> > And, Jennifer, just want to remind you that in addition to informing you that you are to appear in court on January 26th, the officer issued very clear orders for you to give your