**CRIMINAL COURT OF THE CITY OF NEW YORK**
**COUNTY OF NEW YORK**

Page 1 of 1

| THE PEOPLE OF THE STATE OF NEW YORK -against- | VIOLATION ADA LANGSTON 212-335-9206 |
|---|---|
| 1. Jennifer Klein (F 44)   ECAB # 1285584 | 2012NY006019 |
| Defendant. | |

Police Officer Dmitry Tverdokhleb, shield 27018 of the Patrol Boro Brooklyn South, states as follows:

On November 17, 2011, at about 09:25 hours on the corner of Pine Street and Nassau, in the County and State of New York, the Defendant committed the offenses of:

1. PL240.20(5)    Disorderly Conduct
                  (1 count)
2. PL240.20(6)    Disorderly Conduct
                  (1 count)

the defendant, with intent to cause public inconvenience, annoyance and alarm and recklessly creating a risk thereof, obstructed vehicular and pedestrian traffic; and the defendant, with intent to cause public inconvenience, annoyance and alarm and recklessly creating a risk thereof, congregated in a public place with other persons and refused to comply with a lawful order of the police to disperse.

The offenses were committed under the following circumstances:

Deponent states that deponent observed the defendant standing amongst a group of over two-hundred (200) individuals in the middle of the street at the above-listed location. Deponent further states that the actions of the defendant and others obstructed all vehicular traffic in that no cars could drive through the intersection.

Deponent further states that deponent observed Lieutenant David Groht of the 17th Precinct tell the defendant and others multiple times that they were obstructing all vehicular traffic and were ordered to leave the roadway. Deponent further states that deponent observed defendant refuse to leave the roadway after being told multiple times to move. Deponent further states that defendant's actions caused public inconvenience, annoyance, and alarm.

**False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.**

_____                   12/02/2011
Deponent                                     Date and Time

ACT 5 Version 4.3.5 Created on 12/02/11 12:15 PM

D404