**CRIMINAL COURT OF THE CITY OF NEW YORK**
**COUNTY OF NEW YORK**

Page 1 of 1

| THE PEOPLE OF THE STATE OF NEW YORK -against- | VIOLATION ADA O'BRIEN 212-335-9223 |
|---|---|
| 1. Steven Kushner (M 26)  ECAB # 1285557 | |
| Defendant. | |

Police Officer Michael Maldonado, shield 23573 of the Patrol Boro Brooklyn South, states as follows:

On November 17, 2011, at about 09:15 hours on the corner of Broadway and Exchange Place in the County and State of New York, the Defendant committed the offenses of:

1.  PL240.20(5)   Disorderly Conduct
                  (1 count)

the defendant, with intent to cause public inconvenience, annoyance and alarm and recklessly creating a risk thereof, obstructed vehicular and pedestrian traffic.

The offenses were committed under the following circumstances:

Deponent states that deponent observed the defendant standing in the middle of the sidewalk at the above-mentioned location with approximately one-hundred others. Deponent further states that the actions of the defendant and the above-mentioned others caused public inconvenience and annoyance, in that the defendant and others completely blocked the sidewalk and prevented use of the sidewalk by pedestrians, and that said pedestrians were forced to walk in the street to pass through the area.

**False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.**

_Michael Maldonado_            12/2/11  1250 HRS
Deponent                        Date and Time

D366   ACT 5 Version 4.3.5 Created on 12/02/11 12:46 PM                          DANY00155