**CITY OF NEW YORK**
**POLICE DEPARTMENT**

A 871803

D021

Name: Michael Maldonado          Tax Reg. No. 930634

Date Opened: 9/26/11          Supervisory Officer: [signature]

Date Closed: 1/13/12          Supervisory Officer: [signature]

PD 112-145 (07-09)

52
59

Thurs 11/17/11 Town 0445 x
Assignment: Wall St protest. 8618
Weather                    meal
Color       Radio 23720 Return
Partner:
0445: PFD @ BstF

D022

0530: 98
0555: 84 @ Chrisptr + West St.
0845: 84 @ Broadway & Exchange
0915: ordered to Clear The Street.
0920: 5 under From Location for Blocking Ped Traffic + Refusing to Leave After
0950: Transport
1000: 84 @ 1PP.
1200: Process 5 Arrest For Discon

Kushner, Mark Steven 842 Presidents Bklyn 11215 Passport #404962627 DOB 6/24/85 M11700089 Complete Group were given warnings To Leave Locaton where they were blocking sidewalk. multiple warnings

D023

were given. Final warning was given to disperse or you will be subject to Arrest. Defts refused to leave the intersection of Broadway & Exchange Place. More specific. The South East Corner sidewalk of Broadway @ Exchange Pl
2030: Online Booking Sheets Done
2040: Preparing to release pm Defts on At a time.
23:45: All Defts released on DATS M11700041 M11700089 M11700078 M11700163 M11700092
AIAS: EoT P.O. Maldonado 23573