# ON LINE BOOKING SYSTEM ARREST WORKSHEET
PD 244-159 (Rev. 5-01)-Pent-RMU

DAT

NO WARRANTS M.N.

| Arrest No. | Arrest Pct. | Sector | DAT ☐ Yes ☐ No | Return Date | Officer Excused ☐ Yes ☐ No | Special Event Code WA |
|---|---|---|---|---|---|---|

**COMPLETE THIS SECTION ONLY FOR AN ARREST WHEN A COMPLAINT REPORT WAS PREVIOUSLY PREPARED**

| Original Complaint Pct. | Compl. # | Date | Offense | Complainant's Name (Last Name, First, M.I.) |
|---|---|---|---|---|

**REQUIRED ONLY FOR AN OCCB ARREST AND AN ARREST NOT REQUIRING A COMPLAINT REPORT**

## LOCATION OF OFFENSE

Time: 0915  Date: 11/17/11
Address/Location Of Offense: ☐ Inside ☐ In Front Of ☐ Rear Of ☐ Opposite Of
Apt/Room #:

Cross Streets: &   OR Intersection Of: Broadway & Exchange Pl
Corner: ☑ S/E

Jurisdiction: ☐ NYPD ☐ NYPD Transit Bureau ☐ NYPD Housing Bureau ☐ Other

Premises Type: ☐ Residential ☐ House of Worship ☐ Commercial ☑ Other: Public Street
School: ☐ Public ☐ Other
☐ Public Transportation

On NYC Bd. of Ed. School Property: ☐ Yes ☑ No
Type of School: ☐ Elem. ☐ IS ☐ JHS ☐ HS ☐ Sp. Ed.

NYC Transit Station:   Line #:   Location In Transit System:   NYCHA Development Name:

**THE FOLLOWING INFORMATION MUST BE COMPLETED FOR ALL ARRESTS**

## ARRESTING OFFICER

Department: 0420 NYPD  Command: BSTF  Tax Registry No.:   Identification No. (If Not NYPD):   Shield No.: 23573

Rank: PO  Last Name: MALDONADO  First: Michael  M.I.:

On Duty: ☑ Yes ☐ No   In Uniform: ☑ Yes ☐ No   Squad: D2   Chart:
Primary Assignment: ☐ Beat Officer ☑ Other Uniform ☐ Anti-Crime ☐ Investigatory ☐ Other

Force Used: ☐ Yes ☑ No
Type: ☐ Handgun ☐ Chemical Agent ☐ Physical Force ☐ Baton ☐ Rifle/Shotgun ☐ Other
Reason For Force: ☐ Overcome Assault ☐ Prevent Escape ☐ Restrain ☐ Other
Arresting Officer Injured: ☐ Yes ☑ No

Assigned: ☐ Yes ☐ No   Department   Command   Tax Registry No.   Ident. No. (If Not NYPD)   Last Name, First, M.I.

## ARREST INFORMATION

Time: 0920  Date: 11/17/11
Address/Location Of Arrest: ☐ Inside ☐ In Front Of ☐ Rear Of ☐ Opposite Of
Apt/Room #:

Cross Streets: & OR Intersection Of: Broadway & Exchange Pl
Corner: ☑ S/E

Arrest Numbers Of Associates: 1. 2. 3.
Is This Arrest Related To Stop And Frisk Report: ☐ Yes ☑ No  If Yes, Serial #:

Invoice #:   Command:   Type: ☐ Drugs ☐ Veh. ☐ Curr. ☐ Gun ☐ Jwlry ☐ Boat ☐ Other

Invoice #:   Command:   Type: ☐ Drugs ☐ Veh. ☐ Curr. ☐ Gun ☐ Jwlry ☐ Boat ☐ Other

## DEFENDANT INFORMATION

Last Name: Kushnir  First: Steven  M.I.: Mark  Date Of Birth: [redacted]  Age:

Occupation: Student
License/Permit Type: ☐ Handgun ☐ Tow Truck Driver ☐ Taxi Medallion ☐ Water Front Lic. ☐ Rifle ☐ Tow Truck Owner ☐ Taxi Livery ☐ Other
License/Permit #:

Telephone Calls: 1.( ) - Name   2.( ) - Name   3.( ) - Name

Physical Condition:
☑ Apparently Normal  ☐ Injury-To Hospital  ☐ Intox.-Drugs  ☐ Sick-To Hospital  ☐ Unknown
☐ Deceased  ☐ Injury-RMA  ☐ Intox.-Unknown  ☐ Sick-RMA
☐ EDP-To Hospital  ☐ Injury-Treated & Released  ☐ Pregnant-Normal  ☐ Sick-Treated & Released
☐ EDP-Released From Hospital  ☐ Intox.-Alcohol  ☐ Pregnant-Requires Medical Aid  ☐ Unconscious

Type of Drug Used:
☐ Opium & Derivative  ☐ Other Cocaine  ☐ Synthetic Opiates  ☐ Hallucinogens  ☐ Glue-Toxic Vapors  ☐ Unknown
☐ Crack  ☐ Marijuana/Hashish  ☐ Depressant/Stimulant  ☐ Hypo-Syringe-Needle  ☐ Other  ☑ None

## JUVENILE

Juv. Offender: ☐ Yes ☑ No   Number of Priors:   School Attending:   Mother's Maiden Name:
Relative Notified: ☐ Parent ☐ Guardian ☐ Other Relative   Name (Print):   Tele.#: ( )   Time Notified:   Personal ☐ Yes  Recog: ☐ No

## CHARGES

| | ATTEMPT? | LAW | SECTION | SUB. | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Top Chg. | ☐ Yes ☐ No | PL | 240.20 | 5 | | | | Blocking PED Traffic |
| 2nd Chg. | ☐ Yes ☐ No | PL | 240.20 | 6 | | | | Fail to obey Lawful order to leave |
| 3rd Chg. | ☐ Yes ☐ No | AC | 10-110 | C | | | | Parading without permit. |
| 4th Chg. | ☐ Yes ☐ No | | | | | | | |
| 5th Chg. | ☐ Yes ☐ No | | | | | | | |

If Drug Possession/Sale Is Top Charge: ☐ Crack ☐ Other Cocaine ☐ Opium Deriv. ☐ Synthetic ☐ Other Drug

## NARRATIVE

At T/P/O Deft was warned numerous times to leave above stated Location. Final warning was given or be subject to Arrest. Deft was Arrested for not obeying a lawful order to leave location where he was blocking Ped traffic.

Rank/Title: PO  Arresting Off./Assigned Off. Name (Print): MALDONADO  Signature: [signed]  Tax Registry No.:   Command: BSTF  Agency: PD

Rank/Title Supervisor Approving  Name (Print): ABRIS BMDO  Signature: [signed]  Tax Registry No.:   Command: BSTF  Agency: OO

D370

DANY00159

M11088093