CASE, BENJAMIN                                  MALE/ WHITE/                                  M11700182

NYSID :
Fax Num : MO061745
Court Part :
Docket Num :

Arrest Precinct : 1

Arrest Officer : ALMONTE, BENJAMIN
AO Command : 139
AO TaxId : 931520
AO Rank : POM
AO Dept :

Status :
Current Lodging : 001 PRECINCT
Top Charge : PL 195.05
Notes On File ? YES

Custody Time : 13 hrs 15 mins
Arraignment Time : 13 hrs 15 mins



| ARREST 11/17/2011 1015 | RECORD CREATE 11/17/2011 2211 | NYSID Missing | DNA BANNER Missing |
|---|---|---|---|
| PAPERWORK READY Missing | AO RELEASE Missing | COMPLAINT SWORN Missing | COMPLAINT RECEIVED Missing |
| BREAKDOWN Missing | PACKAGE TO COURT Missing | DOCKETED Missing | ARRAIGNMENT CLOSED 11/17/2011 2330 |
| DAT AT COURT SECTION * 11/17/2011 2330 | | | |

**Arraignment Status**

| Activity Name | StartDate/Time | EndDate/Time |
|---|---|---|
| ARREST | 11/17/2011 1015 | — — |
| RECORD CREATE | 11/17/2011 2211 | — — |
| NYSID | — — | — — |
| DNA BANNER | — — | — — |
| PAPERWORK READY | — — | — — |
| AO RELEASE | — — | — — |
| COMPLAINT SWORN | — — | — — |
| COMPLAINT RECEIVED | — — | — — |
| BREAKDOWN | — — | — — |
| PACKAGE TO COURT | — — | — — |
| DOCKETED | — — | — — |
| ARRAIGNMENT CLOSED | 11/17/2011 2330 | — — |
| DAT AT COURT SECTION * | 11/17/2011 2330 | — — |

**Lodging Status/History**

| Lodging Name | StartDate/Time | EndDate/Time |
|---|---|---|
| 001 PRECINCT | 11/17/2011 1015 | — — |

**Charges**

| Law Code | Category | Charge Class | Degree |
|---|---|---|---|
| PL 195.05 | M | A | 2 |
| PL 240.20 05 | V | 0 | 0 |
| PL 240.20 06 | V | 0 | 0 |

**Grouped Arrests**

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

**Grouped by NYSID**

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

CASE, BENJAMIN | M11700182                                           Page 1

D206