**KLEIN, JENNIFER**                                                  FEMALE/ WHITE/                                                  M11700116

NYSID :                                    Arrest Precinct : 1                      Arrest Officer : TVERDOKHLEB, DMITRY              Status :
Fax Num : MO061693                                                                  AO Command : 164                                  Current Lodging : MASS ARREST PROCESSING CENTER (MAPC)
Court Part :                                                                        AO TaxId : 948448                                 Top Charge : LOC000.00 0V
Docket Num :                                                                        AO Rank : POM                                     Notes On File ? NO
                                                                                    AO Dept :

Custody Time : 13 hrs 35 mins
Arraignment Time : 13 hrs 35 mins



| ARREST 11/17/2011 0925 | RECORD CREATE 11/17/2011 2036 | NYSID Missing | DNA BANNER Missing |
|---|---|---|---|
| PAPERWORK READY Missing | AO RELEASE Missing | COMPLAINT SWORN Missing | COMPLAINT RECEIVED Missing |
| BREAKDOWN Missing | PACKAGE TO COURT Missing | DOCKETED Missing | ARRAIGNMENT CLOSED 11/17/2011 2300 |
| DAT AT COURT SECTION 11/17/2011 2300 | | | |

### Arraignment Status

| Activity Name | StartDate/Time | EndDate/Time |
|---|---|---|
| ARREST | 11/17/2011 0925 | — |
| RECORD CREATE | 11/17/2011 2036 | — |
| NYSID | — | — |
| DNA BANNER | — | — |
| PAPERWORK READY | — | — |
| AO RELEASE | — | — |
| COMPLAINT SWORN | — | — |
| COMPLAINT RECEIVED | — | — |
| BREAKDOWN | — | — |
| PACKAGE TO COURT | — | — |
| DOCKETED | — | — |
| ARRAIGNMENT CLOSED | 11/17/2011 2300 | — |
| DAT AT COURT SECTION | 11/17/2011 2300 | — |

### Lodging Status/History

| Lodging Name | StartDate/Time | EndDate/Time |
|---|---|---|
| 001 PRECINCT | 11/17/2011 0925 | 11/17/2011 2052 |
| MASS ARREST PROCESSING CENTER (MAPC) | 11/17/2011 2052 | — |

### Charges

| Law Code | Category | Charge Class | Degree |
|---|---|---|---|
| LOC000.00 0V | V | 0 | 0 |
| PL 240.20 05 | V | 0 | 0 |
| PL 240.20 06 | V | 0 | 0 |

### Grouped Arrests

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

### Grouped by NYSID

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

KLEIN, JENNIFER | M11700116                                                                                              Page 1