Case 1:14-cv-09148-JLR-BCM    Document 123-26    Filed 01/11/19    Page 1 of 1

**KUSHNER, STEVEN**                    MALE/ WHITE/ ■                                    M11700089

NYSID :  
Fax Num : MO061669  
Court Part :  
Docket Num :

Arrest Precinct : 1

Arrest Officer : MALDONADO, MICHAEL  
AO Command : 139  
AO Taxld : 930634  
AO Rank : POM  
AO Dept :

Status :  
Current Lodging : MASS ARREST PROCESSING CENTER (MAPC)  
Top Charge : LOC000.00 0V  
Notes On File ? NO

Custody Time : 12 hrs 20 mins  
Arraignment Time : 12 hrs 20 mins



| ARREST 11/17/2011 0920 | RECORD CREATE 11/17/2011 1952 | NYSID Missing | DNA BANNER Missing |
|---|---|---|---|
| PAPERWORK READY Missing | AO RELEASE Missing | COMPLAINT SWORN Missing | COMPLAINT RECEIVED Missing |
| BREAKDOWN Missing | PACKAGE TO COURT Missing | DOCKETED Missing | ARRAIGNMENT CLOSED 11/17/2011 2140 |
| DAT AT COURT SECTION 11/17/2011 2140 | | | |

### Arraignment Status

| Activity Name | StartDate/Time | EndDate/Time |
|---|---|---|
| ARREST | 11/17/2011 0920 | |
| RECORD CREATE | 11/17/2011 1952 | |
| NYSID | | |
| DNA BANNER | | |
| PAPERWORK READY | | |
| AO RELEASE | | |
| COMPLAINT SWORN | | |
| COMPLAINT RECEIVED | | |
| BREAKDOWN | | |
| PACKAGE TO COURT | | |
| DOCKETED | | |
| ARRAIGNMENT CLOSED | 11/17/2011 2140 | |
| DAT AT COURT SECTION | 11/17/2011 2140 | |

### Lodging Status/History

| Lodging Name | StartDate/Time | EndDate/Time |
|---|---|---|
| 001 PRECINCT | 11/17/2011 0920 | 11/17/2011 2005 |
| MASS ARREST PROCESSING CENTER (MAPC) | 11/17/2011 2005 | |

### Charges

| Law Code | Category | Charge Class | Degree |
|---|---|---|---|
| LOC000.00 0V | V | 0 | 0 |
| PL 240.20 06 | V | 0 | 0 |

### Grouped Arrests

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

### Grouped by NYSID

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

KUSHNER, STEVEN | M11700089                    Page 1

D204