

**THE CITY OF NEW YORK**

**ZACHARY W. CARTER**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**AMY ROBINSON**
Phone: (212) 356-3518
Fax: (212) 356-3509
arobinso@law.nyc.gov

October 10, 2017

**VIA E-MAIL AND REGULAR MAIL**
Gideon Oliver, Esq.
277 Broadway, Suite 1501
New York, NY 10007

        Re:    <u>Case, et al., v. City of New York, et al.</u>, 14 Civ. 9148 (AT)

Dear Gideon:

      I write with respect to the sections of the 30(b)(6) notice to which Inspector Raganella and Lt. Czark will be testifying to in addition to making a supplemental disclosure in this matter. Inspector Raganella will testify as to paragraphs, 1 (a)-(c), (e), (h) and 2 (as it pertains to topics covered in his testimony). Lt. Czark will testify as to paragraphs, 1 (i)-(k) and 2 (as it pertains to topics covered in his testimony). Paragraph 1, (l)-(m) have been testified to by Chief Esposito in this matter. Paragraph 1(d), (f) and (g) are topics requiring legal conclusions properly determined by the Court and not by a 30(b)(6) witness.

                                                                Very truly yours,

                                                                    /s/

                                                               Amy Robinson