# THIS EXHIBIT IS INTENTIONALLY OMITTED FROM THE PUBLIC FILING