```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
MARK KUSHNEIR,

                Plaintiff,

    -against-

THE CITY OF NEW YORK, CHIEF OF DEPARTMENT JOSEPH ESPOSITO, and OFFICER MICHAEL MALDONADO,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/17/2020__

14 Civ. 9148 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 15, 2020, the parties jointly requested an adjournment of the trial currently scheduled to commence on December 7, 2020. ECF No. 115.

    It is ORDERED that by **September 30, 2020**, the parties shall submit a further joint letter stating each party's position on this action being tried to the Court rather than to a jury.

    SO ORDERED.

Dated: September 17, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge