UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK KUSHNEIR,

                Plaintiff,

-against-

THE CITY OF NEW YORK, CHIEF OF DEPARTMENT JOSEPH ESPOSITO, and OFFICER MICHAEL MALDONADO,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/2/2020
```

14 Civ. 9148 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The ongoing COVID-19 pandemic has necessitated substantial changes in the Court's trial schedule in order to ensure that jury trials can be conducted safely and practically. Accordingly, the trial scheduled to commence on December 7, 2020, is ADJOURNED to **July 6, 2021**.

      It is further ORDERED that the deadlines set forth at ECF No. 150 are amended as follows:

      In accordance with Paragraph V.B of the Court's Individual Practices in Civil Cases, the parties shall submit a proposed joint pre-trial order to the Court by PDF attachment to an e-mail by **May 21, 2021**.

      In accordance with Paragraphs V.C and V.D of the Court's Individual Practices, each party shall file and serve along with the joint pre-trial order all required pre-trial filings, including motions addressing any evidentiary issues or other matters that should be resolved *in limine*, joint requests to charge, joint proposed verdict forms, and joint proposed *voir dire* questions

      In accordance with Paragraph V.C(v) of the Court's Individual Practices, the parties shall deliver to the Court by **May 21, 2020**, one copy of each documentary exhibit sought to be admitted, pre-marked (i.e., labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference. *The parties are directed to contact chambers at Torres_NYSDChambers@nysd.uscourts.gov in advance of arranging delivery to confirm that public health conditions will permit chambers to accept such a delivery.*

      In accordance with Paragraph V.F of the Court's Individual Practices, by **May 28, 2021**, the parties shall file, if necessary, any objections to another party's requests to charge or proposed *voir dire* questions, any opposition to any motion *in limine*, and any opposition to any legal argument in a pre-trial memorandum.

Counsel for all parties shall appear for a final pre-trial conference on **June 30, 2021**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

Trial shall commence at **9:00 a.m.** on **July 6, 2021**. In accordance with Paragraph V.H of the Court's Individual Practices, trial will be conducted from 9:00 a.m. to 2:15 p.m. with a break from 11:15 to 11:45 a.m. During the jury selection and jury deliberation phases, court will be in session from 9:00 a.m. to 5:00 p.m. with a break from 1:00 to 2:00 p.m.

Prior to the final pre-trial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter.

The Clerk of the Court is directed to terminate the motion at ECF No. 151.

SO ORDERED.

Dated: October 2, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge