```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
BENJAMIN CASE, JENNIFER KLEIN, and MARK
KUSHNEIR,

                            Plaintiffs,

        -against-

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT ("NYPD") CHIEF OF
DEPARTMENT JOSEPH ESPOSITO, NYPD
LIEUTENANT DAVID GROHT, NYPD SERGEANT
LAWRENCE PAPOLA, SHIELD NO. 03646, NYPD
OFFICER BENJAMIN ALMONTE, SHIELD NO.
29182, NYPD OFFICER FIRST NAME UNKNOW
("FNU") DOWNES, SHIELD NO. UNKNOWN, NYPD
OFFICER DMITRY TVERDOKHLEB, SHIELD NO.
27018, and NYPD OFFICER MICHAEL
MALDONADO, SHIELD NO. 23573,

                            Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/23/2021__

14 Civ. 9148 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated October 1, 2021.  ECF Nos. 157, 158. Based on the blackout dates provided by the parties, and the Court's availability, it is not practicable to schedule a jury trial for this matter in the first calendar quarter of 2022. Accordingly, by **February 1, 2022**, the parties are directed to confer and file a joint letter providing their blackout dates for trial for the second and third quarters of 2022.

      SO ORDERED.

Dated: November 23, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge