UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
BENJAMIN CASE, JENNIFER KLEIN, and MARK KUSHNEIR,

                                     Plaintiffs,

      -against-

CITY OF NEW YORK, et al,

                                  Defendants.
------------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

14-CV-9148 (AT) (BCM)

**PLEASE TAKE NOTICE** that **Ramy Louis**, Senior Counsel, appears as counsel of record on behalf of The Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants The City of New York, Joseph Esposito, David Groht, Lawrence Papola, Benjamin Almonte, Dmitry Tverdokhleb, and Michael Maldonado.

Dated: New York, New York
          July 5, 2022

                              HON. SYLVIA O. HINDS-RADIX
                              Corporation Counsel of the City of New York
                              *Attorney for Defendants City, Esposito, Groht,*
                              *Papola, Almonte, Tverdokhleb, and Maldonado*

                                       /s/ *Ramy Louis*
By: _____
                              Ramy Louis
                              Senior Counsel
                              Special Federal Litigation Division
                              New York City Law Department
                              100 Church Street
                              New York, New York 10007
                              212.356.2386

To:    All Counsel of Record. (by ECF)