UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN CASE, JENNIFER KLEIN, and MARK KUSHNEIR,

                Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT ("NYPD") CHIEF OF DEPARTMENT JOSEPH ESPOSITO, NYPD LIEUTENANT DAVID GROHT, NYPD SERGEANT LAWRENCE PAPOLA, SHIELD NO. 03646, NYPD OFFICER BENJAMIN ALMONTE, SHIELD NO. 29182, NYPD OFFICER FIRST NAME UNKNOW ("FNU") DOWNES, SHIELD NO. UNKNOWN, NYPD OFFICER DMITRY TVERDOKHLEB, SHIELD NO. 27018, and NYPD OFFICER MICHAEL MALDONADO, SHIELD NO. 23573,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2022__

14 Civ. 9148 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Trial in this matter is scheduled to begin on **October 2, 2023,** at **9:00 a.m.**, and shall proceed in-person, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Accordingly:

1. By **August 7, 2023**, the parties shall submit any motions *in limine*. Oppositions to any motions *in limine* shall be submitted by **August 14, 2023**.

2. By **August 7, 2023**, the parties shall submit all required pretrial filings, including their proposed joint pre-trial order, requests to charge, verdict form, and voir dire questions in accordance with Paragraphs V.B, V.C, and V.D of the Court's Individual Practices in Civil Case. The parties shall also email copies of these submissions to Torres_NYSDChambers@nysd.uscourts.gov as Word Documents.

3. By **August 7, 2023**, the parties shall deliver to the Court one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference in accordance with Paragraph V.C(v) of the Court's Individual Practices in Civil Cases.

4. Counsel for all parties shall appear for a final pretrial conference on **September 25, 2023**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

5. Prior to the final pre-trial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter. In addition, by **March 1, 2023**, the parties shall advise if they wish to be referred to a magistrate judge for settlement purposes.

SO ORDERED.

Dated: July 8, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge