**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1301
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

Office: (718) 783-3682
Signal: (646) 263-3495
Fax: (646) 349-2914*

*Not for service*

September 28, 2022

**BY ECF**
Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>Benjamin Case v. NYC, et al.</u> – 14-cv-09148 (JLR)(BCM)

Your Honor:

I am counsel for Plaintiff in this matter.

On September 19, 2022, the Court ordered the parties to provide a joint status report by October 3, 2022. *See* ECF 167.

We now jointly request that the Court extend the deadline by which the parties must file that report by eight days, until October 11, 2022, in light of the Jewish holidays and because I will be out of the state attending my brother-in-law's wedding this week.

The parties thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

*[signature]*

Gideon Orion Oliver

Application GRANTED.  The deadline for the parties to file the joint letter is extended to **October 11, 2022**.

Dated:  September 28, 2022
New York, New York

SO ORDERED

*[signature]*

JENNIFER L. ROCHON
United States District Judge