UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN CASE, et al.,<br><br>        Plaintiffs,<br><br>   -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>        Defendants. | 1:14-cv-09148 (JLR) (BCM)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court has reviewed the parties' joint letter, dated October 11, 2022. ECF No. 170.

IT IS HEREBY ORDERED that counsel for all parties shall appear for a status conference on **November 17, 2022 at 11 a.m.** to discuss the status of the case, pretrial deadlines, and settlement.

Dated: October 12, 2022
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge