

277 Broadway, Suite 1301
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

November 16, 2022

**BY ECF**
Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:  <u>Benjamin Case, et al. v. City of New York, et al.,</u> 14-cv-09148 (JLR)(BCM)

Your Honor:

I am co-counsel for Plaintiffs, including Mark Kushnier, the only Plaintiff whose claims remain.

This is the joint letter containing the list of names, telephone numbers, and e-mail addresses of counsel who may speak during the conference required by the Court.

    For Plaintiffs:  Mr. Gideon Oliver (he/him/his)
                    Gideon@GideonLaw.com, (646) 263-3495

                    Mx. J. Remy Green (they/their/them)
                    Remy@FemmeLaw.com, (929) 888.9560

    For Defendants: Ramy Louis, rlouis@law.nyc.gov, (212) 356-2386.

The parties thank Your Honor for the Court's attention to this matter.

                    Respectfully submitted,

                    /S/

                    Gideon Orion Oliver