UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN CASE, et al.,

                          Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                          Defendants.

1:14-cv-09148 (JLR) (BCM)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court held a status conference on November 18, 2022. Accordingly, and as stated on the record at the conference, IT IS HEREBY ORDERED that:

- By **December 7, 2022**, the parties shall meet and confer and file a letter to advise the Court if they wish to speak to a magistrate judge or be referred to mediation for settlement purposes.

- By **February 2, 2023**, the parties shall submit any motions *in limine*. Oppositions to any motions *in limine* shall be submitted by **February 9, 2023**. There will be no replies.

- By **February 2, 2023**, the parties shall submit all required pretrial filings, including their proposed joint pretrial order, requests to charge, verdict form, *voir dire* questions, documentary exhibits and demonstratives, and all other required submissions in accordance with Rule 5 of the Court's Individual Rules of Practice in Civil Cases.

- Counsel for all parties shall appear for a final pretrial conference on **September 19, 2023 at 10:00 a.m.** in Courtroom 20B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

- Trial shall begin on **October 2, 2023**. The parties should be prepared to proceed to trial well in advance of that date. The Court may reschedule trial for an earlier date as its availability permits.

Dated: November 18, 2022
       New York, New York

                                                  SO ORDERED.

                                                  JENNIFER L. ROCHON
                                                  United States District Judge