

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**RAMY LOUIS**
*Senior Counsel*
Phone: (212) 356-2386
Fax: (212) 356-3509
rlouis@law.nyc.gov

December 2, 2022

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>Benjamin Case, et al. v. City of New York, et al</u>., 14 Civ. 9148 (JLR) (BCM)

Your Honor:

    I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney who is assigned to the defense in the above-referenced matter. In accordance with Your Honor's Order, dated November 18, 2022, defendants write on behalf of the parties, to advise the Court that the parties have conferred and do not wish to speak to a magistrate judge or be referred to mediation for settlement purposes.

    Thank you for your consideration therein.

Respectfully submitted,

*/s/ Ramy Louis*

Ramy Louis
*Senior Counsel*

Cc: All Counsel of Record (via ECF)