UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BENJAMIN CASE, JENNIFER KLEIN and MARK KUSHNEIR,

                              Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                              Defendant.

------------------------------------------------------------------------ x

**NOTICE OF SUBSTITUTION OF COUNSEL**

14 Civ. 9148 (JLR) (BCM)

       **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of Ramy Louis, as counsel of record on behalf of defendants the City of New York, Joseph Esposito, David Groht, Lawrence Papola, Benjamin Almonte, Dmitry Tverdokhleb, and Michael Maldonado in this case:

> Hannah V. Faddis
> *Senior Counsel*
> New York City Law Department
> 100 Church Street, Room 3-221
> New York, NY 10007
> (212) 356-2486
> hfaddis@law.nyc.gov

       From this date forward, please serve all notices and other papers upon defendants the City of New York, Joseph Esposito, David Groht, Lawrence Papola, Benjamin Almonte, Dmitry Tverdokhleb, and Michael Maldonado at the address set forth above, and please remove Ramy Louis as counsel of record.

Dated:     New York, New York
            January 16, 2023

                           HON. SYLVIA O. HINDS-RADIX
                           Corporation Counsel of the City of New York
                           *Attorney for Defendants*

                     By:   /s/_____
                           Hannah V. Faddis
                           *Senior Counsel*

cc:    *VIA ECF*
       All Counsel of Record

The Court will so-order this notice of substitution of counsel because other counsel from the New York City Law Department will be counsel of record for Defendants.

SO ORDERED

Dated: January 17, 2023
        New York, New York

_____
JENNIFER L. ROCHON
United States District Judge