UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN CASE, et al.,

                               Plaintiffs,

-against-                              1:14-cv-09148 (JLR) (BCM)

THE CITY OF NEW YORK, et al.,                   **ORDER**

                               Defendants.

JENNIFER L. ROCHON, United States District Judge:

      On January 16, 2023, counsel for Defendants filed a notice to substitute Hannah V. Faddis in place of Ramy Louis as their counsel of record.  *See* ECF No. 177.  Because both counsel were from the New York City Law Department, the Court so-ordered the notice of substitution on January 17, 2023.  *See* ECF No. 178.  On January 27, 2023, Defendants filed a request, on consent of Plaintiff, to extend the deadline for pretrial filings from February 2, 2023 to March 30, 2023 and oppositions to motions *in limine* from February 9, 2023 to April 7, 2023.  *See* ECF No. 179.  The reason for the request is that Defendants' newly substituted counsel was engaged in a trial from January 17 to January 26, 2023 and plans to take parental leave starting February 6, 2023 for four weeks.  *Id*.

      The Court is not inclined to grant the requested extension.  Counsel for Defendants knew of the pretrial deadlines when they decided to notice their substitution on January 16, 2023 and should have considered the impact of the new attorney's trial schedule and planned parental leave on their deadlines for submission of pretrial filings due in this action.  In addition, this case has been pending since 2014 and needs to be resolved.  Even though the current trial date in the present case in not until the fall, the Court has advised the parties that "[t]he parties should be prepared to proceed to trial well in advance of that date.  The Court may reschedule trial for an

earlier date as its availability permits." ECF No. 175.  Notwithstanding this, given the consent of Plaintiff, the Court will reluctantly grant this extension request but there will be no further extensions.

IT IS HEREBY ORDERED that the deadlines are extended as follows:

- By **March 30, 2023**, the parties shall submit any motions *in limine*.  Oppositions to any motions *in limine* shall be submitted by **April 7, 2023**.  There will be no replies.

- By **March 30, 2023**, the parties shall submit all required pretrial filings, including their proposed joint pretrial order, requests to charge, verdict form, *voir dire* questions, documentary exhibits and demonstratives, and all other required submissions in accordance with Rule 5 of the Court's Individual Rules of Practice in Civil Cases.

The Clerk of Court is respectfully directed to terminate ECF No. 179.

Dated: January 30, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge