**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

March 23, 2023

**BY ECF**
Hon. Jennifer L. Rochon, United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>Benjamin Case v. NYC, et al.</u> – 14-cv-09148 (JLR)(BCM)

Your Honor:

    I am co-counsel for Plaintiff in this matter. I write jointly with opposing counsel to request that the Court extend the March 30, 2023 deadline by which the parties must file their pre-trial filings until April 21, 2023, and the April 7, 2023 deadline by which the parties must file their *in limine* opposition until April 28, 2023.

    By way of background, following a conversation about potential settlement at the first pretrial conference in this matter before Your Honor in November of 2022, on December 2, 2022, the parties reported to the Court that they would not be requesting a settlement conference. Ms. Faddis then took the case over. Plaintiff has recently made a new settlement demand, which Defendants are now considering. The parties expect to know whether it might be productive to request a settlement conference by April 10, 2023. Beyond that, the parties have not yet been able to exchange drafts of the various joint filings that are currently due next Thursday, including, but not limited to, because I have been working at a reduced capacity due to recent COVID-19 infections in my family, and because Ms. Faddis was out on leave until just recently. Additionally, the current April 7, 2023 deadline falls on a date within Passover on which I have long-standing plans to be away with family.

    The parties therefore jointly request that the Court adjourn the March 30, 2023 deadline by which the parties must file their pre-trial filings until April 21, 2023, and the April 7, 2023 deadline by which the parties must file their *in limine* opposition until April 28, 2023. If the Court grants this application, and the parties determine it would be productive to request a settlement conference, we would make such an application by April 10, 2023. The parties thank Your Honor for the Court's attention to this matter.

    Respectfully submitted,

    Gideon Orion Oliver

Request **GRANTED**.  The Court warned the parties in January that there would be no further extensions and it is not inclined to grant the parties' extension request now.  However, because the pretrial deadlines fall within a religious holiday that counsel for plaintiff observes, the Court will make an exception and grant this request.  Accordingly, motions *in limine* and pretrial filings are due by **April 21, 2023**, and oppositions to motions *in limine* are due by **April 28, 2023**.  Any request for a settlement conference referral should be made as soon as possible and any such conference will not impact the current pretrial deadlines.

Dated: New York, New York
       March 24, 2023
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**