**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Benjamin Case, *et al.,* | Case No. 14-cv-09148 (JLR)(BCM) |
| Plaintiffs, | |
| v. | **DECLARATION OF** |
| The City of New York, *et al.,* | **J. REMY GREEN** |
| Defendants. | |

STATE OF NEW YORK          )
                                               )  ss.:
COUNTY OF KINGS          )

I, Remy Green, being duly sworn, depose and say:

1.      I am a partner at Cohen&Green P.L.L.C., co-counsel for Plaintiffs in this case.

2.      I make this declaration to place certain documents in my control in the record on the various motions *in limine*.

3.      Attached as Exhibit 1 is a true copy of an excerpt from Defendants' July 17, 2017 responses and objections to Plaintiff's first set of interrogatories and document demands.

4.      Attached as Exhibit 2 is a true copy of the City of New York's Interrogatory Responses in *Gyasi v. City of N.Y.*, No. 05 Civ. 9453 (SAS) (S.D.N.Y.).

5.      Attached as Exhibit 3 is a true copy of a transcript of the Court's June 29, 2006 ruling on motions *in limine* in *Gyasi*.

6.      Attached as Exhibit 4 is an exemplar of Plaintiff's proposed mode of approaching how to present the *Monell* issue of past protest litigation under Fed. R. Ev. 1006, using *Haus* (03-cv-4915 (S.D.N.Y.) (RWS)(MHD) as the starting point (the idea being Plaintiff will fill out the rest of the chart similarly, but if there is other

1

information Defendants want in the chart — or that the Court believes is necessary — Plaintiff would like to understand that before undertaking the mammoth task of reviewing and summarizing thousands of pages of litigation records).  As noted in the accompanying memo, the left-hand column is a partial list of cases we propose to summarize.

I declare, under penalty of perjury, that the statements above are true and correct.

Executed On:  April 27, 2023

/s/

_____

J. Remy Green