UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BENJAMIN CASE,

                                  Plaintiff,                    **NOTICE OF MOTION**


                    -against-

                                                               14 Civ. 9148 (JLR) (BCM)

THE CITY OF NEW YORK, CHIEF OF DEPARTMENT
JOSEPH ESPOSITO, LIEUTENANT DAVID GROHT,
SERGEANT   LAWRENCE   PAPOLA,   OFFICER
BENJAMIN   ALMONTE,   OFFICER   DMITRY
TVERDOKHLEB,   and   OFFICER   MICHAEL
MALDONADO,


                                  Defendants.[1]

------------------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law, the

Declaration of Hannah V. Faddis and supporting documents, and upon all prior pleadings and

proceedings had herein, defendants will move this Court before the Honorable Jennifer L.

Rochon, United States District Judge, at the United States District Court for the Southern District

of New York, located at 500 Pearl Street, New York, New York for an order granting the

following *in limine* relief: 1) bifurcating plaintiff's individual and municipal liability claims; 2)

precluding plaintiff from offering evidence of past unrelated complaints or civil claims; 3)

precluding plaintiff from offering evidence of purported remedial measures; 4) precluding

plaintiff from referring to defense counsel as City attorneys and suggesting the City may

indemnify the defendant officers; 5) precluding plaintiff from requesting a specific dollar amount

---

[1]  The parties have agreed that the caption should be amended, as follows: Mark Kushneir v. City
of New York, Joseph Esposito, and Michael Maldonado.

from the jury; 6) precluding plaintiff from offering evidence of NYPD investigations, disciplinary histories, personnel files and prior lawsuits; 7) precluding plaintiff from mentioning unrelated claims of officer misconduct, including matters subject to media coverage; 8) precluding plaintiff from offering evidence or argument relating to claims that have been dismissed or withdrawn; 9) precluding plaintiff from offering evidence or argument regarding NYPD policies and procedures; and 10) amending the caption to reflect the remaining parties.

Dated: New York, New York
      April 27, 2022

                                    HON. SYLVIA O. HINDS-RADIX
                                    Corporation Counsel of the City of New York
                                    *Attorney for Defendants City of New York, Esposito, and Maldonado*
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 356-2486

                      By: /s/ _____
                            Hannah V. Faddis
                            *Senior Counsel*

CC:    VIA ECF
        *All Counsel of Record*