UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BENJAMIN CASE,

                              Plaintiff,

                  -against-

THE CITY OF NEW YORK, CHIEF OF DEPARTMENT
JOSEPH ESPOSITO, LIEUTENANT DAVID GROHT,
SERGEANT LAWRENCE PAPOLA, OFFICER
BENJAMIN ALMONTE, OFFICER DMITRY
TVERDOKHLEB, and OFFICER MICHAEL
MALDONADO,

                            Defendants.[1]

------------------------------------------------------------------------ x

**DECLARATION OF
HANNAH V. FADDIS IN
SUPPORT OF
DEFENDANTS' MOTIONS
*IN LIMINE***

19 Civ. 5995 (CM) (RWL)

      HANNAH V. FADDIS, an attorney duly admitted to practice in the Courts of New York,
declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following
statements are true:

      1.      I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation
Counsel of the City of New York ("City"), and the attorney assigned to represent defendants the
City of New York, Esposito, and Maldonado.  As such, I am familiar with the facts and
circumstances stated herein and submit this declaration in support of Defendants' Motions *In
Limine*.

      2.      Annexed hereto as Exhibit "A" is a true and correct copy of plaintiff's proposed
trial exhibit 43.

---

[1] The parties have agreed that the caption should be amended, as follows: Mark Kushneir v. City
of New York, Joseph Esposito, and Michael Maldonado.

Dated:      New York, New York
               April 27, 2023

                                  HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for City of New York, Esposito, and Maldonado*
100 Church Street
New York, New York 10007
(212) 356-2486

By:   /s/ _____
       Hannah V. Faddis
       *Senior Counsel*

cc:     VIA ECF
       *All Counsel of Record*