

June 7, 2023

Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

By Hand Delivery and Email.

Re:     **Benjamin Case, et al. v. City of New York, et al.**, 14-cv-09148 (JLR)(BCM)

Dear Judge Rochon:

I am co-counsel for Plaintiff in the case above.  I write to ask the Court for a brief extension of time to delivery copies of the documents as noted in ECF No. 201.   Defendants graciously consent to this request.

We have the documents prepared and ready to deliver, but in light of the current developing situation with the air conditions in the City, would appreciate if the Court would accept delivery by Monday, June 12, instead.  The reason for this request is so that we can avoid unnecessarily exposing our office staff to these dangerous conditions.

We will be submitting the digital copies of everything very shortly, and this request only applies to the paper copies that require physical delivery to the Courthouse.

As ever, I thank the Court for its time and consideration.

Respectfully submitted,

/s/
_____
J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.