

| HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | OMAR SIDDIQI<br>*Senior Counsel*<br>phone: (212) 356-2345<br>fax: (212) 356-1148<br>osiddiqi@law.nyc.gov |

June 9, 2023

**VIA ECF**
Hon. Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:    Benjamin Case, et al. v. City of New York, et al.,
       14 Civ. 9148 (JLR)(BCM)

Your Honor:

I am one of the attorneys assigned to represent the defendants in this matter. The parties write jointly to respectfully request that the Court adjourn the settlement conference presently scheduled for June 13, 2023 to either June 17th, June 18th, or June 19th. The parties have conferred with Chambers who confirmed that these dates are open on the Court's calendar.

The reason for the instant request is that the attorneys for defendants and plaintiff have urgent deadlines in the consolidated Summer 2020 protest cases. The parties therefore request that the Court adjourn the conference to the dates listed above.

Defendants thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/       *Omar J. Siddiqi*

Omar Siddiqi
*Senior Counsel*
Special Federal Litigation Division

1