UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENJAMIN CASE, et al.,

                Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.

1:14-cv-09148 (JLR) (BCM)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

Due to the Court's trial calendar, it is hereby ORDERED that the jury trial scheduled to begin October 2, 2023 is hereby adjourned to **January 3, 2024**. It is further ORDERED that the final pretrial conference is adjourned to **December 13, 2023 at 11 a.m.**

Dated: August 25, 2023
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge