

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HANNAH V. FADDIS**
*Senior Counsel*
*Phone: (212) 356-2486*
*Fax: (212) 356-1148*
*hfaddis@law.nyc.gov*

December 7, 2023

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Benjamin Case, et al. v. City of New York, et al.</u>,
              14 Civ. 9148 (JLR) (BCM)

Your Honor:

      I am the attorney assigned to represent the defendants in the above-referenced matter. Defendants write to supplement and renew their prior request for an adjournment of the upcoming trial date in this matter of January 3, 2024, in response to the Court's Order of December 6, 2023 (ECF No. 211). Plaintiff's counsel consents to the request for an adjournment.

      Defendants understand and share the Court's concerns regarding a further delay in the resolution of this matter. Thus, this adjournment was not requested lightly and made only due to a serious and unavoidable situation rendering one of the defendants unavailable for trial. Given the nature of the situation, defendants were unable to provide details in a public filing. Accordingly, defendants respectfully request to provide additional information to the Court *ex parte*, either by phone or via sealed filing in advance of the December 13th conference.

      Defendants thank the Court for its time and attention.

Respectfully submitted,

/s/

Hannah V. Faddis
*Senior Counsel*

CC:    BY ECF
         *All Counsel of Record*