UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MARK KUSHNEIR,

                    Plaintiff,

-v-

THE CITY OF NEW YORK, ET. AL.,

                    Defendants.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

14-CV-09148 (JLR) (BCM)

      **PLEASE TAKE NOTICE** that **JOSEPH A. RUSSO** hereby appears as counsel of record, on behalf of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants City of New York, Joseph Esposito, and Michael Maldonado. All papers and Electronic Case Filing notifications in this matter should henceforth be served on Joseph A. Russo at the address listed below.

      I certify that I am admitted to practice before this Court.

Dated: December 12, 2023
      New York, New York

HON. SYLVIA O. HINDS-RADIX

Corporation Counsel of the City of New York
*Attorney for Defendants City, Esposito, Maldonado*
100 Church Street, Room 3-200
New York, NY 10007
T: (212) 356-2376
E: jorusso@law.nyc.gov

By: _____
      Joseph A. Russo
      *Assistant Corporation Counsel*

cc:    **ECF**
       *All attorneys to be noticed*