UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK KUSHNEIR,<br><br>                       Plaintiff,<br><br>-against-<br><br>JOSEPH ESPOSITO, et al.,<br><br>                       Defendants. | No. 1:14-cv-09148 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court held a conference with counsel for the parties on December 13, 2023. As stated at the conference, at the request of Defendants and with the consent of Plaintiff, the trial scheduled to begin on January 3, 2024 is hereby ADJOURNED to **May 6, 2024** at **9:00 a.m.** At trial, as agreed upon by the parties, each party shall have eighteen hours to present their case. This time does not include jury selection or jury deliberations.

      The parties are ordered to submit the two joint letters described at today's conference by **December 22, 2023** (regarding further settlement discussions) and **March 4, 2024** (regarding various follow up trial items).

      Counsel for all parties shall appear for a final pretrial conference on **April 30, 2024** at **4:00 p.m.**, in Courtroom 20D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: December 14, 2023
        New York, New York

                                                      SO ORDERED.

                                                      JENNIFER L. ROCHON
                                                      United States District Judge