UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK KUSHNEIR, <br><br>      Plaintiff, <br><br>  -against- <br><br>JOSEPH ESOPSITO, et al., <br><br>      Defendants. | No. 14-cv-9148 (JLR) <br><br>**MEDIATION REFERRAL ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  IT IS HEREBY ORDERED that this case is referred for mediation to the Court-annexed Mediation Program.  The Court requests the assignment of a mediator with experience in civil rights actions, if possible.  The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

Dated: December 26, 2023
   New York, New York

               SO ORDERED

               *Jennifer Rochon*
               JENNIFER L. ROCHON
               United States District Judge