UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

| | |
|---|---|
| **MARK KUSHNEIR,** | **NOTICE OF MOTION FOR RECONSIDERATION** |
|            **Plaintiff,** | |
| | 14-cv-09148(JLR)(BCM) |
| -v- | |
| **JOSEPH ESPOSITO, et al.,** | |
|            **Defendants.** | |

------------------------------------------------------------------

**NOTICE OF MOTION FOR RECONSIDERATION**

PLEASE TAKE NOTICE that, consistent with Fed.R.Civ.P. 60(b) and Local Civil Rule 6.3, upon the annexed Memorandum of Law of in Support of Plaintiff's Motion for Reconsideration dated January 29, 2024 and its exhibits, and upon all the papers and proceedings had heretofore herein, the undersigned will move before this Court at the Courthouse located at 500 Pearl Street, New York, New York, at the earliest possible date consistent with Local Civil Rule 6.1, or as soon thereafter as counsel can be heard, for an order reconsidering the Court's December 13, 2023 determination to charge the jury as to nominal damages in this matter, and for such other and further relief as this Court may deem just and proper.

DATED:    Brooklyn, New York
               January 29, 2024

                                                /S/
                                           _____
                                           Gideon Orion Oliver
                                           Co-Counsel for Plaintiff
                                           Gideon@GideonLaw.com
                                           718-783-3682 x 5
                                           277 Broadway, Suite 1501
                                           New York, NY  10007