```
                                                            540
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF NEW YORK
 2
     ------------------------------x
 3                                            19-CV-1662(MKB)
     ANDRE ADAMS,
 4                                            United States Courthouse
                Plaintiff,                    Brooklyn, New York
 5
                - versus -                    August 2, 2023
 6                                            9:00 a.m.
     PATRICK QUIGLEY, CRAIG
 7   LUPARDO, DANIEL DELPINO, AND
     THE CITY OF NEW YORK,
 8
                Defendants.
 9
     ------------------------------x
10
                    TRANSCRIPT OF CIVIL CAUSE FOR TRIAL
11                             JURY PRESENT
                   BEFORE THE HONORABLE MARGO K. BRODIE
12             UNITED STATES *** CHIEF DISTRICT JUDGE
                             BEFORE A JURY
13
     APPEARANCES
14
     Attorney for Plaintiff:   WINSTON & STRAWN LLP
15                             200 Park Avenue
                               New York, New York 10166-4193
16                             BY:  ANGELA A. SMEDLEY, ESQ.
                                    LISA CUOTO
17                                  ALEXANDRA J. KUSHNER, ESQ.
                                    MARISA L. MANZI, ESQ.
18
                               WERTHEIMER LLC
19                             14 Wall Street, Suite 1603
                               New York, NY 10005
20                             BY:  JOEL ABBOTT WERTHEIMER, ESQ.
                                    MARA FLEDER, ESQ.
21

22

23   (Continuing.)

24

25
```

*Court Reporter: AVERY N. ARMSTRONG, RPR, NYRCR*
*Email: Aarm.edny@gmail.com | (718)613-2419*
*Proceedings recorded by mechanical stenography.  Transcript*
*produced by computer-aided transcription.*

```
                                                                 541

 1   APPEARANCES CONTINUED:

 2

 3   Attorney for Defendant:  New York City Law Department
                              100 Church Street
 4                            BY:  NEW YORK, NEW YORK 10007, ESQ.
                                   EVAN J. GOTTSTEIN, ESQ.
 5                                 INNA SHAPOVALOVA, ESQ.
                                   ALEXANDRA CORSI, ESQ.
 6

 7
     Also Present:            ANDRE ADAMS, PLAINTIFF
 8                            PATRICK QUIGLEY, DEFENDANT
                              CRAIG LUPARDO, DEFENDANT
 9                            DANIEL DELPINO, DEFENDANT

10

11               *         *         *         *

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              MR. WERTHEIMER:  That's correct.

2              And it was Judge Kuntz, Your Honor.

3              THE COURT:  And what's the other cite you were going

4     to give me, counsel?

5              MR. WERTHEIMER:  Yes.  This is from the Western

6     District of New York in 2018.  It's *Savage versus Acquino*,

7     A-C-Q-U-I-N-O.  That's 2018 U.S. District Court Lexis 48514,

8     and I'll read the quote -- and that's at star 14 to 15.

9              The obstruction of governmental administration and

10    resisting arrest charges presume that the initial stop from

11    which the alleged resisting and obstruction flowed for

12    possession of a firearm was authorized.  Therefore, probable

13    cause for resisting arrest will not be a defense if there was

14    no independent probable cause to justify the arrest for which

15    the plaintiff is charged with resisting or obstructing.

16             THE COURT:  Okay.  I'll take a look at this further

17    and then you will get the revised charge, either with it

18    included or not, depending on what the research shows.

19             MR. WERTHEIMER:  Thank you, Your Honor.  I'll just

20    turn specifically to.

21             MS. SHAPOVALOVA:  I'm sorry.  I apologize for

22    interrupting you.

23             Since we're talking about the charges that are

24    listed from Pages 13 to 15, may I just include our --

25             THE COURT:  Counsel, if you can read it, just do it

1   one at a time from each side.  So I'll come back to you for
2   your list of objections.
3           Go ahead, Mr. Wertheimer.
4           MR. WERTHEIMER:  On Page 15, Your Honor, under the
5   deprivation of the right to a fair trial, I believe Your Honor
6   intended to add, Defendant Lupardo back in to that italicized
7   sentence that we just discussed on the Rule 50 motion, and
8   that Defendant Delpino fabricated that he was assaulted in his
9   report, and add Lupardo in there in whatever fashion Your
10  Honor believes is appropriate.
11          THE COURT:  So I think what I'm going to do, so I
12  flagged that because I took that from your submission, and
13  this is what gave me pause as to whether or not there was
14  sufficient evidence.  And so what I will do is I will add him
15  back in in the first sentence, and I'm going to delete that
16  sentence where I say, specifically, and try to explain what
17  specifically plaintiff is claiming each defendant did.  And
18  I'll leave that to you to make the argument in your summation.
19          MR. WERTHEIMER:  Thank you, Your Honor.
20          And then I believe plaintiff's last issue is just
21  with respect to the nominal damages charge as we talked to
22  you --
23          THE COURT:  Yes.  And I have looked at the case law,
24  and it does appear that it is the plaintiff's right to have
25  that charge or not, and I'll hear from defendants further on