```
                                                                     245

 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------x
                                            16-CV-5915(NGG)
 3   MARCOS A. HERRERA-AMADOR,
                                            United States Courthouse
 4            Plaintiff,                    Brooklyn, New York

 5            - versus -                    August 2, 2023
                                            9:30 a.m.
 6   CITY OF NEW YORK, ET AL.,

 7            Defendants.
     ------------------------------x
 8
                  TRANSCRIPT OF CIVIL CAUSE FOR TRIAL
 9             BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
                  UNITED STATES SENIOR DISTRICT JUDGE
10                           BEFORE A JURY

11   APPEARANCES

12   Attorney for Plaintiff:    LUMER LAW GROUP
                                14 Wall Street
13                              Suite 1603
                                New York, New York 10005
14                              BY:  MICHAEL B. LUMER, ESQ.
                                        - and -
15                              LAW OFFICE LAURIANO GUZMAN JR. P.C.
                                2565 Frisby Avenue
16                              Bronx, New York 10461
                                BY:  LAURIANO GUZMAN, JR., ESQ.
17                                   CHRISTINE ALICE GUZMAN, ESQ.

18   Attorney for Defendant:    NEW YORK CITY LAW DEPARTMENT
                                100 Church Street
19                              New York, New York 10007-2601
                                BY:  BRIAN C. FRANCOLLA, ESQ.
20                                   MARY KATHLEEN SHERWOOD, ESQ.

21
     Court Reporter:            Georgette K. Betts, RPR, FCRR, CCR
22                              Phone:  (718)804-2777
                                Fax:    (718)804-2795
23                              Email:  Georgetteb25@gmail.com

24   Proceedings recorded by mechanical stenography.  Transcript
     produced by computer-aided transcription.
25
```

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

1                THE COURT:  Yes.  It should be what, not with okay.
2                MR. FRANCOLLA:  Then in the full paragraph after the
3    four subsection, crimes.
4                THE COURT:  It starts:  The third and final point.
5                MR. FRANCOLLA:  Yes.  The third line towards the
6    middle it should be, rights of the person accused.
7                THE COURT:  It's of the, yes, it's a typo.
8                MR. FRANCOLLA:  Nothing else.
9                THE COURT:  That's on page eight, nothing else.
10   Page nine.
11               MR. LUMER:  Nothing for plaintiff.
12               MR. FRANCOLLA:  Nor defendants.
13               THE COURT:  Page ten.
14               MR. LUMER:  One objection, your Honor.
15               THE COURT:  Go ahead.
16               MR. LUMER:  Under compensatory damages the third and
17   final paragraph is section B, refers to or provides for
18   nominal damages.  Our view here is, in this case certain
19   things are undisputed.  It's undisputed Mr. Herrera was
20   incarcerated as a result of the prosecution for a period of
21   time.  Under current City of New York and battery of other
22   cases, I don't see how a jury can find that he was maliciously
23   prosecuted and suffered no injury.
24               MR. FRANCOLLA:  I understand counsel's point.  I
25   think I've certainly had cases where nominal damages have not

1   been included consistent with Kerman.  But at least from our
2   perspective we don't consider Kerman to prohibit nominal
3   damages in a scenario like this.  We read it a bit more
4   nuanced.  We do think it is okay to have it remain.
5              THE COURT:  Do you have a citation, we'll look at
6   it?
7              MR. LUMER:  Kerman v. City of New York 374 F.3d, 93,
8   the pin cite is 124.
9              THE COURT:  What would you prefer?
10             MR. LUMER:  Just that there is no reference to
11  nominal damages.  If they find liability, then some amount of
12  compensatory damages is required.  If they don't find
13  liability, well, obviously nothing is required.
14             THE COURT:  We'll take a look.  Thank you.
15             MR. FRANCOLLA:  We had no objections to this page.
16  I think I just noticed a couple of tense issues under the
17  paragraph under A.
18             THE COURT:  Yes.
19             MR. FRANCOLLA:  In the first line.  It's as
20  plaintiffs are as opposed to plaintiff is.
21             THE COURT:  Okay.
22             MR. FRANCOLLA:  I think the same issue in the third
23  line into the fourth.
24             THE COURT:  Okay.  That's it?
25             MR. FRANCOLLA:  That's it.

```
                                                                      465

 1
      UNITED STATES DISTRICT COURT
 2    EASTERN DISTRICT OF NEW YORK
      ------------------------------x
 3                                              16-CV-5915(NGG)
      MARCOS A. HERRERA-AMADOR,
 4                                              United States Courthouse
                 Plaintiff,                     Brooklyn, New York
 5
                 - versus -                     August 3, 2023
 6                                              9:30 p.m.
      CITY OF NEW YORK, ET AL.,
 7
                 Defendants.
 8    ------------------------------x

 9              TRANSCRIPT OF CIVIL CAUSE FOR TRIAL
             BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
10             UNITED STATES SENIOR DISTRICT JUDGE
                          BEFORE A JURY
11
      APPEARANCES
12
      Attorney for Plaintiff:   LUMER LAW GROUP
13                              14 Wall Street
                                Suite 1603
14                              New York, New York 10005
                                BY:  MICHAEL B. LUMER, ESQ.
15                                     - and -
                                LAW OFFICE LAURIANO GUZMAN JR. P.C.
16                              2565 Frisby Avenue
                                Bronx, New York 10461
17                              BY:  LAURIANO GUZMAN, JR., ESQ.
                                     CHRISTINE ALICE GUZMAN, ESQ.
18
      Attorney for Defendant:   NEW YORK CITY LAW DEPARTMENT
19                              100 Church Street
                                New York, New York 10007-2601
20                              BY:  BRIAN C. FRANCOLLA, ESQ.
                                     MARY KATHLEEN SHERWOOD, ESQ.
21

22
      Court Reporter:           LINDA D. DANELCZYK, RPR, CSR, CCR
23                              Phone:  718-613-2330
                                Fax:    718-804-2712
24                              Email:  LindaDan226@gmail.com

25    Proceedings recorded by mechanical stenography.  Transcript
      produced by computer-aided transcription.
```

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1                (In open court; Jury not present.)

2                (All rise.)

3                THE COURTROOM DEPUTY:  Case on for trial.

4                For the plaintiff, please state your appearance.

5                MR. LUMER:  Michael Lumer for the plaintiff, Your

6     Honor.  Good morning.

7                MS. GUZMAN:  Good morning, Your Honor.  Christine

8     Guzman for the plaintiff.

9                MR. GUZMAN:  Good morning, Your Honor.  Lauriano

10    Guzman for the plaintiff.

11               THE COURT:  All right.  And Mr. Herrera is here.

12               MR. FRANCOLLA:  Good morning, Your Honor.  Brian

13    Francolla for the defendants.

14               MS. SHERWOOD:  Good morning, Your Honor.  Mary

15    Sherwood for the defendants.

16               THE COURT:  Good morning, everyone, please be

17    seated.

18               The jury's here.  So we'll call in the jury.

19               Will the plaintiff just take the witness stand so we

20    can get going right away.

21               MR. GUZMAN:  Should I take the podium?

22               THE COURT:  Yes, would you.

23               And the interpreters are previously sworn.

24               THE INTERPRETER:  Good morning, Your Honor.

25               THE COURT:  We have the final jury charge.  I have

1  the materials you sent last night, they're being incorporated
2  into the charge.
3              Also, the application of the plaintiff regarding the
4  nominal damages is granted, and so I'm not changing the
5  verdict sheet.
6              MR. FRANCOLLA:  Thank you, Your Honor.
7              THE COURT:  And you have your exception.
8              (Jury enters the courtroom.)
9              THE COURT:  Everyone may be seated.
10             (The witness resumes the stand.)
11             (Continued on next page.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25