UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

MARK KUSHNEIR,

                                         Plaintiff,

-against-

THE CITY OF NEW YORK; JOSEPH ESPOSITO, and MICHAEL MALDONADO,

                                        Defendants.

**SUGGESTION OF DEATH UPON THE RECORD PURSUANT TO RULE 25(a)(1)**

14 Civ. 9148 (JLR) (BCM)

---------------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that pursuant to Rule 25 of the Federal Rules of Civil Procedure, the Corporation Counsel's Office of the City of New York affirms the following:

       **WHEREFORE**, on January 9, 2024, the undersigned learned that Defendant Joseph Esposito passed away on or about January 8, 2024;

       **WHEREFORE**, pursuant to Fed. R. Civ. P. 25(a)(1), the undersigned served a statement noting the death of defendant Esposito on plaintiff's counsel on January 9, 2024;

       **WHEREFORE**, the New York City Law Department, Office of Corporation Counsel, suggests upon the record that Defendant Joseph Esposito is deceased; and

       **WHEREFORE**, the New York City Law Department, Office of Corporation Counsel, hereby requests that any motion for substitution of a proper party be timely made within ninety (90) days.

Dated: New York, New York
       February 22, 2024

                                           **HON. SYLVIA O. HINDS-RADIX**
                                           CORPORATION COUNSEL OF THE CITY OF NEW YORK
                                           *Attorney for Defendants*
                                           100 Church Street
                                           New York, New York 10007
                                           (212) 356-2486

By: _____
                                           Hannah V. Faddis
                                           *Senior Counsel*
                                           Special Federal Litigation Division

cc:    *All Counsel of Record*

No. 18 Civ. 4023 (LGS)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| RICHARD ROSARIO,<br><br>                                                            Plaintiff,<br><br>                                   -against-<br><br>THE CITY OF NEW YORK; GARY WHITAKER; IRWIN SILVERMAN; CHARLES CRUGER; JOSEPH FORTUNATO, RICHARD MARTINEZ, EDWARD J. MONKS,<br><br>                                                            Defendants. |
| **SUGGESTION OF DEATH UPON THE RECORD PURSUANT TO RULE 25(a)(1)** |
| **GEORGIA M. PESTANA**<br>CORPORATION COUNSEL OF THE CITY OF NEW YORK<br>*Attorney for Defendants*<br>100 Church Street<br>New York, New York 10007<br><br>Of Counsel: Brachah Goykadosh<br>Tel:  (212) 356-3523 |
| *Due and timely service is hereby admitted.*<br><br>*New York, New York  ....................., 2021*<br><br>*..................................................Esq.*<br><br>*Attorney for ..........................................* |

3