UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X

MARK KUSHNEIR,

                                Plaintiff,

-against-

THE CITY OF NEW YORK; JOSEPH ESPOSITO, and MICHAEL MALDONADO,

                                Defendants.

----------------------------------------------------------------------------x

**SUGGESTION OF DEATH UPON THE RECORD PURSUANT TO RULE 25(a)(1)**

14 Civ. 9148 (JLR) (BCM)

**PLEASE TAKE NOTICE** that pursuant to Rule 25 of the Federal Rules of Civil Procedure, the Corporation Counsel's Office of the City of New York affirms the following:

**WHEREFORE**, on January 9, 2024, the undersigned learned that Defendant Joseph Esposito passed away on or about January 8, 2024;

**WHEREFORE**, pursuant to Fed. R. Civ. P. 25(a)(1), the undersigned served a statement noting the death of defendant Esposito on plaintiff's counsel on January 9, 2024;

**WHEREFORE**, the New York City Law Department, Office of Corporation Counsel, suggests upon the record that Defendant Joseph Esposito is deceased; and

**WHEREFORE**, the New York City Law Department, Office of Corporation Counsel, hereby requests that any motion for substitution of a proper party be timely made within ninety (90) days.

Given the age of this case and that the parties have been aware of Defendant Joseph Esposito's death since January 9, 2024, any motion for substitution of a proper party must be made by **March 22, 2024**.

Dated: February 23, 2024
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

1

Dated: New York, New York
February 22, 2024

> HON. SYLVIA O. HINDS-RADIX
> CORPORATION COUNSEL OF THE CITY OF NEW YORK
> *Attorney for Defendants*
> 100 Church Street
> New York, New York 10007
> (212) 356-2486
>
> By: _____
> Hannah V. Faddis
> *Senior Counsel*
> Special Federal Litigation Division

cc:  *All Counsel of Record*

No. 18 Civ. 4023 (LGS)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |

| |
|---|
| RICHARD ROSARIO,<br><br>                                                    Plaintiff,<br><br>                        -against-<br><br>THE CITY OF NEW YORK; GARY WHITAKER; IRWIN SILVERMAN; CHARLES CRUGER; JOSEPH FORTUNATO, RICHARD MARTINEZ, EDWARD J. MONKS,<br><br>                                                    Defendants. |

| |
|---|
| **SUGGESTION OF DEATH UPON THE RECORD PURSUANT TO RULE 25(a)(1)** |

| |
|---|
| **GEORGIA M. PESTANA**<br>CORPORATION COUNSEL OF THE CITY OF NEW YORK<br>*Attorney for Defendants*<br>100 Church Street<br>New York, New York 10007<br><br>Of Counsel: Brachah Goykadosh<br>Tel:  (212) 356-3523 |

| |
|---|
| *Due and timely service is hereby admitted.*<br><br>*New York, New York  ......................., 2021*<br><br>*...................................................................Esq.*<br><br>*Attorney for ...........................................................* |

3