

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

March 20, 2024

**BY ECF**
Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    <u>Kushneir v. Esposito, et al.</u>, **14-cv-09148 (JLR)(BCM)**

Your Honor:

    I write jointly with counsel for Defendants to inform the Court that the parties have reached a settlement in principle of Mr. Kushneir's claims. We therefore ask that the Court cancel the trial and the remaining pre-trial deadlines in the case, and allow the parties 30 days within which to submit papers memorializing the settlement to the Court.

    All parties and counsel thank Your Honor for the Court's attention to this case.

Respectfully submitted,

Gideon Orion Oliver