UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

MARK KUSHNEIR,

                                  Plaintiff,

                  -against-

JOSEPH ESPOSITO, MICHAEL MALDONADO, CITY OF
NEW YORK,

                                 Defendants.
------------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

14 Civ. 9148 (JLR) (BM)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____April 11_____, 2024

GIDEON OLIVER
*Attorney for Plaintiff*
277 Broadway, Suite 1501
New York. NY 10007
(646) 263-3495


By: _____
        Gideon Oliver
        *Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
        City of New York
*Attorney for Defendants City of New York,*
        *Esposito, and Maldonado*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
        Hannah V. Faddis
        *Senior Counsel*

SO ORDERED:

_____
HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

Dated: _____April 19_____, 2024